# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

WARD FRANKLIN DEAN

**SEALED
INDICTMENT**

3:05cr25/LAC

---

## THE GRAND JURY CHARGES:

### COUNT ONE

That from on or about January 1, 1997, and continuing through on or about March 27, 1999, in the Northern District of Florida and elsewhere, the defendant,

### WARD FRANKLIN DEAN

a resident of Escambia County, Florida, did willfully attempt to evade and defeat a substantial portion of the income tax due and owing by him to the United States of America for calendar year 1997 by filing a false and fraudulent W-4 form through an entity paying him income, by maintaining on file with an entity paying him income documentation which falsely and fraudulently claimed exemption from federal income

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 MAR 17  AM 11:02

FILED

tax withholding, and by preparing, signing and submitting to the Internal Revenue Service a false and fraudulent IRS form 1040EZ, wherein it was stated that his taxable income for the calendar year 1997 was the sum of $0, and the amount of tax due and owing thereon was the sum of $0, whereas, as he then and there well knew and believed, his taxable income for the calendar year 1997 was substantially in excess of $0, and that upon said additional taxable income, a substantial additional tax was due and owing to the United States of America, in violation of Title 26, United States Code, Section 7201.

## COUNT TWO

That from on or about January 1, 1998, and continuing through on or about June 12, 2000, in the Northern District of Florida and elsewhere, the defendant,

## WARD FRANKLIN DEAN

a resident of Escambia County, Florida, did willfully attempt to evade and defeat a substantial portion of the income tax due and owing by him to the United States of America for calendar year 1998 by filing a false and fraudulent W-4 form through an entity paying him income, by maintaining on file with an entity paying him income documentation which falsely and fraudulently claimed exemption from federal income tax withholding, and by preparing, signing and submitting to the Internal Revenue Service a false and fraudulent IRS form 1040EZ, wherein it was stated that his taxable income for the calendar year 1998 was the sum of $0, and the amount of tax due and owing thereon was the sum of $0, whereas, as he then and there well knew and believed, his taxable income for the calendar year 1998 was substantially in excess of $0, and that upon said

2

additional taxable income, a substantial additional tax was due and owing to the United

States of America, in violation of Title 26, United States Code, Section 7201.

## COUNT THREE

That from on or about January 1, 1999, and continuing through on or about April

29, 2001, in the Northern District of Florida and elsewhere, the defendant,

## WARD FRANKLIN DEAN

a resident of Escambia County, Florida, did willfully attempt to evade and defeat a

substantial portion of the income tax due and owing by him to the United States of

America for calendar year 1999 by maintaining on file with an entity paying him income

documentation which falsely and fraudulently claimed exemption from federal income

tax withholding, and by preparing, signing and submitting to the Internal Revenue Service

a false and fraudulent IRS form 1040, wherein it was stated that his taxable income for

the calendar year 1999 was the sum of $0, and the amount of tax due and owing thereon

was the sum of $0, whereas, as he then and there well knew and believed, his taxable

income for the calendar year 1999 was substantially in excess of $0, and that upon said

additional taxable income, a substantial additional tax was due and owing to the United

States of America, in violation of Title 26, United States Code, Section 7201.

## COUNT FOUR

That from on or about January 1, 2000, and continuing through on or about June

11, 2002, in the Northern District of Florida and elsewhere, the defendant,

## WARD FRANKLIN DEAN

3

a resident of Escambia County, Florida, did willfully attempt to evade and defeat a substantial portion of the income tax due and owing by him to the United States of America for calendar year 2000 by filing a false and fraudulent W-4 form through an entity paying him income, by maintaining on file with an entity paying him income documentation which falsely and fraudulently claimed exemption from federal income tax withholding, and by preparing, signing and submitting to the Internal Revenue Service a false and fraudulent IRS form 1040, wherein it was stated that his taxable income for the calendar year 2000 was the sum of $0, and the amount of tax due and owing thereon was the sum of $0, whereas, as he then and there well knew and believed, his taxable income for the calendar year 2000 was substantially in excess of $0, and that upon said additional taxable income, a substantial additional tax was due and owing to the United States of America, in violation of Title 26, United States Code, Section 7201.

## COUNT FIVE

That from on or about January 1, 2001, and continuing through on or about June 11, 2002, in the Northern District of Florida and elsewhere, the defendant,

## WARD FRANKLIN DEAN

a resident of Escambia County, Florida, did willfully attempt to evade and defeat a substantial portion of the income tax due and owing by him to the United States of America for calendar year 2001 by filing a false and fraudulent W-4 form through an entity paying him income, by maintaining on file with an entity paying him income documentation which falsely and fraudulently claimed exemption from federal income tax withholding, and by preparing, signing and submitting to the Internal Revenue Service

4

a false and fraudulent IRS form 1040, wherein it was stated that his taxable income for the calendar year 2001 was the sum of $0, and the amount of tax due and owing thereon was the sum of $0, whereas, as he then and there well knew and believed, his taxable income for the calendar year 2000 was substantially in excess of $0, and that upon said additional taxable income, a substantial additional tax was due and owing to the United States of America, in violation of Title 26, United States Code, Section 7201.

## COUNT SIX

That from on or about January 1, 2002, and continuing through on or about April 15, 2003, in the Northern District of Florida and elsewhere, the defendant,

## WARD FRANKLIN DEAN

a resident of Escambia County, Florida, did fail to file an income tax return and did willfully attempt to evade and defeat a substantial portion of the income tax due and owing by him to the United States of America for calendar year 2002 by filing a false and fraudulent W-4 form through an entity paying him income and by maintaining on file with an entity paying him income documentation which falsely and fraudulently claimed exemption from federal income tax withholding, whereas, as he then and there well knew and believed, his taxable income for the calendar year 2002 was such that a substantial tax was due and owing to the United States of America, in violation of Title 26, United States Code, Section 7201.

## COUNT SEVEN

That from on or about January 14, 2002, and continuing through on or about February 26, 2002, in the Northern District of Florida and elsewhere, the defendant,

5

## WARD FRANKLIN DEAN

a resident of Escambia County, Florida, did corruptly endeavor to obstruct and impede

the due administration of the internal revenue laws by sending letters to entities that had

received a lawful summons for documents from the Internal Revenue Service and by

falsely and fraudulently informing the entity that it "was under no obligation to comply

with this fraudulent summons," and that the summons was "a phony document sent by a

'Revenue Agent' who has no authority to send a lawful summons to anyone," in violation

of Title 26, United States Code, Section 7212(a).

A TRUE BILL:

FOREPERSON

May. 17, 2005
DATE

GREGORY R. MILLER
United States Attorney

ROBERT G. DAVIES
Assistant United States Attorney

DAVID L. GOLDBERG
Assistant United States Attorney

6