IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 3:05cr25/LAC

WARD FRANKLIN DEAN

---

## INITIAL APPEARANCE

The defendant appeared before the undersigned with _____ without __X__ counsel. I have this date advised the defendant of the rights enumerated herein and have taken the following action:

1. Advised that he/she is before a U.S. Magistrate Judge __X__

2. Advised of the charge or charges __X__

3. Advised that he/she does not have to make any statement; that defendant has a right to consult with an attorney before making any statement; that any statement made could be used against defendant; that defendant will not be called upon to enter a plea at this hearing __X__

4. Advised of right to hire counsel, or have counsel appointed if found to be financially unable to hire counsel __X__

5. Defendant executed CJA 23 _____

6. Federal public defender appointed after determination defendant unable to hire counsel (CJA 20) _____

7. Advised that defendant should obtain and file CJA 23 if subsequently decides to request appointment of counsel _____

8. Defendant admitted financial ability to employ counsel Counsel _Looking_ __X__

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 MAR 17 PM 3:19

FILED

9. Defendant found to be able to make full or partial
payment for appointed counsel _____

10. Federal public defender appointed solely for the purpose
of appearing at arraignment _____

11. Defendant to report to the U.S. Magistrate Judge in ____
days as to formal and final retention of private counsel _____

12. Since before the court on an indictment, the defendant
was advised no right to preliminary hearing _____

13. Fix date and time for arraignment:
**UPON COMPLETION OF FIRST APPEARANCE PROCEEDINGS**   X

14. Defendant advised of right to reasonable bail   X

15. Order Setting Conditions of Release entered   X

16. Government moved for detention without bail _____

    (a) Government represented ready for detention
        hearing immediately _____

    (b) Government requested continuance of _____
        days (up to and including 3 days) _____

    (c) Defendant advised of right of continuance
        for up to and including 5 days _____

    (d) Detention hearing scheduled for _____
        and Temporary Detention Order entered _____

    (e) Detention hearing conducted _____

        1) Order of detention entered _____

        2) Order Setting Conditions of Release entered _____

(f)   Defendant currently under order of incarceration negating necessity of consideration of detention on this charge(s) at this time   _____

*[Signature: Miles Davis]*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

**JUDGES NOTES:** _____
_____
_____
_____
_____

**DATE:**   March 17, 2005