# United States District Court
## Northern District of Florida

UNITED STATES OF AMERICA

v.

**WARD FRANKLIN DEAN**

**WARRANT FOR ARREST**

CASE NUMBER: 3:05CR25/LAC
SEALED INDICTMENT

To: The United States Marshal and any Authorized United States Officer:

YOU ARE HEREBY COMMANDED TO ARREST WARD FRANKLIN DEAN and bring him forthwith to the nearest magistrate to answer an Indictment charging him with

Tax evasion (6 counts), in violation of Title 26, U.S.C., Section 7201, and endeavoring to impede the due administration of the Internal Revenue laws (1 Count), in violation of Title 26, U.S.C., Section 7212(a).

_____
Signature of Issuing Officer
Miles Davis
U.S. Magistrate Judge

March 17, 2005, at Pensacola, Florida
Date and Location

Bail fixed at to be set            by Miles Davis
                                   Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _____

| 3/17/05 | Scott Schneider, Special Agent | |
|---|---|---|
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA

05 MAR 17 PM 4:20

FILED