THE UNITED STATES DISTRICT COURT OF THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:05CR25-LAC

WARD FRANKLIN DEAN

## NOTICE OF APPEARANCE OF CO-COUNSEL

COMES NOW, the United States of America, by and through the United States Attorney for the Northern District of Florida, and advises that henceforth, it will be represented in this matter as co-counsel by the undersigned Assistant United States Attorney David L. Goldberg. Please direct all pleadings and correspondence to the undersigned's attention at:

    United States Attorney's Office
    Northern District of Florida
    21 East Garden Street, Suite 400
    Pensacola, Florida 32502-5675

    Respectfully submitted,

    GREGORY R. MILLER
    United States Attorney

    */s/David L. Goldberg*
    DAVID L. GOLDBERG
    Assistant United States Attorney
    Member of the Maryland Bar
    21 East Garden Street, Suite 400
    Pensacola, FL 32502-5675
    (850)444-4000 - phone
    (850)434-2593-fax

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing served via electronic filing and/or by regular U.S. mail to the Federal Public Defender's Office, on behalf of Defendant Ward Franklin Dean, at Blount Building, Suite 200, 3 West Garden Street, Pensacola, FL 32502-5654, on this 21st day of March 2005.

                                          */s/ David L. Goldberg*
                                          DAVID L. GOLDBERG
                                          Assistant United States Attorney