## UNITED STATES DISTRICT COURT

## CRIMINAL MINUTES - ARRAIGNMENT AND PLEA
### TIME:  2:09pm - 2:12 pm

**Case No.  3:05cr25/LAC**                          **Date  3/25/05**

_____

**DOCKET ENTRY:    ARRAIGNMENT**

**INTERPRETER:**

_____

**UNITED STATES vs.  WARD FRANKLIN DEAN**
**PRESENT: MILES DAVIS, UNITED STATES MAGISTRATE JUDGE**

**Deputy Clerk:         Joanne Ahr**

**Court Reporter:  CD**

**Assistant U.S. Attorney:   ROBERT DAVIES**

**Attorney for Defendant:       NONE**

 **Appointed _____   Retained _____**

**PROCEEDINGS:**

**_____    Defendant(s) are/is ARRAIGNED and specifically advised of rights.**

**_____    Arraignment recorded on tape number _____**

**_____   Defendant waives reading of indictment-information.**

**_____    Indictment-information read.**

**___X___    Defendant has not retained counsel.  Court informs deft that he must have counsel**
**                  at the arraignment now reset for 3/30/05 at 2:00 p.m.  If the deft has not retained**
**                  counsel by that date, the Federal Public Defender will be appointed.**


**PLEA:**

**_____   Not Guilty Counts_____**

**_____  Guilty Counts _____**