UNITED STATES DISTRICT COURT

CRIMINAL MINUTES - ARRAIGNMENT AND PLEA
TIME: 1:59 - 2:07 pm

Case No. 3:05CR25/LAC     Date 4-13-05

DOCKET ENTRY: ARRAIGNMENT

INTERPRETER:

UNITED STATES vs. Ward Franklin Dean
PRESENT: MILES DAVIS, UNITED STATES MAGISTRATE JUDGE

Deputy Clerk: _____Joanne Ahr_____

Court Reporter: __CD__

Assistant U.S. Attorney: Robt. Davies / D. Goldberg

Attorney for Defendant: Pro Se with Tracey Cowan, Esq. as his advisor

____ Appointed     ____ Retained

PROCEEDINGS:

__X__ Defendant(s) are/is ARRAIGNED and specifically advised of rights.

____ Arraignment recorded on tape number _____

__X__ Defendant waives reading of indictment-information.

____ Indictment-information read.

Gov't announced they would send Mr Dean the discovery.

PLEA:

__X__ Not Guilty Counts __1-7__

____ Guilty Counts _____

TRIAL DATE: MONDAY, June 6th, 2005 AT 9:00 A.M.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA

05 APR 13 PM 2:21

FILED