Commander Ward Dean, M.D.
(United States Navy, retired)
8799 Burning Tree Road
Pensacola, FL 32514
850-484-0595
*In propria persona*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

|  |  |
|---|---|
| United States, | ) Case No: 3:05CR25/LAC |
|  | ) |
| Plaintiff, | ) |
|  | ) |
|  | ) **Defendant's Motion to Dismiss** |
| v. | ) **Counts 1-6 Because No Deficiency** |
|  | ) **Exists for the Years at Issue and** |
| Ward Franklin DEAN, | ) **for Other Reasons** |
|  | ) |
| Defendant. | ) |
| _____ | ) |

Defendant Ward Franklin Dean moves this Honorable Court to dismiss counts 1-6 which charge Defendant with income tax evasion pursuant to 26 U.S.C. § 7201. Apart from why this Court has no subject matter jurisdiction with respect to alleged criminal violations involving income taxes as covered in the motions filed this day by Defendant, Defendant cannot be guilty of income tax evasion as charged in counts 1-6 for three reasons:

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

2005 APR 13 AM 9:36

FILED

1) No "deficiency" exists for the years 1997-2002;

2) The returns Defendant filed for those years cannot be used against him;

3) The W-4's referred to in counts 1-6 have nothing to do with "income" taxes.

A Memorandum of Law in support of this Motion is being submitted concurrently with this motion.

Respectfully submitted,

_____

Commander Ward Franklin Dean, M.D. (U.S. Navy retired)
Defendant, *in propria personna*

## Certificate of Service

This is to certify that a copy of this Motion and supporting Memorandum of Law was hand delivered on this  13  day of April, 2005, to AUSA Robert G. Davies at 21 East Garden Street, Suite 400, Pensacola FL  32502

_____

Ward Franklin Dean

Commander Ward Dean, M.D.
(United States Navy, retired)
8799 Burning Tree Road
Pensacola, FL 32514
850-484-0595
*In propria persona*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | | |
|---|---|---|
| United States, | ) | Case No:  3:05CR25/LAC |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| | ) | **Defendant's Memorandum to** |
|   v. | ) | **Dismiss Counts 1-6 because no** |
| | ) | **Deficiency Exists for the Years at** |
| Ward Franklin DEAN, | ) | **Issue and for Other Reasons** |
| | ) | |
|     Defendant. | ) | |
| | ) | |

Defendant Ward Franklin Dean moves this Honorable Court to dismiss counts 1 through 6 which charge Defendant with income tax evasion pursuant to 26 U.S.C. § 7201.  In addition to this Court's lack of subject matter jurisdiction with respect to alleged criminal violations involving income taxes as established by the four (4) motions filed this day by Defendant, Defendant cannot be guilty of income tax evasion as charged in counts 1-6 for three reasons:  1) No deficiency can exist with respect to the years charged in the indictment; 2) Defendant's allegedly "false and fraudulent" 1997- 2001 tax returns cannot be admitted at trial and used against him; and 3) The W-4's referred to in counts 1-6 have nothing to do with claiming "exemption from federal income tax withholding" as charged in the indictment.

# I
## In the Absence of a "Deficiency" no Tax Evasion Can Exist

In *Sanson. v. United States* (1965) 380 U.S. 343, 351; *Lawn v. United States* (1958) 355 U.S. 339, 361; and *Spies v. United States* (1943) 317 U.S. 492, 496; the Supreme Court held that "existence of a tax deficiency " is an essential element of any § 7201 prosecution. In *Lawn,* the Supreme Court said, "While, of course, a conviction upon a charge of attempting to evade assessment of income taxes by filing of a fraudulent return *cannot stand in the absence of proof of a deficiency."* (Emphasis added). However, as the following will show, there cannot be deficiencies with respect to this Defendant for the years 1997 – 2002 as charged in the indictment, therefore, he cannot be guilty of tax evasion as charged in counts 1-6 as a matter of law, on this and other grounds.

# II
## When Does a "Deficiency" Arise?

Code Section 6211 specifically states, in pertinent part:

### Sec. 6211. Definition of deficiency
#### (a) In general
For the purposes of this title...the term "deficiency" means the amount by which the tax imposed by subtitle A or B ...exceeds the excess of---
(1) sum of
(A) the amount shown as the tax by the taxpayer upon his return, if a return was made by the taxpayer and an amount was shown as the tax by the taxpayer thereon plus
(B) the amounts previously assessed (or collected without assessment) as a deficiency, over -
(2) the amount of rebates, as defined in subsection (b)(2), made.

2

Therefore, by definition, a "deficiency" is an amount "in excess" of the amount "shown *as the tax by the taxpayer upon his return,* if a return was made by the taxpayer and *an amount was shown thereon.*"  Since no "amount" was shown "as a tax" by defendant on the returns he filed for 1997 – 2001, no deficiency can exist, as a matter of law, for those years.  Since no "deficiency" can exist with respect to the returns Defendant filed for the years 1997 – 2001, no tax evasion could have occurred for those years, as held by the Supreme Court in those cases cited above.[1]

Defendant never received a "Notice of Deficiency" for any of the years 1997-2002, further proving that no "deficiency" existed for those years.  Proof that no deficiency exists is demonstrated by Defendant's Administration Declaration attached hereto.  Attached as Exhibit A (hereinafter incorporated by Reference) is Section 8, Master File Codes, from the IRS 6209 Manual (Rev 1-99) Cat. No. 614620, which states that a Transaction Code 494 "Indicates that a Statutory Notice of Deficiency (90 day) was issued;" Exhibit B (hereinafter incorporated by reference) is a copy of Defendant's Individual Master File (IMF) for the years in question; and Exhibit C (hereinafter incorporated by reference) are pages from the IRS "ADP Systems Code Manual" 3(27)(68)0.  Page 3 of Exhibit C states that "TC-494—Issuing Organization Code two position numeric only (70, 71, 84).  Indicates that a 90 day notice (Statutory Notice of Deficiency) was issued."

In addition, Section 6201(a)(1)  provides that: "The Secretary shall assess all taxes determined by the taxpayer or by the Secretary as to which returns or lists

---

1  Defendant reported receiving "zero" income for the years 1997-2001 because he received no "income" that was taxable within the meaning of 26 USC § 61. He received no "income" in the "constitutional sense" as referred to in House Report No 1337 and Senate Report 1622, 83rd Congress, 2d Session.

are made under this title." Since Defendant "determined" he owed no income taxes for the years 1997-2002, as the law allowed him to do, no initial § 6201 assessments could have been made from the returns that Defendant filed for those years. Since no initial § 6201 assessment could have been made from the returns Defendant filed for the years 1997-2001, no supplemental, "deficiency" assessments pursuant to Code Sections 6204, 6211, and 6212 could have been made for those years.  Therefore, since no tax "deficiency" can exist with respect to Defendant for the years 1997-2001, and no Statutory Notice of Deficiency has been issued for the years 1997-2002, no tax evasion pursuant to Section 7201 can exist for those years.

### III
### In any case, Defendant's 1997 - 2001 Income Tax Returns Cannot Be Introduced at Trial and Used Against Him

In paragraphs 1 & 2 of the attachment which were "a part of" Defendant's 1997-2001 income tax returns, Defendant stated, in relevant part, "(E)ven though I know that no Section of the Internal Revenue Code: 1) Establishes an income tax 'liability'... (and)...2) Provides that income taxes 'have to be paid on the basis of a return'....I am filing anyway, because I know the government has prosecuted others for failing to file income tax returns by (erroneously) invoking Code Sections 7201 and 7203. Therefore this return is *not being filed voluntarily*, but is being filed out of fear that if I did not file this return I could be (illegally) prosecuted for failing to file an income tax return for (those) years."  Defendant is aware that many people have been prosecuted and sent to jail for failing to file income tax returns, so he filed in order to avoid being similarly prosecuted for not filing.  Therefore, it is clear that the government compelled Defendant to file

4

tax returns for the years 1997 and 2001 under threat of criminal prosecution and imprisonment if he failed to do so. Therefore, all the information contained in Defendant's 1997 - 2001 tax returns was *compelled under threat of prosecution and imprisonment* if he failed to supply the requested information. Rule 11(c)(3) of the Fed. Rules of Crim. P. states that a defendant has "the right against compelled self-incrimination." Therefore, whatever information the Government claims is false and fraudulent on Defendant's 1997 - 2001 returns was "compelled." *Defendant did not file those returns voluntarily.* Therefore, pursuant to Rule 11(c)(3) (to say nothing of the 5th Amendment from which Rule 11(c)(3) is obviously derived), Defendant's 1997 - 2001 tax returns *cannot be introduced at a criminal trial and used against him.* In order for the Government to be able to use those returns against Defendant, the Government would have to claim that Defendant filed those returns *"voluntarily"* -- however, any such a claim would be false on its very face.

## IV
## The IRS Form W-4, as Referred to in Counts 1-6
## Has Nothing to do with Income Taxes

The income tax is imposed in Chapter 1, Section 1 of Subtitle A of the IR Code. The withholding form W-4, as referred to in Counts 1- 6, originates in Chapter 24, Section 3402 of Subtitle C, a subtitle that deals with employment taxes. The IRS Form W-4 is not even alluded to in Subtitle A, the Subtitle that deals with income taxes.

SubSection (1) (a) of Chapter 1 states in pertinent part, "There is hereby imposed on the taxable income of--- (1) every married individual....(2) every surviving spouse....a tax...." On the other hand, SubSection 3402(a) (1) of

5

Chapter 24 states in pertinent part, "Every employer making payment of wages shall deduct and withhold upon such wages a tax ...." Further on, subsection 3402(d) states, in pertinent part: "If the employer... fails to deduct and withhold the tax...and thereafter *the tax against which such tax may be credited* is paid..." (Emphasis added).

Obviously, Section 3204 deals with two *different* taxes 1) the wage tax being withheld, and 2) the income tax "against which" the wage tax "may be credited." Code Sections 31 and 6413 confirm the fact that two different taxes are involved in the withholding process.  Code Section 31(a) provides:  "The amount withheld as tax under Chapter 24 shall be allowed to the recipient of the income as a credit against the tax imposed by this title." Further on, subsection 31(b)(1) states, "The secretary may prescribe regulations providing for the crediting against the tax imposed by this subtitle...as a special *refund* of *tax imposed on wages.*" (Emphasis added).

Clearly, therefore, we have a tax "*imposed* on wages," in addition to the tax "imposed" on "income," which is "imposed" in Section 1, of Chapter 1. The fact that two different taxes are involved in the withholding process is further confirmed by subsection 6413(a)(1) which states in relevant part: "If more than the correct amount of tax *imposed* by Section 3101, 3111, 3201, 3221, *or 3402* is paid...." (Emphasis added).  Thus subsection 6413(a)(1) confirms that a "wage tax" is "imposed" in Section 3402 as distinct from the income tax that is "imposed" in Section 1.[2]

---

2   The fact that Chapter 24 is captioned "Collection of Income Tax at Source" is a misstatement and obviously designed to mislead the public into thinking that what is being withheld from employee wages are income taxes, allegedly paid in advance and prior to any

Therefore, the government seeks to charge Defendant criminally with evading the income tax imposed in Section 1, on the grounds that he allegedly filed a fraudulent statement in connection with the "wage tax" imposed in Section 3402. Could the government charge Defendant with seeking to evade the alcohol tax imposed in Section 5001 by claiming that he filed a fraudulent statement in connection with the tobacco tax imposed in Section 5701? Obviously not. Similarly, the government cannot charge Defendant with seeking to evade the income tax imposed in Section 1 on the grounds that he allegedly made a false and fraudulent statement in connection with the wage tax imposed in Section 3402.

In addition, Defendant was "required" to file a W-4 or he would not have been paid. Defendant would have preferred to have received his entire pay check without filing a W-4. However, the government requires filing a W-4 as a condition of employment. Therefore, all of the information Defendant put on his W-4 was also "compelled." Defendant did not submit the W-4 at issue "voluntarily." Therefore, pursuant to Rule 11(c)(3) of the Fed. Rules of Crim. P. (and the 5th Amendment), Defendant's W-4 cannot be introduced at a criminal

---

assessments having been made as required by 26 USC § 6201. However, the caption on Chapter 24 is not part of the law itself and does not have the force and effect of law. In reality, what is being withheld is an unconstitutional, non-apportioned wage tax which the government then credits against the income taxes allegedly due as of April 15th of the following year. The illusion created is that income taxes are withheld and then deducted from the income taxes allegedly due on April 15th. However, what is actually happening, is taxpayers receive a "credit" against the income taxes allegedly owed, for the "wage taxes" they have already paid. Therefore, by claiming exempt on a W-4, one is claiming "exempt" from the wage tax, not "exempt" from the income tax as charged in counts 1-6 of the indictment.

trial and used against him – since it was compelled by the Government as a condition of employment and was not filed by him voluntarily.

### Conclusion

Therefore, based on all of the above, counts 1- 6 must be dismissed because:

1) No deficiency exists for the years 1997 - 2002 , therefore, no § 7201 violation could occur as a matter of law for those years.

2) Defendant's 1997 - 2001 tax returns cannot be used against him pursuant to Rule 11(c)(3) of the Fed. Rules of Crim. P. and the 5th Amendment since those returns were not filed "voluntarily."

3) The allegedly false W-4s that the government claims are related to the charged § 7201 violations have nothing to do with income taxes.

4) Apart from #3 above, the W-4s at issue cannot be used against Defendant since any such use would be in violation of Rule 11(c)(3) of the Fed. Rules of Crim. P. and the 5th Amendment to the U.S. Constitution.

For all of these reasons (and overlooking all others) counts 1 – 6 against Defendant must be dismissed.

Respectfully submitted,

_Wal Franklin De_____

Commander Ward Franklin Dean, M.D. (U.S. Navy retired)
Defendant, in propria persona

# Notice

## Administrative Declaration of Ward Dean
### 8799 Burning Tree Road
### Pensacola, FL 32514

I, Ward Dean, hereinafter Declarant, states that Declarant has not, to the best of his first hand knowledge, ever received a "90-Day Statutory Notice of Deficiency", as represented by a TC 494 in IRM 6209, (Exhibit A), from the Internal Revenue Service or any other government entity.

Declarant obtained Declarant's Individual Master File Specific from the IRS Disclosure Office dated the 24th week of 2003 (Exhibit B). These transcripts lack a Transaction Code 494. Transaction Code 494 is found in the IRS "ADP Systems Code Manual" 3 (27) (68) 0, (Exhibit C) page 3 (27) (68) 0-136, and states at item (39):

> "TC 494—Issuing Organization Code two position numeric only, (70, 71, 84). Indicates that a 90 day notice (Statutory Notice of Deficiency) was issued."

In reviewing the IMF Specific Declarant received dated the 24th week of 2003, Declarant has found no TC-494's inputted in Declarant's IMF Specific for the years 1997-2002.

Under Federal Rules of Evidence, Rule 803(10), if the IRS was required to input by their own IRM's a TC-494, but failed to do so, it then becomes "Relevant Evidence" that such an act was not performed. No "90-Day Statutory Notice of Deficiency" was ever received by Declarant for the years in question.

The above statement is true and correct to the best of my knowledge of the facts that Declarant can testify to.

_____       4 Apr 2005
Ward Dean                             Date
8799 Burning Tree Road
Pensacola, FL 32514

State of Florida      )
                    )    SS
County of _Escambia_ )

I, Ward Dean, hereinafter Declarant, do state with first hand knowledge that the above document is true complete and correct.

Further Declarant sayeth nought.

_Ward Dean_ (signature)
Ward Dean

SUBSCRIBED AND AFFIRMED:

ON this ___4/13___ day of ___April___, in the year of 2005, Ward Dean, personally appeared, personally known to me, OR proved to me on the basis of satisfactory evidence to be the one whose name is subscribed to the within instrument.

Witness my hand and official seal.

_Wilbur J. Mathews_ (signature)
Notary Public

[Notary Seal: WILBUR L. MATHEWS, MY COMMISSION EXPIRES February 26, 2007, #DD 188519, Bonded thru Notary Public Underwriters, NOTARY PUBLIC, STATE OF FLORIDA]

# ADP and IRS

# Information

# 1999



Department of the Treasury
**Internal Revenue Service**
Document 6209 (Rev. 1-99)
Cat. No. 614620

**OFFICIAL USE ONLY**

Exhibit _A 1 of 3_

# Section 8.   Master File Codes



## 1   Transaction Codes

Reference IRM 3(27)(68)0

Transaction Codes (TC) consist of three digits. They are used to identify a transaction being processed and to maintain a history of actions posted to a taxpayer's account on the Master File. Every transaction processed by ADP must contain a Transaction Code to maintain Accounting Controls of debits and credits, to cause the computer at MCC to post the transaction on the Master File, to permit compilation of reports, and to identify the transaction when a transcript is extracted from the Master File. Transaction codes that are unique to IDRS are also included.

Many BMF and IMF Transaction Codes will not be used for IRAF. Also, the definitions of several transaction codes are necessarily changed since there will be no resequencing, offsetting, or computer generated interest. In addition, all refunds will be scheduled manually with the refunds posted to the IRAF using TC 840.

Refer to IRM 3(27)(68)0 for obsolete transaction codes.

Refer to Section 13.06 for pending transaction and merged related codes.

**Reversal Codes**

An "R" following the transaction code indicates the transaction has been reversed.

Payment or penalty transaction codes with reversal code "3" which are NOT LISTED in this section are actually reversal code "0" transactions. For programming purposes, the "0" has been converted to "3" to indicate the original payment or penalty transactions (or portion of it) which has been reversed. However, for account analysis purposes, the "3" reversal code should be considered as "0".

All transaction codes currently in use are listed on the following pages. Abbreviations used under the heading FILE are as follows: IMF "I", BMF "B", EPMF "E", IRAF "A", and PMF "P". EPMF may be shown twice for certain entity TC. For doc. code 63, they are applied to the entity module; for doc. code 64, applied to the plan data module.

| Trans Code | DR/CR | File | Title | Valid Doc. Code | Remarks |
|---|---|---|---|---|---|
| 000 | | I/B/E | Establish an Account | BMF: 04, 63, 80, 81 IMF: 63 EPMF: 04, 63 IRAF: 63 | Adds a new taxpayer entity to the applicable Master File. IMF— Establishes Scrambled SSN Indicator. TC 000 with DLN block/serial overlay of 99999 is computer generated from joint return with CCC'F to create an account for the spouse. |
| | | E | Establish a Plan | 64 | Establish a Plan Data module. |



Exhibit A 2 of 3

8 - 28

| Trans Code | DR/CR | File | Title | Valid Doc. Code | Remarks |
|---|---|---|---|---|---|
| 494 | B/I | | Notice of Deficiency | 77 | Indicates that a Statutory Notice of Deficiency (90-day) was issued. Issuing Organization Code two position numeric only (70, 71, 84). CC: STN 90 |
| 495 | B/I | | Closure of TC 494 or correction of TC 494 processed in error | 77 | Closure of Notice of Deficiency or Notice of Deficiency processed in error. Issuing Organization Code two position numeric only (70, 71, 84). CC: STN 90 |
| 500 | I | | Military Deferment | 77 | Suspends Collections Status Expiration Date. New expiration date is input with TC 550. Hold is established if tax module balance is debit; hold is released when balance becomes zero or credit and when TC 502 or 550 is posted. Generates TC 340 Valid CC 51-53. See Section 11 Collection, for appropriate closing codes. |
| 502 | I | | Correction of TC 500 Processed in Error | 77 | Corrects an erroneously posted military deferment and restores the original Collection Statute Expiration Date. Releases Hold established by TC 500. TC 502 does not release the interest and/or penalty freezes. A TC 290 must be input with the appropriate TC. |
| 503 | | | | 77 | TC 500 changed to 503 when posting TC 502 |
| 510 | I | | Releases Invalid SSN Freeze on Refunds | 77 | Releases invalid SSN freeze indefinitely, as long as SSN/Name Control remain unchanged. |
| 520 | I/B/A | | IRS Litigation Instituted | 77 or Generated Transaction | Freeze is released by TC 521 or 522. Some CCs suspend CSED. See Section 11.08(6). For IMF only an optional CSED TIN indicator (P) Primary, (S) Secondary or (B) Both can be used to identify which taxpayer the extension applies to. (See Section 11 for appropriate closing codes) |
| 521 | I/B/A | | Reversal of 520 | 77 | Records reversal of a previously posted TC 520. If TC 520 posted prior to cycle 8624, TC 550 must be input to extend the CSED. Refer to section 11 for specific CC reversal activity. |
| 522 | I/B/A | | Correction of 520 Processed in Error | 77 | Indicates and reverses previously posted 520's as an error, and causes Closing Codes, if 70-89, to be updated to zeros. |
| 524 | | | Collateral Agreement Pending | | Indicates that a Collateral Agreement is pending. Suspends Collection action (IDRS only—Does not post to master file) |

Exhibit A 3 of 3

6

002044

PAGE NO-0001

```
                    *IMF MCC TRANSCRIPT-SPECIFIC*              EMP NO 79-132-50311

  ACCOUNT NO 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              06-12-2003
  NAME CONT- DEAN                     CYCLE-200324
***********************************************************************************
FOR-7913250311 BY-7913250311 ON-06122003 TYP-S-30-199712
TIME-09:08 SRC-I                     PROCESSED ON-163
                                     REQUESTED TAX MODULE FOUND ON MF


  1999 3 WARD DEAN
       8799 BURNING TREE RD                            BODC-WI BODCLC-
  199139 PENSACOLA              FL 32514-5604-992
                                     PRIOR NAME CONTROL-        FZ>V   -Z
  LOC-5913                           MFR-02 VAL-1 IRA-                 CAF-
  YEAR REMOVED-        ENT EXT CYC-200313  FYM-12 SCS-1 CRINV-Z 130-07
                                     RPTR-4 PMF-  SHELT- BNKRPT- BLLC-
                                     ACCRETION-                    MIN SE-
                                     JUSTIFICATION-1 IRS EMPL-  FED EMPL-F


  1996 3 WARD DEAN                          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
  1998 1 WARD DEAN
  P~~L WARD DEAN

LSTRET-1999 ME-      CND-E FLC-00 200121
****************************
* TAX PERIOD 30    199712 *          REASON CD-           MOD EXT CYC-200313
****************************
FS-3      CRINV-Z          LIEN- 07247-635-60031-1  CAF-  FZ>V   -ZLR
TDA COPYS-                       TDI COPYS-0003683
        INT TOLERANCE-  MATH INCREASE- HISTORICAL DO-59 BWNC-   BWI-
MF MOD BAL-.           0.00
ACRUED INTEREST-       0.00  0407200      CSED-
ACCRUED PENALTY-       0.00  2003040      RSED-10152001
FMS- IA CD-0                              ARDI-0            ASED-00000000


SFR 150 06262000              0.00    200024
                                     07210-155-29611-0  CD-         SRC-
RET RCVD DT-05012000                 PREPARE IND-0  PREPARE TIN-
                                          TAX PER T/P-               0.00
                                          F/C-  AGI-                 0.00
                                     FOREIGN-        FARM-  MF P-
                                     XRF-            AEIC-            0.00
                                     NAI-      EXMPT-01 NRGY-        0.00
                                     LTEX-        TAXABLE INC-       0.00
                                     PENALTY SUPP-1000    SET-      0.00
                                          TOTAL WAGES-             0.00
                                     MDP-     TOTAL INC TX-         0.00
                                          EST TAX BASE-            0.00
                                          PR YR BASE-              0.00
                                     SHORT YR CD-    ES FORGIVENESS %-  0
*************************CONTINUED ON NEXT PAGE*********************************
```



Exhibit B'

6

002045

PAGE NO-0002   TAX PERIOD 30 199712*CONTINUED

```
                    *IMF MCC TRANSCRIPT-SPECIFIC*          EMP NO 79-132-50311

ACCOUNT NO 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              06-12-2003
NAME CONT- DEAN                     CYCLE-200324
*****************************************************************************
                                    1ST SE-     0.00        2ND SE-      0.00
                                    ACCT TYPE-
                                    EFT-0
                                    F8615-  UNAPPLD CR ELECT-
                                         ES TAX PAYMENT-                  0.00
                                    HIGH INCOME-    DIR DEP REJ RSN CD-00
                                    PUTI-             0   SUTI-              0
                                    PMEI-             0   SMEI-              0
                                    PMTI-             0   SMTI-              0

    460 04151998---------------   199820 58217-115-74861-8
                                    EXT DATE-08151998     709-IND-0

    460 04151998---------------   199839 07277-213-16561-8
                                    EXT DATE-10151998     709-IND-0

    140 02051999          0.00    199906 59249-036-00000-9
                                    PRC-

    599 04241999---------------   199918 07249-516-00280-9
                                    COLCLOS-94                    XREF-

    599 06101999---------------   199924 07249-561-74104-9
                                    COLCLOS-96                    XREF-

    599 08021999---------------   199932 07249-614-00386-9
                                    COLCLOS-17                    XREF-

    425 05052000---------------   200020 07277-126-20000-0
                                    SOURCE-24   ORG-      PROJ-    RET REQ-
                                    PTR DO-

    595 05052000---------------   200020 07249-526-00212-0
                                    COLCLOS-88                    XREF-

    570 06262000---------------   200024 07210-155-29611-0
                                    COLCLOS-          CYCLES-

    420 06152000---------------   200026 07277-167-00000-0
                                    AIMS #0000000024

    421 08212001---------------   200135 07247-635-60031-1 X
                                    DISP CD-35 SOURCE-

    420 10152001---------------   200143 49277-288-77500-1
                                    AIMS #0000000024
```



Exhibit _B²_

```
    560 01142002---------------   200204 49277-014-77500-2
****************************CONTINUED ON NEXT PAGE****************************
```

Exhibit _B³_

6

0^2046

PAGE NO-0003  TAX PERIOD 30 199712*CONTINUED

                    *IMF MCC TRANSCRIPT-SPECIFIC*            EMP NO 79-132-50311

 ACCOUNT NO 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              06-12-2003
 NAME CONT- DEAN                     CYCLE-200324
************************************************************************************
                                    ASED-05012003     CYCLES-

       914 01212003--------------- 200305 07277-421-30065-3

 MF STAT-04 06011998 EXT DT-10151998      982008
 MF STAT-02 02051999    NOTICE AO-        990608
 MF STAT-02 02221999 1  NOTICE AO-59      990608
 MF STAT-02 04191999 4  NOTICE AO-59      991408
 MF STAT-06 04241999            0.00      991808

Exhibit B4

6

002047

PAGE NO-0001

*IMF MCC TRANSCRIPT-SPECIFIC*                     EMP NO 79-132-50311

ACCOUNT NO 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          06-12-2003
NAME CONT- DEAN                 CYCLE-200324
********************************************************************************
FOR-7913250311 BY-7913250311 ON-06122003 TYP-S-30-199812
TIME-09:08 SRC-I                PROCESSED ON-163
                                REQUESTED TAX MODULE FOUND ON MF


1999 3 WARD DEAN
     8799 BURNING TREE RD                    BODC-WI BODCLC-
199139 PENSACOLA           FL 32514-5604-992
                                PRIOR NAME CONTROL-              FZ>V    -Z
                                MFR-02  VAL-1 IRA-                      CAF-
LOC-5913                        FYM-12  SCS-1  CRINV-Z 130-07
YEAR REMOVED-      ENT EXT CYC-200313  RPTR-4  PMF-   SHELT-  BNKRPT-  BLLC-
                                ACCRETION-                         MIN SE-
                                JUSTIFICATION-1  IRS EMPL-   FED EMPL-F

1996 3 WARD DEAN
1998 1 WARD DEAN                         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
P  L WARD DEAN

LSTRET-1999 ME-     CND-E FLC-00 200121
**************************
* TAX PERIOD 30     199812 *       REASON CD-              MOD EXT CYC-200313
**************************
FS-1        CRINV-Z         LIEN-  07207-090-91300-1    CAF-  FZ>V   -ZL
TDA COPYS-                          TDI COPYS-0003697
          INT TOLERANCE-  MATH INCREASE-  HISTORICAL DO-59 BWNC-   BWI-
MF MOD BAL-                  0.00
ACRUED INTEREST-            0.00  0407200      CSED-04302011
ACCRUED PENALTY-           0.00  2003040      RSED-10152002
FMS- IA CD-0                                  ARDI-0          ASED-06152003

   150 04302001                0.00     200116
                                 07207-090-91300-1 D CD-          SRC-
RET RCVD DT-06152000             PREPARE IND-0  PREPARE TIN-
                                       TAX PER T/P-                0.00
                                          F/C-  AGI-               0.00
                                 FOREIGN-          FARM-  MF P-
                                 XRF-              AEIC-           0.00
                                 NAI-      EXMPT-01 NRGY-          0.00
                                 LTEX-          TAXABLE INC-       0.00
                                 PENALTY SUPP-1000    SET-        0.00
                                        TOTAL WAGES-              0.00
                                 MDP-       TOTAL INC TX-         0.00
                                     EST TAX BASE-               0.00
                                       PR YR BASE-               0.00
                                 SHORT YR CD-      ES FORGIVENESS %-   0
****************************CONTINUED ON NEXT PAGE****************************


Exhibit B5

6

002048

PAGE NO-0002 TAX PERIOD 30 199812*CONTINUED

*IMF MCC TRANSCRIPT-SPECIFIC* EMP NO 79-132-50311

ACCOUNT NO 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 06-12-2003
NAME CONT- DEAN CYCLE-200324

*********************************************************************************

1ST SE- 0.00 2ND SE- 0.00
ACCT TYPE-
EFT-0
F8615- UNAPPLD CR ELECT-
ES TAX PAYMENT- 0.00
HIGH INCOME- DIR DEP REJ RSN CD-00
PUTI- 0 SUTI- 0
PMEI- 0 SMEI- 0
PMTI- 0 SMTI- 0

460 04151999--------------- 199921 07217-121-03110-9
EXT DATE-08151999 709-IND-0

460 04151999--------------- 199940 07277-247-13297-9
EXT DATE-10151999 709-IND-0

140 05172000 0.00 200021 59249-138-00000-0
PRC-

599 08182000--------------- 200035 07249-631-00091-0
COLCLOS-17 XREF-

570 04302001--------------- 200116 07207-090-91300-1
COLCLOS- CYCLES-

420 04192001--------------- 200117 49277-109-00000-1
AIMS #0000000065

914 01212003--------------- 200305 07277-421-30076-3

MF STAT-04 06071999 EXT DT-10151999 992108
MF STAT-02 05172000 NOTICE AO- 002108
MF STAT-02 06052000 1 NOTICE AO-59 002108
MF STAT-03 07102000 7 NOTICE AO-59 002608
MF STAT-06 08182000 0.00 003508
MF STAT-12 04302001 0.00 011608

Exhibit B6

6

002049

PAGE NO-0001
                        *IMF MCC TRANSCRIPT-SPECIFIC*        EMP NO 79-132-50311

  ACCOUNT NO 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          06-12-2003
  NAME CONT- DEAN                 CYCLE-200324
***************************************************************************
FOR-7913250311 BY-7913250311 ON-06122003 TYP-S-30-199912
TIME-09:08 SRC-I                        PROCESSED ON-163
                                        REQUESTED TAX MODULE FOUND ON MF


1999 3 WARD DEAN
      8799 BURNING TREE RD                      BODC-WI BODCLC-
199139 PENSACOLA              FL 32514-5604-992
                                     PRIOR NAME CONTROL-          FZ>V   -Z
                                     MFR-02  VAL-1 IRA-                  CAF-
LOC-5913                             FYM-12  SCS-1  CRINV-Z 130-07
YEAR REMOVED-       ENT EXT CYC-200313 RPTR-4  PMF-   SHELT- BNKRPT- BLLC-
                                     ACCRETION-                    MIN SE-
                                     JUSTIFICATION-1 IRS EMPL- FED EMPL-F

                                           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

1996 3 WARD DEAN
1998 1 WARD DEAN
     NL WARD DEAN

LSTRET-1999 ME-      CND-E FLC-00 200121
***************************
* TAX PERIOD 30    199912 *        REASON CD-           MOD EXT CYC-200313
***************************
FS-3        CRINV-Z         LIEN- 07221-132-89543-1   CAF-  FZ>V   -ZL
TDA COPYS-                        TDI COPYS-0003672
        INT TOLERANCE- MATH INCREASE- HISTORICAL DO-59 BWNC-  BWI-
MF MOD BAL-             0.00
ACRUED INTEREST-       0.00  0407200      CSED-06042011
ACCRUED PENALTY-       0.00  2003040      RSED-08152003
FMS- IA CD-0                              ARDI-0           ASED-05032004

   150 06042001              0.00    200121
                                 07221-132-89543-1 D CD-        SRC-
RET RCVD DT-05032001             PREPARE IND-0  PREPARE TIN-
                                      TAX PER T/P-                  0.00
                                         F/C-  AGI-                 0.00
                                 FOREIGN-       FARM-  MF P-
                                 XRF-           AEIC-               0.00
                                 NAI-      EXMPT-01 NRGY-           0.00
                                 LTEX-       TAXABLE INC-           0.00
                                 PENALTY SUPP-1000    SET-          0.00
                                         TOTAL WAGES-              0.00
                                 MDP-     TOTAL INC TX-            0.00
                                     EST TAX BASE-                0.00
                                       PR YR BASE-                0.00
                                 SHORT YR CD-     ES FORGIVENESS %-  0
********************************CONTINUED ON NEXT PAGE**************************


Exhibit B7

6

0^^050

PAGE NO-0002  TAX PERIOD 30 199912*CONTINUED

                    *IMF MCC TRANSCRIPT-SPECIFIC*            EMP NO 79-132-50311

  ACCOUNT NO 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              06-12-2003
  NAME CONT- DEAN                     CYCLE-200324
**********************************************************************************
                          1ST SE-      0.00       2ND SE-      0.00
                          ACCT TYPE-
                          EFT-0
                          F8615-  UNAPPLD CR ELECT-
                                  ES TAX PAYMENT-                  0.00
                          HIGH INCOME-      DIR DEP REJ RSN CD-00
                          PUTI-         0   SUTI-                  0
                          PMEI-         0   SMEI-                  0
                          PMTI-         0   SMTI-                  0

      460 04152000---------------  200021 07217-127-85398-0
                                   EXT DATE-08152000   709-IND-0

      140 02212001         0.00    200109 59249-052-00000-1
                                   PRC-

      420 05242001---------------  200122 49277-144-00000-1
                                   AIMS #0000000065

      914 01212003---------------  200305 07277-421-30075-3

MF STAT-04 06052000 EXT DT-08152000    002108
MF STAT-02 02212001    NOTICE AO-      010908
MF STAT-02 03122001 1  NOTICE AO-59    010908
MF STAT-03 04162001 8  NOTICE AO-59    011408
MF STAT-12 06042001         0.00       012108

Exhibit ___B8___

6

C ˉ051

PAGE NO-0001

*IMF MCC TRANSCRIPT-SPECIFIC*          EMP NO 79-132-50311

```
ACCOUNT NO 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              06-12-2003
NAME CONT- DEAN                     CYCLE-200324
********************************************************************
FOR-7913250311 BY-7913250311 ON-06122003 TYP-S-30-200012
TIME-09:08 SRC-I                    PROCESSED ON-163
                                    REQUESTED TAX MODULE FOUND ON MF


1999 3 WARD DEAN
     8799 BURNING TREE RD                       BODC-WI BODCLC-
199139 PENSACOLA          FL 32514-5604-992
                              PRIOR NAME CONTROL-        FZ>V   -Z
LOC-5913                      MFR-02  VAL-1 IRA-                CAF-
YEAR REMOVED-    ENT EXT CYC-200313  FYM-12  SCS-1  CRINV-Z 130-07
                              RPTR-4  PMF-  SHELT-  BNKRPT-  BLLC-
                              ACCRETION-                    MIN SE-
                              JUSTIFICATION-1  IRS EMPL-  FED EMPL-F

1996 3 WARD DEAN
1998 1 WARD DEAN                     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
F  L WARD DEAN

LSTRET-1999 ME-    CND-E FLC-00 200121
**************************
* TAX PERIOD 30    200012 *          REASON CD-         MOD EXT CYC-200313
**************************
FS-3       CRINV-Z          LIEN- 07210-301-29701-1   CAF-  FZ>V  -ZLR
TDA COPYS-                        TDI COPYS-0003677
     INT TOLERANCE- MATH INCREASE- HISTORICAL DO-59 BWNC-   BWI-
MF MOD BAL-              0.00
ACRUED INTEREST-        0.00  0407200    CSED-
ACCRUED PENALTY-        0.00  2003040    RSED-04152004
FMS- IA CD-0                             ARDI-0            ASED-00000000

SFR  150 11262001              0.00     200146
                                 07210-301-29701-1   CD-        SRC-
RET RCVD DT-09052001             PREPARE IND-0  PREPARE TIN-
                                        TAX PER T/P-              0.00
                                          F/C-  AGI-             0.00
                                 FOREIGN-        FARM-  MF P-
                                 XRF-                AEIC-       0.00
                                 NAI-       EXMPT-01 NRGY-       0.00
                                 LTEX-        TAXABLE INC-       0.00
                                 PENALTY SUPP-1000    SET-      0.00
                                        TOTAL WAGES-            0.00
                                 MDP-       TOTAL INC TX-        0.00
                                     EST TAX BASE-              0.00
                                        PR YR BASE-             0.00
                                 SHORT YR CD-    ES FORGIVENESS %-  0
*************************CONTINUED ON NEXT PAGE*************************
```

Exhibit B9

6

0^^052

PAGE NO-0002   TAX PERIOD 30 200012*CONTINUED

                    *IMF MCC TRANSCRIPT-SPECIFIC*           EMP NO 79-132-50311

  ACCOUNT NO 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              06-12-2003
  NAME CONT- DEAN                     CYCLE-200324
**********************************************************************************
                            1ST SE-        0.00       2ND SE-        0.00
                            ACCT TYPE-
                            EFT-0
                            F8615-  UNAPPLD CR ELECT-
                                    ES TAX PAYMENT-              0.00
                            HIGH INCOME-      DIR DEP REJ RSN CD-00
                            PUTI-          0   SUTI-                    0
                            PMEI-          0   SMEI-                    0
                            PMTI-          0   SMTI-                    0

      425 09282001---------------  200140 59277-271-20000-1
                            SOURCE-44  ORG-       PROJ-      RET REQ-
                            PTR DO-

      570 11262001---------------  200146 07210-301-29701-1
                            COLCLOS-          CYCLES-

      420 11152001---------------  200147 49277-319-00000-1
                            AIMS #0000000044

      140 05152002         0.00   200221 59249-135-00000-2
                            PRC-

      914 01212003---------------  200305 07277-421-30074-3

MF STAT-02 05152002    NOTICE AO-        022108
MF STAT-02 06032002 1  NOTICE AO-18      022108
MF STAT-03 07082002 8  NOTICE AO-18      022608
MF STAT-03 12022002 5  NOTICE AO-49      024708



Exhibit B10

6

```
2053
PAGE NO-0001

                    *IMF MCC TRANSCRIPT-SPECIFIC*          EMP NO 79-132-50311

  ACCOUNT NO 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              06-12-2003
  NAME CONT- DEAN                     CYCLE-200324
********************************************************************************
FOR-7913250311 BY-7913250311 ON-06122003 TYP-S-30-200112
TIME-09:08 SRC-I                     PROCESSED ON-163
                                     REQUESTED TAX MODULE FOUND ON MF


  1999 3 WARD DEAN
       8799 BURNING TREE RD                          BODC-WI BODCLC-
  199139 PENSACOLA              FL 32514-5604-992
                                     PRIOR NAME CONTROL-           FZ>V    -Z
  LOC-5913                           MFR-02  VAL-1 IRA-                     CAF-
  YEAR REMOVED-       ENT EXT CYC-200313    FYM-12  SCS-1  CRINV-Z 130-07
                                     RPTR-4  PMF-    SHELT-  BNKRPT-  BLLC-
                                     ACCRETION-                      MIN SE-
                                     JUSTIFICATION-1  IRS EMPL-   FED EMPL-F

  1996 3 WARD DEAN                              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
  1998 1 WARD DEAN
    JL WARD DEAN

  LSTRET-1999 ME-      CND-E FLC-00 200121
  **************************
  * TAX PERIOD 30      200112 *         REASON CD-           MOD EXT CYC-200313
  **************************
  FS-3       CRINV-Z          LIEN- 07277-421-30073-3   CAF-  FZ>V    -Z
  TDA COPYS-                        TDI COPYS-
         INT TOLERANCE- MATH INCREASE- HISTORICAL DO-59 BWNC-  BWI-
  MF MOD BAL-                  0.00
  ACRUED INTEREST-            0.00  0407200        CSED-
  ACCRUED PENALTY-           0.00  2003040        RSED-
  FMS- IA CD-0                              ARDI-0            ASED-00000000


        425 04302002--------------- 200219 49277-120-20000-2
                                     SOURCE-44  ORG-      PROJ-    RET REQ-
                                     PTR DO-

        421 01212003--------------- 200305 07277-421-30073-3
                                     DISP CD-   SOURCE-

        914 01212003--------------- 200305 07277-421-30073-3
```

Exhibit  B"

6

0͠͠054

PAGE NO-0001

                    *IMF MCC TRANSCRIPT-SPECIFIC*          EMP NO 79-132-50311

  ACCOUNT NO 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           06-12-2003
  NAME CONT- DEAN                   CYCLE-200324
*****************************************************************************
FOR-7913250311 BY-7913250311 ON-06122003 TYP-S-30-200212
TIME-09:08 SRC-I                        PROCESSED ON-163
                                        REQUESTED TAX MODULE FOUND ON MF


  1999 3 WARD DEAN
       8799 BURNING TREE RD                      BODC-WI BODCLC-
  199139 PENSACOLA             FL 32514-5604-992
                               PRIOR NAME CONTROL-        FZ>V   -Z
                               MFR-02  VAL-1 IRA-                 CAF-
  LOC-5913                     FYM-12  SCS-1  CRINV-Z 130-07
  YEAR REMOVED-      ENT EXT CYC-200313   RPTR-4  PMF-   SHELT- BNKRPT- BLLC-
                               ACCRETION-                        MIN SE-
                               JUSTIFICATION-1  IRS EMPL-   FED EMPL-F

  1996 3 WARD DEAN                          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
  1998 1 WARD DEAN
  F  L WARD DEAN

LSTRET-1999 ME-      CND-E FLC-00 200121
*************************
* TAX PERIOD 30    200212 *           REASON CD-         MOD EXT CYC-200313
*************************
FS-3        CRINV-Z           LIEN- 07277-421-30072-3  CAF-  FZ>V   -Z
TDA COPYS-                          TDI COPYS-
        INT TOLERANCE- MATH INCREASE- HISTORICAL DO-59 BWNC-   BWI-
MF MOD BAL-               0.00
ACRUED INTEREST-         0.00 0407200      CSED-
ACCRUED PENALTY-        0.00 2003040      RSED-
FMS- IA CD-0                               ARDI-0          ASED-00000000

      914 01212003--------------- 200305 07277-421-30072-3



Chapter 3(27)00

# Table of Contents

## 3(27)(68)0   ADP Systems Code

### 3(27)(68)1
### General

Purpose   3(27)(68)1.1
Scope   3(27)(68)1.2
Resolving Procedural and Computer Systems Problems
   3(27)(68)1.3
Abbreviations and Terminology   3(27)(68)1.4
Authority for Other Documents   3(27)(68)1.5

### 3(27)(68)2
### Entity Codes

General   3(27)(68)2.1
Entity Account Number   3(27)(68)2.2
Employment Codes (BMF)   3(27)(68)2.3
Filing Status Codes (IMF)   3(27)(68)2.4
Filing Requirement Codes (FRC); Mail Filing
   Requirements   3(27)(68)2.5
Exempt Organization Entity Codes (BMF)
   3(27)(68)2.6
Service Location Codes   3(27)(68)2.7
Region Codes   3(27)(68)2.8
District Office Codes   3(27)(68)2.9
Zip Codes   3(27)(68)2.(10)
Internal Revenue.Service Center Codes
   3(27)(68)2.(11)

### 3(27)(68)3
### City Codes

Major City Abbreviations   3(27)(68)3.1

### 3(27)(68)4
### Document Identification Codes

General   3(27)(68)4.1
Tax Class   3(27)(68)4.2
Document Codes   3(27)(68)4.3
Document Codes Reference   3(27)(68)4.4
Control Date   3(27)(68)4.5
Block Numbers   3(27)(68)4.6

### 3(27)(68)5
### Module Identification Codes

Master File Tax Account Codes   3(27)(68)5.1
Date Formats   3(27)(68)5.2
Audit Selection and Return Condition Codes
   3(27)(68)5.3
Freeze Codes, Transaction Information Codes, and
   Transcript Codes   3(27)(68)5.4
Accounts Maintenance Codes   3(27)(68)5.5
Collection Closing Codes   3(27)(68)5.6
Responsibility Unit Code   3(27)(68)5.7
Designated Payment Codes (DPC)   3(27)(68)5.8

### 3(27)(68)6
### Reserved

### 3(27)(68)7
### Condition Codes

Computer Condition Codes (excluding IMF)
   3(27)(68)7.1
Computer Condition Codes (IMF)   3(27)(68)7.2
Returns Condition Codes (EPMF)   3(27)(68)7.3
Returns Processing Codes (IMF)   3(27)(68)7.4
Unallowable Explanations   3(27)(68)7.5

### 3(27)(68)8
### Math Error Codes

Math Error Notices Codes   3(27)(68)8.1
Forms 1040, 1040A, 1040EZ, 1040PC   3(27)(68)8.2
Taxpayer Notice Codes   3(27)(68)8.3
Form 1040NR   3(27)(68)8.4
Form 1040PR/SS   3(27)(68)8.5
1040 Prior Year Notice Codes   3(27)(68)8.6
BMF Input Codes—Forms 990C, 990T, 1041 and 1120
   3(27)(68)8.7
BMF Input Codes—Form 720   3(27)(68)8.8
BMF Input Codes—Forms 941, 945, 941SS, 942, 943
   & 943SS   3(27)(68)8.9
BMF Input Codes—Form 940, 940EZ   3(27)(68)8.(10)
BMF Input Codes—Form CT-1   3(27)(68)8.(11)
BMF Input Codes—Form 990PF, 5227 (1041PF) and
   4720   3(27)(68)8.(12)
BMF Input Codes—Forms 11C, 730, 2290, 706,
   706NA, 709, 706GS(T), 706GS(D)   3(27)(68)8.(13)
Non-Math Error Notice Codes   3(27)(68)8.(14)
Adjustment Notice Codes   3(27)(68)8.(15)
Incomplete Return Codes   3(27)(68)8.(16)
Audit Codes, Form 1040 (IMF)   3(27)(68)8.(17)
Audit and Asset Class Codes   3(27)(68)8.(18)
Math Status Codes   3(27)(68)8.(19)
Penalty/Interest Codes   3(27)(68)8.(20)
Interest Terminology   3(27)(68)8.(21)
Appeals   3(27)(68)8.(22)
Hold Codes   3(27)(68)8.(23)
Information Returns Processing Codes
   3(27)(68)8.(24)
Spouse Indicator Codes   3(27)(68)8.(25)
Preparer Codes   3(27)(68)8.(26)
Priority Codes   3(27)(68)8.(27)
IRAF Filing History Codes   3(27)(68)8.(28)
Underreporter Program Process Codes (Tax Year 1990,
   1991, 1992)   3(27)(68)8.(29)

### 3(27)(68)9
### Reserved

### 3(27)(68)(10)
### Error Resolution Codes

Error Codes   3(27)(68)(10).1
Error Register Action Codes   3(27)(68)(10).2
ERS Command Codes   3(27)(68)(10).3

MT 3(27)00–5

Any line marked with a #
is for Official Use Only

Chapter 3(27)00

# Table of Contents

## 3(27)(68)0   ADP Systems Code

Martinsburg Computing Center Error File Code
Register   3(27)(68)(10).4
ERS Action Codes (EAC)   3(27)(68)(10).5

**3(27)(68)(11)**
**Master File Operation Codes**

Status Codes   3(27)(68)(11).1
Disposal Codes   3(27)(68)(11).2

**3(27)(68)(12)**
**Transaction Codes**

General   3(27)(68)(12).1
Prejournalized Versus Post-Journalized
3(27)(68)(12).2
Structure   3(27)(68)(12).3
Current Transaction Codes   3(27)(68)(12).4
Transaction Codes 000–119   3(27)(68)(12).5
Transaction Codes 120–233   3(27)(68)(12).6
Transaction Codes 234–369   3(27)(68)(12).7
Transaction Codes 370–509   3(27)(68)(12).8
Transaction Codes 510–605   3(27)(68)(12).9
Transaction Codes 606–699   3(27)(68)(12).(10)
Transaction Codes 700–789   3(27)(68)(12).(11)
Transaction Codes 800–909   3(27)(68)(12).(12)
Transaction Codes 910–999   3(27)(68)(12).(13)
Collection TC 59X Transaction Codes
3(27)(68)(12).(14)
Transaction Codes (IDRS)   3(27)(68)(12).(15)

**3(27)(68)(13)**
**Unpostable Codes**

Unpostable General   3(27)(68)(13).1
Unpostable Codes IMF   3(27)(68)(13).2
Unpostable Codes BMF   3(27)(68)(13).3
Unpostable Codes—IRAF   3(27)(68)(13).4
Unpostable Codes—EPMF   3(27)(68)(13).5
Unpostable Codes—PMF   3(27)(68)(13).6
Unpostable Resolution Codes   3(27)(68)(13).7

**3(27)(68)(14)**
**Non-Current Codes—Part I**

General   3(27)(68)(14).1
Obsolete Filing Requirement Codes   3(27)(68)(14).2
Obsolete Tax Form or Document   3(27)(68)(14).3
Obsolete Transaction Codes   3(27)(68)(14).4
Obsolete Unpostable Codes   3(27)(68)(14).5

**3(27)(68)(15)**
**Reserved**

**3(27)(68)(16)**
**General Relative to IDRS**

Applicability   3(27)(68)(16).1

Structure   3(27)(68)(16).2
Employee Number (IDRS)   3(27)(68)(16).3

**3(27)(68)(17)**
**IDRS Displayed Terminal Messages and**
**Command Codes**

Terminal Messages   3(27)(68)(17).1
Command Codes   3(27)(68)(17).2

**3(27)(68)(18)**
**Case Control Codes (IDRS)**

Terminal Input Codes   3(27)(68)(18).1
CCA Input Codes   3(27)(68)(18).2
Recap Category Codes   3(27)(68)(18).3

**3(27)(68)(19)**
**IDRS Status Codes**

Status Codes   3(27)(68)(19).1

**3(27)(68)(20)**
**Non-Master File Account Codes (IDRS)**

MFT Codes—NMF   3(27)(68)(20).1

**3(27)(68)(21)**
**IDRS Notice Codes**

Notice Codes   3(27)(68)(21).1
TDI Notice Codes   3(27)(68)(21).2

**3(27)(68)(22)**
**Unidentified Remittance File (URF) Codes**
**(IDRS) and Dishonored Check File (DCF)**
**Codes and Excess Collection File (XSF) Codes**

Application Codes   3(27)(68)(22).1
Remittance Type Codes   3(27)(68)(22).2
Source Codes   3(27)(68)(22).3
Status Codes   3(27)(68)(22).4
Dishonored Check File (DCF) Codes   3(27)(68)(22).5

**3(27)(68)(23)**
**District Office, Area Office and Group Code**
**(IDRS)**

**3(27)(68)(24)**
**Miscellaneous Codes (IDRS)**

Pending Transaction Identification Codes
3(27)(68)(24).1
Freeze Codes   3(27)(68)(24).2
Return Indicator   3(27)(68)(24).3
Grade Level Indicators   3(27)(68)(24).4
General   3(27)(68)(24).5

Any line marked with a #
is for Official Use Only



Exhibit C2oF5

(3) Transaction Codes identified as "Generated Transaction" under the column headed "DOCUMENT CODE" are used in National Office programs to facilitate the execution of various analysis and output computer transactions. They cannot be used as input transactions. They are incorporated here so as to provide a single reference for all Transaction Codes.

(4) Programmer Reversal Codes are used as follows:

(5) REVERSAL CODE 3 (IMF only)

(a) Payment or penalty transaction codes with reversal code "3" which are NOT LISTED in this section are actually reversal code "0" transactions. For programming purposes, the "0" has been converted to "3" to indicate the original payment or penalty transaction (or portion of it) which has been reversed. However, for account analysis purposes, consider the "3" reversal code as "0". (IMF) **Example:**

| Explanation | Date | TC | Debit | Credit |
|---|---|---|---|---|
| Tax module prior to bad check: | 6/15/68 | TC 670 | | $500 |
| Same tax module after bad check (TC 671) posts: | 6/15/68 | TC 673 | | $500 |
| | 6/15/68 | TC 671 | | $500 |
| | 4/15/68 | TC 280 | | $12 |
| Same tax module after reversal of bad check penalty (TC 281) posts: | 6/15/68 | TC 673 | | $500 |
| | 6/15/68 | TC 671 | | $500 |
| | 4/15/68 | TC 283 | | $12 |
| | 4/15/68 | TC 281 | | |

(b) This technique is also used for some non-money transactions to indicate the original transaction has been reversed. **Example:**

| Explanation | TC | Date |
|---|---|---|
| Tax module prior to new Assessment Statute Expiration transaction: | TC 560 | 6/15/69 |
| Same tax module after posting new Assessment Statute Expiration transaction: | TC 563 | 6/15/69 |
| | TC 560 | 6/15/69 |

**3(27)(68)(12).4** *(1-1-98)*
**Current Transaction Codes**

(1) All transaction codes currently in use are listed below.

(a) Abbreviations used under the heading FILE are as follows: IMF "I", BMF "B", EPMF "E", IRAF "A" and PMF "P".

(b) When a transaction definition or Doc. Code is not preceded by a file designation then it applies to all those listed under the FILE heading. For example:

| TC | DR/CR | File | Abbr. & Title | Doc. Code |
|---|---|---|---|---|
| 662 | Debit (PJ) | I,B | E ES OR FD Correction of 660 Processed in Error | 19,24,58,87 I/B: 34 B: 97 |

   a  Doc. Codes 19, 24, 58, and 87 apply to the IMF and BMF.

   b  Doc. Code 34 applies to IMF and BMF.

   c  Doc. Code 97 applies to BMF.

Exhibit  C 3 of 5

| Disposal Codes | Definition |
|---|---|
| 09 | Revocation |
| 10 | Unagreed—Without Protest |
| 11 | Unagreed—Petition to Tax Court |
| 12 | Closing Agreement |
| 13 | Referrals to Examination Division |
| 14 | Termination |
| 15 | Church Examination—Unagreed |
| 16 | Change in Subsection |
| 17 | Change in Foundation |
| 18 | Chapter 42—Under Tolerance |
| 19 | Amendment Secured |

2) EO Non-Examined Disposal Codes

| | |
|---|---|
| 20 | Regular Classification (Non-SERFE) |
| 21 | Questionable Items Explained—SERFE |
| 22 | No Examination Potential on Current Year—SERFE |
| 25 | Excess Workload for KDO or POD—SERFE |
| 29 | Missing Returns (Service Center Use ONLY) |
| 30 | Transfer Out of District |
| 31 | Surveyed Before Assignment |
| 32 | Surveyed After Assignment |
| 33 | Error Accounts With No Returns |
| 34 | Surveyed Claims |
| 35 | Surveyed—Excess Inventory |
| 45 | Reference and Information Return |
| 99 | Information Report and Miscellaneous |

**3(27)(68)(12)** *(1–1–98)*
**Transaction Codes**

**3(27)(68)(12).1** *(1–1–68)*
**General**

Transaction Codes (TC) consist of three digits, are used to identify a transaction being processed and to maintain a history of actions posted to a taxpayer's account on the Master File. Every transaction processed by ADP must contain a Transaction Code to maintain Accounting Controls of debits and credits, to cause the computer at the MCC to post the transaction on the Master File, to permit compilation of reports, and identify the transaction when a transcript is extracted from the Master File. IRAF: Many BMF and IMF Transaction Codes will not be used for the IRAF. Also, the definitions of several Transaction Codes are necessarily changed since there will be no offsetting or computer generated credit interest. In addition all refunds will be scheduled manually with the refunds posted to the IRAF using TC 840.

**3(27)(68)(12).2** *(1–1–98)*
**Prejournalized Versus Post-Journalized**

All transactions containing accounting data are either Prejournalized or Post-Journalized. These are specified where. applicable as "PJ" (Prejournalized) or "NPJ" (Post-Journalized). Prejournalized transactions are recorded in the proper journal prior to MCC processing whereas Post-journalized transactions are recorded after MCC processing from the Service Center Recap of Assessments, Abatements and other Post-Journalized Transactions.

**3(27)(68)(12).3** *(1–1–98)*
**Structure**

(1) The first two digits of the Transaction Code identify the basic transaction. The third digit (units position) is called the reversal code.
(2) ABBR & TITLE is the standard abbreviation shown on printed outputs such as "Document Index and Files", MCC computer generated "Transcripts", and "TDA's"

Exhibit _c4of5_

I R Manual                                                          ADP Systems Code
3(27)(68)(12).8

| TC  | DR/CR | File | Abbr. & Title | Doc. Code |
|-----|-------|------|---------------|-----------|
| 481 |       | I,B  | OC REJECTD    | 77        |
|     |       | A    | Offer-In Compromise |     |
|     |       |      | Rejected      |           |

(34) TC 482—Records date of withdrawal of offer. Generates OIC Transcript and discontinues further transcripts. BMF/IMF: Extends Assessment and Collection Statute Expiration Dates by lapse time plus one year. Releases TC 480 freeze.

| TC  | DR/CR | File | Abbr. & Title | Doc. Code |
|-----|-------|------|---------------|-----------|
| 482 |       | I,B  | OC WITHDRN    | 77        |
|     |       | A    | Offer-In Compromise |     |
|     |       |      | Withdrawn     |           |

(35) TC 483—Records information that TC 480 OIC was posted in error. Does not extend Assessment and Collection Statute Expiration Dates, reverts to normal date. Generates OIC Transcript but discontinues further OIC Transcripts.

| TC  | DR/CR | File | Abbr. & Title | Doc. Code |
|-----|-------|------|---------------|-----------|
| 483 |       | I,B  | OC ERROR      | 77        |
|     |       | A    | Correction of Erroneous Posting of TC 480 |  |

(36) TC 488—Updates module status to "14", delete any TDA deferred actions pertaining to the module, and (on non-cc 'S' Form 1041) establish the appropriate deferred action to issue CP 191, on BMF. **NOTE:** Status "14" is released by zero or credit balance, a subsequent debit balance does not update status to "14". (BMF—Form 1041 and 706)

| TC  | DR/CR | File | Abbr. & Title | Doc. Code |
|-----|-------|------|---------------|-----------|
| 488 |       | B    | INSTAL MBL    | 77        |
|     |       |      | Installment and/or Manual Billing |   |

(37) TC 489—Updates module status to "21", delete any deferred action to issue CP 191 and go through TDA analysis.

| TC  | DR/CR | File | Abbr. & Title | Doc. Code |
|-----|-------|------|---------------|-----------|
| 489 |       | B    | INSTAL DEF    | 77        |
|     |       |      | Installment Defaulted |      |

(38) TC 490—Shows that a waiver of magnetic media filing requirements was issued.

| TC  | DR/CR | File | Abbr. & Title    | Doc. Code |
|-----|-------|------|------------------|-----------|
| 490 |       | P    | Mag Media Waiver | 64        |

(39) TC 494—Issuing Organization Code two position numeric only, (70, 71, 84). Indicates that a 90 day notice (Statutory Notice of Deficiency) was issued.

| TC  | DR/CR | File | Abbr. & Title | Doc. Code |
|-----|-------|------|---------------|-----------|
| 494 |       | I    | STATNOT IND   | 77        |
|     |       |      | Notice of Deficiency |       |

(40) TC 495—Issuing Organization Code two position numeric only (70, 71, 84). Indicates a Closure of the TC 494. Can also be used to reverse a TC 494 that was processed in error.

---



Exhibit C 5 of 5