IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

       v.                          Case No. 3:05cr25/LAC

WARD FRANKLIN DEAN
_____/

GOVERNMENT'S EXHIBIT LIST

| Gov't # | Date ID'd | Date Admitted | Witness(es) | Description |
|---|---|---|---|---|
| AIT-1 | | | Self-Authenticating Business Record | Records showing DEAN paid to set up website www.warddeanmd.com |
| C-Alabama | | | Self-Authenticating - Seal of U. S. Agency | Correspondence to DEAN from IRS Office in Alabama |
| C-Florida | | | Self-Authenticating - Seal of U. S. Agency | Correspondence to DEAN from IRS Office in Florida |
| C-Georgia | | | Self-Authenticating - Seal of U. S. Agency | Correspondence to DEAN from IRS Office in Georgia |
| DFAS-1 | | | Self-Authenticating Business Record | Printouts of 1099-R's for 1997-2000 & 2002 and Form 1099-R for 2001 from DFAS |
| DFAS-2 | | | Self-Authenticating Business Record | DEAN's retirement checks from DFAS |
| DFAS-3 | | | Self-Authenticating Business Record | Paperwork relating to Forms W-4 and Forms W-4 submitted to DFAS |
| DL-1 | | | Self-Authenticating - Seal of State Agency | DEAN's Driver's License |
| EF-1 | | | Self-Authenticating Business Record | DEAN's credit history from Equifax |
| EX-1 | | | Self-Authenticating Business Record | DEAN's credit history from Experian |

| | | | | |
|---|---|---|---|---|
| FFI-1 | | | Self-Authenticating Business Record | Forms 1099 for 1999 & 2000 and checks to DEAN from First Fitness International |
| FUB-1 | | | Self-Authenticating Business Record | DEAN's Bank Account Records from First Union Bank (Wachovia) |
| GPC-1 | | | Self-Authenticating Business Record | DEAN's Loan Application from Green Point Credit |
| Instructions-1997 | | | Self-Authenticating Official Publication | IRS 1040 Instruction Booklet for 1997 |
| Instructions-1998 | | | Self-Authenticating Official Publication | IRS 1040 Instruction Booklet for 1998 |
| Instructions-1999 | | | Self-Authenticating Official Publication | IRS 1040 Instruction Booklet for 1999 |
| Instructions-2000 | | | Self-Authenticating Official Publication | IRS 1040 Instruction Booklet for 2000 |
| Instructions-2001 | | | Self-Authenticating Official Publication | IRS 1040 Instruction Booklet for 2001 |
| Instructions-2002 | | | Self-Authenticating Official Publication | IRS 1040 Instruction Booklet for 2002 |
| ITR-1997 | | | Self-Authenticating - Seal of U. S. Agency | DEAN's 1997 Form 1040EZ |
| ITR-1998 | | | Self-Authenticating - Seal of U. S. Agency | DEAN's 1998 Form 1040EZ |
| ITR-1999 | | | Self-Authenticating - Seal of U. S. Agency | DEAN's 1999 Form 1040 |
| ITR-2000 | | | Self-Authenticating - Seal of U. S. Agency | DEAN's 2000 Form 1040 |
| ITR-2001 | | | Self-Authenticating - Seal of U. S. Agency | DEAN's 2001 Form 1040 |
| JG-1991 | | | Self-Authenticating Business Record | 1991 Tax Return Graham prepared for DEAN |
| JG-1992 | | | Self-Authenticating Business Record | 1992 Tax Return Graham prepared for DEAN |

| | | | | |
|---|---|---|---|---|
| JG-1993 | | | Self-Authenticating Business Record | 1993 Tax Return Graham prepared for DEAN |
| JG-1994 | | | Self-Authenticating Business Record | 1994 Tax Return Graham prepared for DEAN |
| JG-1995 | | | Self-Authenticating Business Record | 1995 Tax Return Graham prepared for DEAN |
| JG-1996 | | | Self-Authenticating Business Record | 1996 Tax Return Graham prepared for DEAN |
| JG-1997 | | | Self-Authenticating Business Record | 1997 Tax Return Graham prepared for DEAN |
| LEP-1 | | | Self-Authenticating Business Record | Printout of Compensation Life Enhancement Products Paid to DEAN |
| LEP-2 | | | Self-Authenticating Business Record | Life Enhancement Products Checks to DEAN |
| LEP-3 | | | Self-Authenticating Business Record | Forms 1099 for DEAN for 1998-2001 from Life Enhancement Products |
| MBNA-1 | | | Self-Authenticating Business Record | DEAN's MBNA Bank Account Records |
| Mortgage Interest-1 | | | Self-Authenticating - Seal of U. S. Agency | IRS IRP printout reflecting mortgage interest DEAN paid |
| Order-1 | | | Self-Authenticating - Seal of U. S. District Court | US District Court Order 10/24/02 |
| PNC-1 | | | Self-Authenticating Business Record | DEAN's PNC Bank Account Records |
| RE-Tax | | | Self-Authenticating - Seal of State Political Subdivision | Escambia County Tax Collector record reflecting real estate taxes paid by DEAN 1997-2002 |
| S-1 | | | IRS Special Agent Tanya Burgess | Summary of DEAN's Income and Taxes 1997-2002 |

| SP-1 | | | Self-Authenticating Business Record | Printout of Compensation paid to DEAN by Smart Publications |
|---|---|---|---|---|
| Summons-1 | | | Wayne Jackson | Summonses to Vitamin Research, DFAS, PNC, First Union, MBNA, and Life Enhancement Products |
| Summons-2 | | | Wayne Jackson | Copy of Blank IRS Summons |
| TA-1991 | | | Self-Authenticating - Seal of U. S. Agency | DEAN's 1991 IMFOLT & IMFOLR transcripts |
| TA-1992 | | | Self-Authenticating - Seal of U. S. Agency | DEAN's 1992 IMFOLT & IMFOLR transcripts |
| TA-1993 | | | Self-Authenticating - Seal of U. S. Agency | DEAN's 1993 IMFOLT & IMFOLR transcripts |
| TA-1994 | | | Self-Authenticating - Seal of U. S. Agency | DEAN's 1994 IMFOLT & IMFOLR transcripts |
| TA-1995 | | | Self-Authenticating - Seal of U. S. Agency | DEAN's 1995 IMFOLT & IMFOLR transcripts |
| TA-1996 | | | Self-Authenticating - Seal of U. S. Agency | DEAN's 1996 IMFOLT & IMFOLR transcripts |
| TA-1997 | | | Self-Authenticating - Seal of U. S. Agency | DEAN's 1997 IMFOLT & IMFOLR transcripts |
| TA-1998 | | | Self-Authenticating - Seal of U. S. Agency | DEAN's 1998 IMFOLT & IMFOLR transcripts |
| TA-1999 | | | Self-Authenticating - Seal of U. S. Agency | DEAN's 1999 IMFOLT & IMFOLR transcripts |
| TA-2000 | | | Self-Authenticating - Seal of U. S. Agency | DEAN's 2000 IMFOLT & IMFOLR transcripts |
| TA-2001 | | | Self-Authenticating - Seal of U. S. Agency | DEAN's 2001 IMFOLT & IMFOLR transcripts |
| TA-2002 | | | Self-Authenticating - Seal of U. S. Agency | DEAN's 2002 IMFOLT & IMFOLR transcripts |
| TU-1 | | | Self-Authenticating Business Record | DEAN's Credit History from Trans Union |

| USGI-1 | | | Self-Authenticating Business Record | DEAN's IRA Account Records from U.S. Global Investors |
|---|---|---|---|---|
| VRP-1 | | | Self-Authenticating Business Record | DEAN's Forms W-2 for 1997-2001 and Forms 1099 for 2001-2002 from Vitamin Research Products |
| VRP-2 | | | Self-Authenticating Business Record | Vitamin Research Products Compensation Checks to DEAN |
| VRP-3 | | | Self-Authenticating Business Record | DEAN's Forms W-4 submitted to Vitamin Research Products |
| VRP-4 | | | Self-Authenticating Business Record | DEAN's IRA Checks |
| VRP-5 | | | Self-Authenticating Business Record | 9/23/96 Fax Asking DEAN to Sign Form W-4 and Provide Financial Institution for IRA Checks; IRA Agreements Signed by DEAN |
| VRP-6 | | | Self-Authenticating Business Record | DEAN's Employment Contracts with Vitamin Research Products |
| WD-FOIA-1 | | | Self-Authenticating - Seal of U. S. Agency | Copies of DEAN's FOIA Requests |
| WDW-1 | | | IRS Special Agent Tanya Burgess | Excerpts from DEAN's website www.warddeanmd.com |
| WFHM-1 | | | Self-Authenticating Business Record | Loan Application DEAN submitted to Wells Fargo Home Mortgage |
| WJ | | | Wayne Jackson | DEAN's 1/13/02 Letter to Wayne Jackson with DEAN's Letters to DFAS & Vitamin Research Products Attached |
| | | | | |

|  |  |  |  |  |
|--|--|--|--|--|
|  |  |  |  |  |

        Respectfully submitted,

        GREGORY R. MILLER
        United States Attorney

        s/ Robert G. Davies

        Robert G. Davies
        Assistant U. S. Attorney
        Florida Bar No. 704301

        s/ David L. Goldberg

        David L. Goldberg
        Assistant U.S. Attorney
        Member of the Maryland Bar
        21 East Garden Street, Suite 400
        Pensacola, Florida 32502
        (850) 444-4000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the fore-going has been delivered via mail to: Ward Franklin Dean, 8799 Burning Tree Road, Pensacola, FL 32514 this the 5th day of May, 2005.

        s/ Robert G. Davies
        Robert G. Davies
        Assistant U.S. Attorney