# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.     Case No. 3:05cr25/LAC

WARD FRANKLIN DEAN,

    Defendants.

_____/

## ORDER

IN CONSIDERATION of Defendant's filed notice of his efforts to obtain counsel, Defendant shall have until August 1, 2005, in which to again report on the progress of such efforts. Defendant is also cautioned to take notice that this case remains on the September trial docket.

**ORDERED** on this 20th day of July, 2005.

                                            s/*L.A. Collier*
                                            Lacey A. Collier
                                    Senior United States District Judge