# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No. 3:05cr25/LAC

WARD FRANKLIN DEAN,

    Defendants.
_____/

## ORDER

In consideration of the Court's August 9, 2005, Order, Defendant is now deemed to be representing himself in these proceedings. Defendant is expected to comply with the Court's April 14, 2005, Scheduling Order and with the Local Rules for the Northern District of Florida.

**ORDERED** on this 7th day of September, 2005.

                                                      s/*L.A. Collier*
                                                      Lacey A. Collier
                                                      Senior United States District Judge