# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                          Case No. 3:05cr25/LAC

WARD FRANKLIN DEAN,

    Defendants.

_____/

## ORDER

Defendant has filed objections to the Court's order setting a hearing in this case pursuant to *Faretta v. California*, 422 U.S. 806, 95 S.Ct. 2525, 45 L.Ed.2d 562 (1975). While Defendant's objections are noted, the hearing shall nonetheless be held, and Defendant's participation is expected.

**ORDERED** on this 28th day of September, 2005.

                                                                     s/ *L.A. Collier*
                                                                     Lacey A. Collier
                                                           Senior United States District Judge