# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| United States of America, | ) Case No: 3:05CR25/LAC |
| Plaintiff, | ) |
| v. | ) |
| Ward Franklin DEAN, | ) |
| Defendant. | ) |

## Fourth Status Report — October 3rd, 2005

Defendant Ward Dean reports on his continuing efforts to secure effective assistance of counsel. Despite ongoing efforts to find an attorney in the Northern District of Florida with adequate knowledge of tax law, criminal law, and the legal skill necessary to provide him with effective assistance of counsel, at a fee Defendant can afford (considering the considerable sum he already spent as a retainer for previously-engaged counsel, who was forced by Plaintiff to terminate his services in the case), these efforts have been time consuming, wearying, and so far unsuccessful.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

2005 OCT -3 AM 9: 43

FILED

Although Dean had previously considered engaging the services of an out-of-state attorney, to appear *Pro Hac Vice*, he was under the impression (reinforced by every attorney with whom he had discussed this issue) that any *Pro Hac Vice* attorney would need a sponsoring local attorney. This would practically double the cost of representation, making such an arrangement cost prohibitive.

Desparate to avoid being forced to involuntarily proceed without counsel, Defendant was searching and going over all his options with a fine-toothed comb and, upon reviewing the local rules of court, found that having a local attorney as a sponsor is *not* required for an out-of-state attorney to appear *Pro Hac Vice*. Defendant therefore began to contact, via telephone and email, a number of attorneys in other states who specialize (or are at least reasonably familiar) with cases of this nature.

So far, Accused has contacted and interviewed attorneys in Texas (John Green), Alabama (Larry Becraft), Wisconsin (Bob Bernhoft and Jeffrey Dickstein), Missouri (Chuck McFarland), Arkansas (Oscar Stilley), Arizona (Don MacPherson), Virginia (Mark Lane), and California (Paul Anacker). Accused is engaged in negotiations with several of these attorneys, and is near to making a final decision, although there are some "loose ends" to secure on the part of the candidate attorneys, regarding adjusting their schedules and negotiating final financial arrangements.

Respectfully Submitted,

*(signature)*

Ward Dean, M.D.
Commander, USN (Ret)
8799 Burning Tree Road
Pensacola, Florida 32514
850-484-0595

## Certificate of Service

This is to certify that a copy of this Status Report—October 3rd, 2005 was sent by first class mail on 3 October, 2005, to AUSA Robert G. Davies at 21 East Garden Street, Suite 400, Pensacola FL 32502

*(signature)*

Ward Franklin Dean