

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                  USDC NO. 3:05cr25LAC
                                         USCA NO. __ Not yet assigned

WARD FRANKLIN DEAN          05-15286F

## TRANSMITTAL OF NOTICE OF APPEAL

The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals. The Certified copy of the appeal notice, docket entries, order (document #65) appealed from are enclosed.

First Appeal Notice - INTERLOCUTORY APPEAL
Judge appealed from: Lacey A. Collier
Other:

Please acknowledge receipt on the enclosed copy of this transmittal to: PENSACOLA DIVISION

                                                       WILLIAM M. McCOOL,
                                                       CLERK OF COURT

                                                       By: Mary Maloy-Wells
                                                       Deputy Clerk
                                                       One North Palafox Street
September 20, 2005                           Pensacola, Florida 32502-5658

Entered on Docket: _____ by _____

OFFICE OF CLERK
U.S. DISTRICT CT
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 SEP 27 AM 10: 56

                                                       Document No. 73

FILED