3:05cr25 LAC
USA v WARD DEAN

Th Sep 19 11:34:44 2005

UNITED STATES DISTRICT COURT
TALLAHASSEE, FL

Receipt No. 300 112331
Cashier bermaj

Tender Type CASH

Transaction Type W

CC Type    Qty ID    Acct
465        3         086500

Amount            $   251.00

400501 FILING FEE 3105CR25/WC 465D 7582

WARD DEAN 1221 DELAINE PPH LA PENSACOLA
FL 32514 5608