**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                    USDC NO. 3:05CR25LAC
                              USCA NO. 05-15286F

WARD FRANKLIN DEAN

**TRANSMITTAL OF MISCELLANEOUS APPEAL DOCUMENTS**

The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals.

The appellate docket fee paid.  Date paid: 9/29/2005
Appeal filing fee of $255.00 paid.  Receipt #300 112361. Doc #86

Please acknowledge receipt on the enclosed copy of this transmittal to: PENSACOLA DIVISION

                                            WILLIAM M. McCOOL,
                                            CLERK OF COURT

                                            By: <u>Mary Maloy-Wells</u>
                                            Deputy Clerk
                                            One North Palafox Street
October 3, 2005                        Pensacola, Florida 32502-5658

Document No.