**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS  CASE NO.  3:05cr25LAC

WARD FRANKLIN DEAN

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on __September 19, 2005__
Motion/Pleadings: COMBINED MOTION, MEMO OF LAW AND POINTS OF AUTHORITY FOR RECONSIDERATION OF THE COURT'S ORDER OF SEPTEMBER 7, 2005
Filed by DEFENDANT PRO SE    on 9/15/05    Doc.# 68
RESPONSES:
BY GOVERNMENT    on 9/19/05    Doc.# 69
    on    Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*/s/ Mary Maloy*

LC (1 OR 2)    Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 6th day of October, 2005, that:*

*(a) The relief requested is **GRANTED** only insofar as the Court held a hearing on October 3, 2005, addressing Faretta issues and Defendant's options as they pertain to retention of counsel.*

*(b)* _____

s/ *L.A. Collier*
**LACEY A. COLLIER**
*United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.