IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.     Case No. 3:05cr25/LAC

WARD FRANKLIN DEAN

_____

GOVERNMENT'S PROPOSED JURY VOIR DIRE QUESTIONS

Comes now the United States of America, by and through the undersigned Assistant United States Attorneys, and, requests, that in addition to the standard voir dire questions the court asks that it also ask the following questions:

1. Have any of you, a member of your immediate family or a close friend ever had any direct dealings with the Internal Revenue Service, such as a civil audit, collection activity or criminal investigation?

2. If any member of the panel answers in the affirmative to question 1, please ask the following questions -

   a. Who was it that had the dealing with the IRS?
   b. What type of dealing did you or the person have with the IRS?
   c. When did this occur?
   d. In your opinion were you or the other person treated fairly and courteously by the IRS?
   e. Do you have any feelings or opinions about the IRS that would make you unable to decide this case fairly?

3.  Do any of you have a disagreement with any of the Internal Revenue laws of the United States or hold any personal belief that the United States should not regulate the payment of income taxes or that the IRS should not audit taxpayers.

4.  Are any of you, a member of your immediate family, or a close friend, a member or supporter of any organization whose members express dissatisfaction with the substance, form or administration of the tax laws by either refusing to file income tax returns, pay income tax or attempting to interfere with the administration of this country's tax laws?

5.  Do any of you disagree with the idea that everyone has a duty to obey the income tax laws, as well as the other laws in this country?

    Respectfully submitted,

    GREGORY R. MILLER
    United States Attorney

    <u>s/ Robert G. Davies</u>

    Robert G. Davies
    Assistant U.S. Attorney
    Florida Bar No. 704301

    <u>s/ David L. Goldberg</u>

    David L. Goldberg
    Assistant U.S. Attorney
    Member of the Maryland Bar
    21 East Garden Street, Ste. 400
    Pensacola, Florida 32501
    (850) 444-4000

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the fore-going has been delivered via the court's ecf system and/or by fax to: Ward Dean, 8799 Burning Tree Road, Pensacola, FL 32514, fax no. 477-8610 this the <u>19th</u> day of October, 2005.

<u>s/ Robert G. Davies</u>
Robert G. Davies
Assistant U.S. Attorney