IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                            Case No. 3:05cr25/LAC

WARD FRANKLIN DEAN
_____

GOVERNMENT'S MOTION IN LIMINE

Comes now the United States of America, by and through the undersigned Assistant United States Attorneys, and files this motion in limine to preclude the defendant from providing testimony or argument that the court has forced him to go to trial without a lawyer and to preclude the defendant from providing testimony or argument that a prior grand jury declined to indict him.

The defendant has made such arguments in prior pleadings and/or correspondence with the government. Both arguments are without factual support, are irrelevant, and would unduly confuse the jury. As such, the court should preclude the defendant from providing testimony or

argument that the court has forced him to go to trial without a lawyer and from providing testimony or argument that a prior grand jury declined to indict him. Fed.R.Evid. 401, 403.

        Respectfully submitted,

        GREGORY R. MILLER
        United States Attorney

        s/ Robert G. Davies

        Robert G. Davies
        Assistant U.S. Attorney
        Florida Bar No. 704301

        s/ David L. Goldberg

        David L. Goldberg
        Assistant U.S. Attorney
        Member of the Maryland Bar
        21 East Garden Street, Suite 400
        Pensacola, FL 32501
        (850) 444-4000

## CERTIFICATE OF COMPLIANCE REGARDING N.D. FLA. LOC. R. 7.1(B)

I hereby certify that on October 19, 2005, I provided the defendant, who is proceeding pro se, with a copy of the foregoing via telefax and asked him to advise me of his position regarding the motion. The defendant opposes the motion.

## CERTIFICATE OF SERVICE

I hereby certify that a copy has been delivered via the court's ecf system and/or by fax to: Ward Dean, 8799 Burning Tree Road, Pensacola, FL 32514, fax no. 477-8610 this the 19th day of October, 2005.

        s/ Robert G. Davies
        Robert G. Davies
        Assistant U.S. Attorney