IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                                  Case No. 3:05cr25/LAC

WARD FRANKLIN DEAN
_____

GOVERNMENT'S RESPONSE TO DEFENDANT'S NOVEMBER
24, 2005, MOTION REGARDING PENDING MOTIONS

Comes now the United States of America, by and through the undersigned Assistant United States Attorneys, and files this response to the defendant's November 24, 2005, motion regarding pending motions.

By his motion the defendant contends that the court should unseal document 93. The government leaves the disposition of the defendant's motion to the court's discretion.

    Respectfully submitted,

    GREGORY R. MILLER
    United States Attorney

    s/ Robert G. Davies

    Robert G. Davies
    Assistant U.S. Attorney
    Florida Bar No. 704301

    s/ David L. Goldberg

    David L. Goldberg
    Assistant U.S. Attorney
    Member of the Maryland Bar
    21 East Garden Street, Suite 400
    Pensacola, FL 32501
    (850) 444-4000

## CERTIFICATE OF SERVICE

I hereby certify that a copy has been delivered via the court's ecf system and/or by mail to: Lowell H. Becraft, Jr., 209 Lincoln Street, Huntsville, AL 35801 this the 28th day of November, 2005.

    s/ Robert G. Davies
    Robert G. Davies
    Assistant U.S. Attorney