# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS                                       CASE NO.  3:05cr25LAC

WARD FRANKLIN DEAN

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   October 20, 2005

Motion/Pleadings:   APPLICATION FOR STAY PENDING APPEAL WITH MEMORANDUM OF POINTS AND AUTHORITIES

Filed by DEFENDANT, PRO SE   on 10/18/05   Doc.# 103

RESPONSES:

BY GOVT   on 10/19/05   Doc.# 104

       on   Doc.#

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Mary Maloy

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 1st day of December, 2005, that:*

*(a) The relief requested is **DENIED.***

*(b) Moot. Appeal withdrawn.*

                                             s/*L.A. Collier*
                                           **LACEY A. COLLIER**
                                       **United States District Judge**

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.