# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS   CASE NO. 3:05cr25LAC

WARD FRANKLIN DEAN

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   November 30, 2005
Motion/Pleadings:   MOTION TO INSPECT JURY SELECTION RECORDS PURSUANT TO 28 U.S.C. § 1867(a) and (f) AND BRIEF
Filed by DEFENDANT   on 11/24/05   Doc.# 117
RESPONSES:
BY GOVT   on 11/29/05   Doc.# 120
___ on ___ Doc.# ___

___ Stipulated   ___ Joint Pldg.
___ Unopposed   ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Mary Maloy
LC (1 OR 2)   Deputy Clerk: Mary Maloy

## *AMENDED ORDER*

*Upon consideration of the foregoing, it is ORDERED this 1st day of December, 2005, that:*

*(a) The relief requested is **GRANTED.***

*(b) Defendant should contact Beatrice Spencer, United States District Court, 111 North Adams Street, Tallahassee, FL 32301, 850/521-3525, to arrange the inspection. Any attendant costs shall be born by Defendant. In using these records, Defendant shall be mindful of the constraints of the Privacy Act. See 5 U.S.C. § 552a; 28 U.S.C. § 1867(f).*

Entered On Docket: _____ By: _____   s/ *L.A. Collier*
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP   ***LACEY A. COLLIER***
Copies sent to: _____   ***United States District Judge***

Document No.