# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                              CASE NO. 3:05cr25/LAC

WARD FRANKLIN DEAN

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on June 29, 2005
Motion/Pleadings: MOTION IN LIMINE
Filed by DEFENDANT                    on 6/24/05           Doc.# 51
RESPONSES:
BY GOVERNMENT                         on 6/27/05           Doc.# 53
                                      on                  Doc.#

____ Stipulated   ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

LC (1 OR 2)                           /s/ Mary Maloy-Wells
                                      Deputy Clerk: Mary Maloy-Wells

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 5th day of December, 2005, that:*

*(a) The relief requested is **DENIED.***

*(b) Without prejudice. See record of hearing.*

s/ *L.A. Collier*
**LACEY A. COLLIER**
*United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.