# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                         CASE NO. 3:05cr25/LAC

WARD FRANKLIN DEAN

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on <u>October 19, 2005</u>

Motion/Pleadings: <u>MOTION IN LIMINE</u>

Filed by <u>GOVERNMENT</u> on <u>10/19/05</u> Doc.# <u>102</u>

RESPONSES:

                                           on _____ Doc.# _____

                                           on _____ Doc.# _____

\_\_\_ Stipulated     \_\_\_ Joint Pldg.
\_\_\_ Unopposed     \_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

LC (1 OR 2)                    /s/ Mary Maloy-Wells
                              Deputy Clerk: Mary Maloy-Wells

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 5th day of December, 2005, that:*

*(a) The relief requested is **DENIED.***

*(b) MOOT.*

                                             s/*L.A. Collier*
                                             ***LACEY A. COLLIER***
                                             ***United States District Judge***

```
Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
```

Document No.