**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                                                       CASE NO.  3:05cr25/LAC

WARD DEAN

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on  December 7, 2005
Motion/Pleadings:   DEFENDANT'S BRIEF RE RULE 29 MOTION
Filed by  DEFENDANT                    on 12/7/05           Doc.# 130
RESPONSES:
                                                      on                     Doc.#
                                                      on                     Doc.#

_____ Stipulated       _____ Joint Pldg.
_____ Unopposed        _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

    1
LC (1 OR 2)                            s/ Mary Maloy
                                       Deputy Clerk:

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 8th day of December, 2005, that:*

*Having taken the matter under advisement at the close of the evidence in this case, and upon careful review of the brief in support of the motion, the Court finds the motion for judgment of acquittal to be without merit.  The motion is therefore* ***DENIED.***

                                       s/ *L.A. Collier*
                                       ***LACEY A. COLLIER***
                                       ***United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

                    Document No.