UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                    CASE NO. 3:05cr25/LAC

WARD FRANKLIN DEAN

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   December 9, 2005
Motion/Pleadings:  MOTION TO STAY PROCEEDINGS
Filed by DEFENDANT                 on 12/5/05        Doc.# 128
RESPONSES:
                                   on               Doc.#
                                   on               Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)                        Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 13th day of December, 2005, that:*

*(a) The relief requested is **DENIED**.*

*(b) See record of trial.*

s/*L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.