**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,

v.   Case No. 3:05cr25/LAC

WARD FRANKLIN DEAN,

    Defendant.
_____/

**<u>ORDER</u>**

    This Cause is before the Court on Defendant's Motion for Bond seeking release pending sentencing by the Court in this case.

    Pursuant to 18 U.S.C. § 3143(a)(1), a person awaiting imposition of sentence following a guilty verdict and for whom the sentencing guideline range will recommend a term of imprisonment shall be detained "unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released . . . ." The sentencing range for Defendant indeed recommends imprisonment.

The following factors inform the Court's conclusion that Defendant is a flight risk. First, Defendant faces an inevitable term of imprisonment. Second, as the evidence introduced at trial showed, Defendant earned over one million dollars between 1997 and 2002, is conversant in a foreign language, and is no stranger to international travel, all of which makes clear that Defendant has considerable resources with which to flee. Third, Defendant's criminal actions demonstrate that he is quite capable of disrespecting and openly flouting and disobeying the rule of law.

The Court therefore finds that the Defendant poses a significant risk of flight and that there is no condition or combination of conditions of release that would reasonably assure Defendant's appearance for sentencing were he to be released.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

Defendant's Motion for Bond (doc. 137) is **DENIED**.

**ORDERED** on this 21st day of December, 2005.

s/ *L.A. Collier*
Lacey A. Collier
Senior United States District Judge