Meeting held at the Internal Revenue Office, 125
West Romana Street, Suite 300, Pensacola,
Florida, on the 18th day of March, 2002,
commencing at 1:00 p.m.


APPEARANCES:

WARD DEAN, M.D.
8799 Burning Tree Road
Pensacola, Florida  32514

RICK WALLSTEAD
7401 Camale Drive
Pensacola, Florida  32504

ORIGINAL

AGENT TED POOLE
AGENT WAYNE JACKSON
Internal Revenue Service
125 West Romana Street, Suite 300
Pensacola, Fl  32501


REPORTED BY:  LINDA V. CROWE, COURT REPORTER

LEITCH, TAYLOR & BAKER, INC.

C   O   U   R   T      R   E   P   O   R   T   E   R   S

113 SOUTH ALCANIZ STREET • PENSACOLA, FLORIDA 32501
(850)434-5954 • 1-800-321-5954 • FAX (850)434-0053 • LTBINC@GULF.NET

1          P R O C E E D I N G S

2              MR. POOLE:  Y'all wanted to have a meeting with

3          us and you wanted some information.  I gather from

4          your last correspondence that you -- you again were

5          demanding a meeting.

6              DR. DEAN:  Yes, I am.

7              MR. JACKSON:  Excuse me, let me make an

8          introduction on the tape.  This is Wayne Jackson,

9          Internal Revenue Agent.  This tape recording is being

10         made at the request of Mr. Ward Dean and Mr. Dean has

11         two witnesses, a stenographer and you are?

12             MR. WALLSTEAD:  Rick Wallstead, 7401 Camale

13         Drive, Pensacola, 32504.

14             MR. JACKSON:  Are you a representative?

15             MR. RICK:  I am simply a witness for Dr. Dean.

16             MR. JACKSON:  Okay.  We also have a stenographer

17         and her name is?

18             COURT REPORTER: Linda Crowe, with Leitch, Taylor

19         and Baker, 113 South Alcaniz Street, Pensacola,

20         Florida.

21             MR. JACKSON:  Thank you.  Ted Poole, Group

22         Manager, is also sitting in on this interview.  The

23         time is 1:00 p.m., March the 18th.  The location is

24         the IRS office and the tape is being made at the

25         request of Mr. Ward Dean.

1            Mr. Dean, before we get into specifics, I

2       wanted to make sure that you understood your appeal

3       rights in the audit process.  You have the appeal

4       right, beyond what I may give you in a report, to

5       what we call the Appeal Division.  You can go to our

6       Appeal Division and present your side of any issue

7       that you think you haven't been satisfied with.  And

8       beyond that, you can go into court, if you so like.

9       Do you understand these appeal rights?

10           DR. DEAN:  I understand.

11           MR. JACKSON:  Very good.  Okay.  I'd like to ask

12      you a couple of questions.  I'd like to ask you about

13      your business.

14           DR. DEAN:  Well, before we -- I'll be happy to

15      answer all of your questions and provide you with all

16      of the documents that you would like to see.

17      However, you've made a little introductory statement.

18      I'd like to make one myself, that I called this

19      meeting with the IRS because I am confused about the

20      tax laws and regulations that you claim allegedly

21      apply to me.

22           We've already gone through the people who are

23      attending this meeting.  And the purpose of this

24      meeting is number one, to establish your authority to

25      examine my books and records regarding the tax

1    liability that I allegedly owe and second, to

2    establish your authority to send out summonses, which

3    you have sent to my banks and to other organizations.

4    To start this off -- and I've asked these questions

5    in writing and, in fact, you have refused to both

6    answer my questions in writing and by telephone where

7    you stated that you were not going to provide me with

8    any of these documents.

9         Now, your own IRS mission states that you will

10    apply the tax law with integrity and fairness to all

11    and this is out of Publication 3498.  It also states

12    that you have to follow the tax rules in the Internal

13    Revenue Code and, finally, that I can ask about

14    anything that is unclear to you.   That's what I

15    intend to do today, is to try to clear up some things

16    that are not clear to me.

17         Now, the first is, you sent out a letter

18    requesting a variety of books and records and I would

19    like to know what statute authorizes you to examine

20    my books and records?

21         MR. POOLE:  It's the Internal Revenue Code,

22    Section 6012.

23         DR. DEAN:  6012.

24         MR. POOLE:  Uh-huh.

25         DR. DEAN:  Let the record show that I'm pulling

1           out the Internal Revenue Code, Section 6012, and I'm

2           placing it in front of the agents where they can show

3           me specifically which part of that section requires

4           me to provide them with books and records.

5           MR. POOLE:  Section 1A, the one that you have

6           highlighted there.

7           DR. DEAN:  Okay.  Section 1A says that every

8           individual having for the taxable year gross income.

9           Now, can you define for me gross income?  I've

10          looked -- in fact, I've looked in the index to the

11          code and I am unable to find income or the definition

12          of income.  Now, if you can find it, I would like you

13          to show that to me.  Now, gross income is defined --

14          MR.  POOLE:  Do you receive money from the

15          military?

16          DR. DEAN:  I'd like you to answer my questions

17          first and then I will be glad --

18          MR. POOLE:  That's what I'm trying to do.  I'm

19          trying to answer your questions.

20          Do you receive income from the military?

21          DR. DEAN:  You don't answer a question by asking

22          a question.  Here's the tax code.  I've got it open

23          to gross income and I can show you where gross income

24          is.  Now, I would like you to show me the definition.

25          There's the definition of gross income.

1          MR. POOLE:  That's it.

2          DR. DEAN:  I would like you to show me the

3     definition of income.

4          MR. POOLE:  That's it right there.

5          DR. DEAN:  Well, that is code section --

6          MR. POOLE:  61.

7          DR. DEAN:  Okay.  I think we're getting away --

8     this section actually has nothing to do with the

9     requirement -- with your authorization to examine

10    books and records, even if we could find a definition

11    of income, which is not in here, I will tell you

12    that.

13         MR. POOLE:  I will tell you it is in there.

14         DR. DEAN:  Any school -- okay, let's -- you

15    show me where income is defined in this code.

16         MR. POOLE:  Section 61, the one that it's

17    pointed to right there.  That's where income is

18    defined.

19         And I'm asking you:  Did you receive any money

20    from the federal government?

21         DR. DEAN:  Before I answer any questions --

22         MR. POOLE:  Well, that's income.  That's what

23    I'm telling you.  That's income.

24         DR. DEAN:  Well, what you're telling me and

25    what the tax code -- show me in the tax code.  Show

1      me in the law that says I have to believe anything an
2      IRS agent tells me.  I want to see.
3          MR. POOLE:  You don't have to believe anything I
4      tell you.  It's not going to tell you that.  I mean,
5      I could tell you that it's nice and sunny outside.
6      You don't have to believe me.
7          DR. DEAN:  Being nice and sunny has nothing to
8      do with the tax code.  Let's look in the tax code,
9      which you are required to comply with.  I'm asking
10     questions about it.
11         MR. POOLE:  We have complied completely with the
12     code.
13         DR. DEAN:  Show me in the tax code where the
14     definition is.
15         MR. POOLE:  Find Section 61.  That's where it
16     referenced you to in the index.
17         DR. DEAN:  This is gross income defined.  Now,
18     any school boy -- my children are in elementary
19     school and first year in high school and they know
20     that you don't use a word to define itself and I
21     would -- I have not been able to find the definition
22     of income in the tax code.
23         MR. POOLE:  Right there it is; compensation for
24     services.
25         DR. DEAN:  That is called gross income.

1      MR. POOLE:  Defined.  See, you've already

2      highlighted the appropriate section right there that

3      applies to you.

4      DR. DEAN:  This is not a definition of income.

5      Now let's get back to code --

6      MR. POOLE:  Why did you highlight it there?

7      DR. DEAN:  Because I knew that that was the code

8      section that you would try to use.

9      MR. POOLE:  That's the appropriate code section.

10      DR. DEAN:  You're saying this is what -- what's

11      the title of 6012?

12      MR. POOLE:  Persons required to make a return of

13      income.

14      DR. DEAN:  Right, but what was my question?  I

15      asked you to show me the code section that authorizes

16      you to look at my books and records.  That says

17      absolutely nothing about anybody looking at my books

18      and records.

19      MR. POOLE:  That section only defines who has to

20      file a tax return.  That doesn't apply to everything

21      that applies to the tax law.

22      DR. DEAN:  My question is:  What code section

23      authorizes Mr. Jackson -- he sent me a letter.

24      MR. JACKSON:  6001.

25      DR. DEAN:  6001, very good.  Let's look at 6001;

1               6001 is a notice or regulation requiring records,

2               statements, and special returns.  Now, it says every

3               person -- that doesn't say anything about who is

4               authorized to look at books and records either.  All

5               it talks about is people who are liable for any tax.

6               Now what code section makes me liable for any tax?

7                    MR. JACKSON:  You had enough of this?

8                    MR. POOLE:  Yeah.

9                    DR. DEAN:  Wait a minute.  This is my meeting.

10             I took --

11                 MR. JACKSON:  I'm sorry it's not your meeting.

12                 DR. DEAN:  It is my meeting.  I arranged for

13             this meeting.  I took a day off work.  I've spent

14             money getting people here who have also taken time

15             off from work.  Your own -- if you can't answer my

16             questions, I'd like to know --

17                 MR. POOLE:  That is what authorizes us to look

18             at your books and records, whether you accept it or

19             not.

20                 DR. DEAN:  For the record, Mr. Poole, then you

21             are telling me that Code Section 6001 is the code

22             section that authorizes Mr. Jackson or you to look at

23             my books and records; is that correct?

24                 MR. POOLE:  No, it gives the rules for who

25             needs to keep books and records --

1          DR. DEAN:  My question is -- wait.  My question

2      is who -- the code section that authorizes you to

3      look at my books and records?  I've got my books and

4      records here, but I'm not going to waste my time

5      showing them to somebody who has no authorization.

6          MR. POOLE:  You walked into the IRS office.

7      What office do you think this is?  Do you think this

8      is a phoney office?  That --

9          DR. DEAN:  Well, that's a leading question.

10     All I'm asking you is for the law.

11         MR. POOLE:  I'm telling you.  We would not be

12     in this office and wearing these badges if we didn't

13     have the authority to sit here.

14         DR. DEAN:  You know, I could be talking to a

15     member of the Mafia and he could be telling me the

16     same thing.  All I want to see is the law.  This

17     requires you to show me the law.  Here is a job

18     description of an agent and over and over it talks

19     about how the agent must know the law, must apply the

20     law and must explain the law.

21         MR. POOLE:  And that is what we're trying do

22     here, but you won't accept it.  I mean you're saying

23     that it doesn't apply to you.  You're saying it

24     doesn't define income.

25         DR. DEAN:  You haven't answered my first

1    question.  My question is what statute authorizes any

2    IRS agent to look at my books and records and I

3    haven't seen one yet and you haven't shown me one.

4    Now, if you can't answer this question, I'd like to

5    know who your superior is so that I can contact him

6    and maybe get the answers to some of my questions.

7         MR. JACKSON:  You'll have your chance when

8    you're examination is passed through to the appeals

9    division in the courts.

10        DR. DEAN:  I want to know who Mr. Poole's

11   superior is so I can contact him directly and try to

12   get answers to these questions, because clearly you

13   either do not have an adequate knowledge --

14        MR. POOLE:  This gives us authority to look at

15   your books and records; 6001.

16        DR. DEAN:  For the record again, Mr. Poole

17   states that Code Section 6001 is the code section

18   that authorizes Internal Revenue agents to examine my

19   books and records.  That is your statement; correct?

20        MR. POOLE:  Yes.

21        DR. DEAN:  Now, so if you are saying that -- now

22   show me in that code section where it gives any IRS

23   agent the authority to examine my books and records?

24   Now, it doesn't have to mention me by name, but it

25   has to mention something.

1          MR. POOLE:  You can't list all the employees

2     with the IRS.

3          DR. DEAN:  Obviously, but it should give --

4          MR. POOLE:  And you can't even list all of them

5     by job titles.  There's 98,000 employees.

6          DR. DEAN:  Wouldn't this code section give

7     someone -- if, as you claim, it is the code section

8     that authorizes an Internal Revenue agent to examine

9     books and records.

10         MR. POOLE:  It says the secretary has the right

11    to do it.

12         DR. DEAN:  Where does it say that?  You show me

13    that in here, the one where it says where the

14    individual is notified by the secretary.  Do you mean

15    maybe perhaps Code Section 6201?  Is that the section

16    that you might be talking about?  Let's take a look

17    at 6201.  I can't read this upside down.

18         MR. POOLE:  Go ahead and flip it around.

19         MR. WALLSTEAD:  Do have another code book?

20         MR. POOLE:  Yeah.

21         MR. WALLSTEAD:  Could I see one, please?

22         DR. DEAN:  There's Code Section 6201.  Is that

23    perhaps the section that you are referring to?

24         (Mr. Poole exits.)

25         MR. JACKSON:  I'll let Ted answer when he comes

1          back.

2                  (Mr. Poole returns.)

3                  DR. DEAN:  Here is Code Section 6201.  I asked

4          Mr. Jackson if that was the code section that he

5          claims authorizes him to look at my books and

6          records.

7                  MR. POOLE:  Looks like you've got the right

8          section highlighted there.  It looks like you've

9          looked into this.

10                 DR. DEAN:  Now, I noticed that it says the

11         secretary is authorized.  Now, you're not the

12         secretary and he's not the secretary.

13                 MR. POOLE:  Right.

14                 DR. DEAN:  Now, do you have a delegation order

15         from the secretary that authorizes you or

16         Mr. Jackson?

17                 MR. POOLE:  Yeah, I would imagine there would

18         be one.

19                 DR. DEAN:  All right.  Could you show that to

20         me?

21                 MR. POOLE:  I don't have it with me.

22                 DR. DEAN:  Well, can we get it?  Someone must

23         have it.

24                 MR. POOLE:  Didn't you ask Jacksonville for that

25         in your request?

1      DR. DEAN:  No, I requested it numerous times

2    from Mr. Jackson, and he --

3      MR. POOLE:  We'll have to get that for you

4    later.

5      DR. DEAN:  Well, why don't we get that now.

6    We're taking the day off and I'm willing to wait.

7    We've got telephones and fax machines and I think

8    that we should be able to get that delegation order.

9      MR. POOLE:  We'll get it for you at another

10    time.

11      DR. DEAN:  Well, no, I want to get it right now.

12      MR. POOLE:  Well, I don't think this

13    conversation is going anywhere, so if you don't want

14    to proceed any further, then --

15      DR. DEAN:  Let the record show that Mr. Poole is

16    unable at this time to provide me with the delegation

17    order from the secretary that authorizes any IRS

18    agent to examine my books and records.  In that

19    regard, I think we can go no further.

20      The second point that I would like to bring up

21    is the summonses that have been sent out.  Now this

22    is a copy of one of the summonses and I have some

23    questions on this.  Is this a legal official summons?

24      MR. POOLE:  It looks like it.

25      DR. DEAN:  So you're stating that this is a

1        legally sufficient summons; is that correct?

2              MR. WALLSTEAD:  You might want to let him hold

3        it.

4              MR. POOLE:  Yeah, I recognize the summons.  I

5        mean, I signed it.

6              DR. DEAN:  Is this in accordance with any court

7        order or judge that sent this summons out?

8              MR. POOLE:  No.

9              DR. DEAN:  What code section authorizes any IRS

10       agent to send out summonses?

11             MR. JACKSON:  That information was provided to

12       you before on the copies.  In fact, here are the

13       explanations again and you can read them.

14             DR. DEAN:  So you are claiming then that Code

15       Section 7602 authorizes IRS agents to send out

16       summonses with regard to income tax?

17             MR. JACKSON:  If that's what it says, yes.

18             DR. DEAN:  Well, that's not what it says.  It

19       says that the secretary has that authority.  And

20       again, you're not the secretary and Mr. Poole is not

21       the secretary.

22             MR. JACKSON:  Why don't you take it up with the

23       secretary?

24             DR. DEAN:  Well, because you're -- the secretary

25       hasn't contacted me.

1          MR. JACKSON:  Why don't you contact him?  Give
2     him a call.  Give him a call and talk to him.
3          DR. DEAN:  What I will do is work my way up the
4     chain of command, starting at the bottom.  You, I
5     assume, are Mr. Jackson's superior?
6          MR. POOLE:  Yes, I am.
7          DR. DEAN:  Then who is your boss, who do you
8     answer to?
9          MR. POOLE:  Van O'Neal.
10         DR. DEAN:  Van O'Neal?  Okay, is he here in
11    Pensacola?
12         MR. POOLE:  He works out of Jacksonville.
13         DR. DEAN:  So I would have to -- is it N-e-i-l
14    or --
15         MR. POOLE:  N-e-a-l.
16         DR. DEAN:  He's in the Jacksonville office.  And
17    what is his job title?
18         MR. POOLE:  Territory Manager.
19         DR. DEAN:  So --
20         MR. JACKSON:  I'm sure if you called the
21    secretary, you can talk to him.
22         DR. DEAN:  You know, that's a facetious comment.
23         MR. JACKSON:  It's no more facetious than your
24    attitude in here.
25         DR. DEAN:  I am absolutely serious --

LEITCH, TAYLOR & BAKER, INCORPORATED - COURT REPORTERS

1             MR. JACKSON:  We are being very professional and

2        courteous to you and you are creating havoc.

3             DR. DEAN:  Well, I am creating havoc because you

4        haven't been able to provide me with one document

5        that I am required to have.

6             MR. JACKSON:  Very good.  Let's terminate the

7        meeting then.

8             DR. DEAN:  No, I've got just a couple more

9        points that I would like to make.   Second, let's a

10       look at the --

11            MR. JACKSON:  We're going to ask you to leave

12       the office.

13            DR. DEAN:  Let's look at your own --

14            MR. POOLE:  The meeting is over with.

15            DR. DEAN:  So you are not going to provide me

16       with any of this information?

17            MR. POOLE:  No.  We're not getting anywhere

18       today, so it's obvious that you have no intent to

19       resolve this matter, so we're going to terminate the

20       conversation.

21            DR. DEAN:  Let me leave you both with Code

22       Section 7214.  I'm putting you both on notice right

23       now regarding --

24            UNIDENTIFIED SPEAKER:  Are you supposed to have

25       someone else at this meeting?  They're in the lobby.

1          DR. DEAN:  Yes.  Can you send him on in.

2          MR. JACKSON:  No, he can't.  The meeting is over

3     with.  Just tell him the meeting is over with.

4          DR. DEAN:  Let the record show that I am

5     presenting Code Section 7214 to the agents, which

6     they have just thrown back at me and knocked over my

7     tape recorder.

8          MR. POOLE:  I'll take it.

9          DR. DEAN:  Mr. Poole will accept the document.

10         MR. JACKSON:  This meeting is terminated at 1:20

11    p.m.

12         (The meeting was concluded at 1:20 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1          CERTIFICATE OF REPORTER

2

3     STATE OF FLORIDA

4     COUNTY OF ESCAMBIA

5

6          I, LINDA V. CROWE, Court Reporter and Notary

7     Public at Large in and for the State of Florida, hereby

8     certify that the foregoing Pages 2 through 18 both

9     inclusive, comprise a full, true, and correct transcript of

10    the proceeding; that said proceeding was taken by me

11    stenographically, and transcribed by me as it now appears;

12    that I am not a relative or employee or attorney or counsel

13    of the parties, or relative or employee of such attorney or

14    counsel, nor am I interested in this proceeding or its

15    outcome.

16          IN WITNESS WHEREOF, I have hereunto set my hand

17    and affixed my official seal this 4th day of April, 2002.

18

19

20    _____
      LINDA V. CROWE, COURT REPORTER
21    Notary Public - State of Florida
      My Commission No.:  CC994993
22    My Commission Expires:  02-05-05

23

24                        LINDA V. CROWE
                          Notary Public, State of Florida
                          My comm. expires Feb. 5, 2005
                          Comm No. CC 994993

25

LEITCH, TAYLOR & BAKER, INCORPORATED - COURT REPORTERS

penalty of $500 for filing a frivolous return. A frivolous return is one that does not contain information needed to figure the correct tax or shows a substantially incorrect because you take a frivolous position or desire to delay or interfere with the tax laws. This includes altering or striking out the preprinted language above the space where you sign.

If you pay your taxes late, the penalty is usually ½ of 1% of the paid amount for each month or part of a month the tax is not paid. The penalty can be as much as 25% of the unpaid amount. It applies to any unpaid tax on the return.
**Are There Other Penalties?** Yes. Other penalties can be imposed for negligence, substantial understatement of tax,

# Disclosure, Privacy Act, and Paperwork Reduction Act Notice

The IRS Restructuring and Reform Act of 1998, the Privacy Act of 1974, and the Paperwork Reduction Act of 1980 require that when we ask you for information we must first tell you our legal right to ask for the information, why we are asking for it, and how it will be used. We must also tell you what could happen if we do not receive it and whether your response is voluntary, required to obtain a benefit, or mandatory under the law.

This notice applies to all papers you file with us, including this tax return. It also applies to any questions we need to ask you so we can complete, correct, or process your return; figure your tax; and collect tax, interest, or penalties.

Our legal right to ask for information is Internal Revenue Code sections 6001, 6011, and 6012(a), which require you to file a return or statement with us for any tax you are liable for. Your response is mandatory under these sections. Code section 6109 requires that you provide your social security number or individual taxpayer identification number on what you file. This is so we know who you are, and can process your return and other papers. You must fill in all parts of the tax form that apply to you. However, you do not have to check the boxes for the Presidential Election Campaign Fund or for the third-party designee. You also do not have to provide your daytime phone number.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law.

We ask for tax return information to carry out the tax laws of the United States. We need it to figure and collect the right amount of tax.

If you do not file a return, do not give the information asked for, or give false information, you may be charged penalties and be subject to criminal prosecution. We may also have to disallow the exemptions, exclusions, credits, deductions, or adjustments shown on your tax return. This could make the tax higher or delay any refund. Interest may also be charged.

Generally, tax returns and return information are confidential, as stated in Code section 6103. However, Code section 6103 allows or requires the Internal Revenue

Service to disclose or give the information shown on your tax return to others as described in the Code. For example, we may disclose your tax information to the Department of Justice to enforce the tax laws, both civil and criminal, and to cities, states, the District of Columbia, U.S. commonwealths or possessions, and certain foreign governments to carry out their tax laws. We may disclose your tax information to the Department of Treasury and contractors for tax administration purposes; and to other persons as necessary to obtain information which we cannot get in any other way in order to determine the amount of or to collect the tax you owe. We may disclose your tax information to the Comptroller General of the United States to permit the Comptroller General to review the Internal Revenue Service. We may also disclose your tax information to Committees of Congress; Federal, state, and local child support agencies; and to other Federal agencies for the purposes of determining entitlement for benefits or the eligibility for and the repayment of loans.

Please keep this notice with your records. It may help you if we ask you for other information. If you have any questions about the rules for filing and giving information, please call or visit any Internal Revenue Service office.

**The Time It Takes To Prepare Your Return.** We try to create forms and instructions that can be easily understood. The time needed to complete and file the forms in the chart below will vary depending on individual circumstances.

The estimated average time for certain people with IRA distributions, pension income, social security benefits, etc., is: **Recordkeeping,** 2 hr., 16 min.; **Learning about the law or the form,** 2 hr., 31 min.; **Preparing the form,** 3 hr., 24 min.; **Copying, assembling, and sending the form to the IRS,** 34 min.; **Total,** 8 hr., 45 min.

**We Welcome Comments on Forms.** If you have comments concerning the accuracy of these time estimates or suggestions for making these forms simpler, we would be happy to hear from you. You can e-mail us your suggestions and comments through the IRS Internet Home Page (www.irs.gov/help/email2.html) or write to the Tax Forms Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. **Do not send your return to this address. Instead, see the back cover.**

**Estimated Preparation Time**

The time needed to complete and file Form 1040A, its schedules, and accompanying worksheets will vary depending on individual circumstances. The estimated average times are:

| | Learning about | Copying, assembling, and |

1947.          FEDERAL CROP INS. CORP. v. MERRILL                  **332 US**

## HEADNOTES

Classified to U.S. Supreme Court Digest, Annotated

---

### FEDERAL CROP INSURANCE CORPORATION

v.

A. A. MERRILL and N. D. Merrill, Co-partners, Doing Business
under the Firm Name and Style of Merrill Bros.

(332 US 380–388.)

**United States, § 69 — contracts — liability — tests.**

1. The fact that the government has taken over a business or is engaging in competition with private ventures does not subject it to the same tests of liability as in the case of private individuals.

**Insurance, § 20 — by governmental agency — liability for acts of agents.**

2. The rules of law whereby private insurance companies are rendered liable for the acts of their agents are not bodily applicable to the Federal Crop Insurance Corporation unless Congress has so provided.

[*See annotation reference, 1.*]

**Corporations, § 233; United States, § 25 — governmental agencies.**

3. The government may carry on its operations through convenient executive agencies or through corporate forms especially created for defined ends.

**United States, § 87 — powers of agent — duty to ascertain.**

4. Anyone entering into an arrangement with the government takes the risk of having accurately ascertained that he who purports to act for the government stays within the bounds of his authority, even though the agent himself may be unaware of the limitations upon his authority.

**Insurance, § 164 — estoppel by agent's knowledge of facts — Federal Crop Insurance Corporation.**

5. The Federal Crop Insurance Corporation is not bound by assurance given to a farmer by its local agents that his crop was insurable, where a valid regulation published in the Federal Register but not in fact known to the farmer or to the local agents precluded coverage. [Four Justices dissented.] •••

**As Argued By The Solicitor General**
On Behalf Of The United States of America

Those dealing with an officer or agent of the United States must be held to have had notice of the limitations upon his authority. Sutton v. United States, 256 US 575, 579, 65 L ed 1099, 1102, 41 S Ct 563, 19 ALR 403; Wilber Nat. Bank v. United States, 294 US 120, 123, 124, 79 L ed 798, 801, 802, 55 S Ct 362.

Men must turn square corners when they deal with the government. Rock Island, A. & L. R. Co. v. United States, 254 US 141, 143, 65 L ed 188, 189, 41 S Ct 55 (by Mr. Justice Holmes).

Respondents were in duty bound to read the Regulations. Frier v. Federal Crop Ins. Corp. (CCA5th Tex) 152 F 2d 149, 150.

In any event, their publication in the Federal Register was sufficient, under the Federal Register Act, to afford notice to all affected persons. Yakus v. United States, 321 US 414, 435, 88 L ed 834, 854, 64 S Ct 660. Cf. Griswold, Government in Ignorance of the Law, 48 Harv L Rev 198.

EXHIBIT 1

**Title 44, USC**

**Sec. 3512. Public protection**

(a) Notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information that is subject to this chapter if--

(1) the collection of information does not display a valid control number assigned by the Director in accordance with this chapter; or

(2) the agency fails to inform the person who is to respond to the collection of information that such person is not required to respond to the collection of information unless it displays a valid control number.

(b) The protection provided by this section may be raised in the form of a complete defense, bar, or otherwise at any time during the agency administrative process or judicial action applicable thereto.

## The IRS Mission

**Provide America's taxpayers top quality service by helping them understand and meet their tax responsibilities and by applying the tax law with integrity and fairness to all.**

# *The Examination Process*

## Introduction

The Internal Revenue Service (IRS) accepts most federal returns as filed. Some returns, however, are examined, or *audited,* to determine if income, expenses, and credits are reported accurately.

This publication discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination we conduct. It also explains your appeal and payment procedures.

As a taxpayer, you have the right to fair, professional, prompt, and courteous service from IRS employees, as outlined in the Declaration of Taxpayer Rights found on page 3.

We must follow the tax rules set forth by Congress in the Internal Revenue Code. We also follow Treasury Regulations, court decisions, and other rules and procedures written to administer the tax laws.

If we assess tax when the audit is completed, you may ask us to reconsider your case. Some reasons for reconsideration include submitting additional information that could result in a change to the assessment, filing an original delinquent return after an assessment was made, or identifying a mathematical or processing error we made. Any request for reconsideration must be made in writing and submitted to your local IRS office.



**IRS**

Department of the Treasury
**Internal Revenue Service**

www.irs.gov

Publication **3498** (2-2000)
Catalog Number 73074S

## Before the Audit

The process of selecting a return for examination usually begins in one of two ways. One way is to use computer programs to identify returns that may have incorrect amounts. The programs may be based on information returns, such as Forms 1099 or W-2, on studies of past examinations, or on certain issues identified by other special projects. Another way is to use information from outside sources that indicates a return may have incorrect amounts. These sources may include newspapers, public records, and individuals. If we determine the information is accurate and reliable, we may use it to select a return for examination

Some examinations are conducted entirely by mail. If the examination is conducted by mail, you'll receive a letter from us asking for additional information about certain items shown on your return, such as income, expenses, and itemized deductions.

An examination conducted in person begins when we notify you by mail that your return has been selected. We'll tell you what information you need to provide at that time. If you gather the information before the examination, we can complete it more easily and in a shorter time.

## During the Audit

### Examinations by Mail

If the examination is conducted by mail, you can:

1.  Act on your own behalf. *(In the case of a jointly filed return, either spouse can respond or both spouses can send a joint response)*

2.  Have someone represent you in correspondence with us. This person must be an attorney, accountant, enrolled agent, an enrolled actuary, or the person who prepared the return and signed it as the preparer. If you choose to have someone represent you, you must furnish us with written authorization. Make this authorization on Form 2848, *Power of Attorney and Declaration of Representative.*

*Note: You may obtain any of the forms and publications referenced in this publication by calling 1-800-829-3676.*

### Examinations in Person

If the examination is conducted in person, it can take place in your home, your place of business, an IRS office, or the office of your attorney, accountant, or enrolled agent *(a person enrolled to practice before the IRS)*. If the time or place is not convenient for you, the examiner will try to work out something more suitable.

If the examination is conducted in person, you can:

1.  Act on your own behalf. *(In the case of a jointly filed return, either spouse or both can attend the interview.)*

2.  Have anyone accompany you, either to support your position or to witness to the proceedings.

3.  Have someone represent you. This person must be an attorney, accountant, enrolled agent, an enrolled actuary, or the person who prepared the return and signed it as the preparer.

4.  Leave to consult with your representative if you are acting on your own behalf. We will suspend the interview and reschedule the examination. We can't suspend the interview if we are conducting it as a result of your receiving an administrative summons.

5.  Have your representative act for you and not be present at the audit yourself. If you choose to have someone represent you in your absence, you must furnish us with written authorization. Make this authorization on Form 2848, *Power of Attorney and Declaration of Representative.*

### The Examination

If we accept your return as filed, you will receive a letter within a few weeks stating that the examiner proposed no changes to your return. You should keep this letter with your tax records

If we don't accept your return as filed, we will explain any proposed changes to you and your authorized representative. It is important that you understand the reasons for any proposed changes; don't hesitate to ask about anything that is unclear to you.

## CFR Index

**26 U.S.C. (1986 I.R.C.)—Continued**  CFR

5362 ...................27 Parts 19, 170, 252
5364—5373 ........................27 Part 24
5367 ......................27 Parts 70, 252
5370—5371 ...................27 Part 252
5370 ............................27 Part 19
5373 ............................27 Part 19
5381—5388 ......................27 Part 24
5391—5392 ......................27 Part 24
5401—5403 ......................27 Part 25
5401 ...........................27 Part 252
5411—5417 ......................27 Part 25
5415 ......................27 Parts 70, 252
5501—5505 ......................27 Part 19
5504 ............................27 Part 70
5511 ......................27 Parts 18, 24
5551—5555 ......................27 Part 19
5551—5552 ...........27 Parts 24, 25, 252
5552 ......................27 Parts 18, 20, 22
5555—5556 ......................27 Part 25
5555 ..........................27 Parts 20,
    22, 70, 194, 250–252
5559 ............................27 Part 19
5561—5562 ......................27 Part 19
5601 ......................27 Parts 19, 170
5607 ............................27 Part 20
5612 ............................27 Part 19
5613 ...........................27 Part 194
5615 ...........................27 Part 170
5661—5662 ......................27 Part 24
5671 ............................27 Part 25
5673 ............................27 Part 25
5681 ...........................27 Part 194
5682 ............................27 Part 19
5684 ...............27 Parts 24, 25, 70
5687 ...........................27 Part 170
5688 ...........................19 Part 162
5691 ...........................27 Part 194
5701 ...........27 Parts 270, 275, 285, 290
5703—5705 ......................27 Parts 270,
    275, 285, 290, 295
5707 ...........................27 Part 270
5708 ...................27 Part 275, 296
5711—5713 ............27 Pars 270, 290
5711 ...........................27 Part 285
5712 ...........................27 Part 200
5721—5723 ......................27 Parts 270,
    285, 290
5722—5723 .....................27 Part 275
5723 ............................19 Part 19
    27 Part 295
5731 ................27 Parts 270, 285, 290
5741 ......................27 Parts 70,
    270, 275, 285, 290, 295
5751 ..........................27 Parts 270,
    285, 290, 295, 296
5752 ...........................19 Part 19
5753 ..............27 Parts 270, 285
5761—5763 ...............27 Parts 270,
    275, 285, 296
5761—5762 .....................27 Part 270
5761 ...........................27 Part 70
5762—5763 .....................27 Part 295
5801 et seq .......................27 Part 179
6001 ..................26 Parts 1, 31, 55, 156
    27 Parts 19,
    53, 194, 250, 296

**26 U.S.C. (1986 I.R.C.)—Continued**  CFR

6011—6012 ......................26 Part 1
6011 .......................26 Parts 31,
    40, 55, 156, 301
    27 Parts 25, 53, 194
6015 ...........................26 Part 1
6020 ......................27 Parts 53, 70
6021 ......................27 Parts 53, 70
6031 ...........................26 Part 1
6033 ...........................26 Part 301
6036 ...........................26 Part 301
6038—6038B ......................26 Part 1
6038A ...........................26 Part 1
6039A ...........................26 Part 7
6041 ...........................26 Part 1
6043 ...........................26 Part 1
6045 .......................26 Parts 1, 50
6047 ...........................26 Part 35
6048 ...........................26 Part 404
6049 ...........................26 Part 1
6050D .......................26 Parts 1, 602
6050H—6050I–1 ...................26 Part 1
6050K—6050L ......................26 Part 1
6050M .......................26 Parts 1, 301
6050P ...........................26 Part 1
6051 ...........................26 Part 31
6053 ...........................26 Part 31
6056 ...........................27 Part 22
6059 ...........................26 Part 301
6060 ...........................26 Part 1
6061 ...........................26 Part 156
    27 Parts 22,
    25, 53, 194, 270, 285, 290
6064 ............................27 Part 70
6065 ...........................26 Part 1
    27 Parts 18–20,
    22, 24, 25, 194, 197, 252, 270, 285, 290
6071 .......................26 Parts 1,
    31, 40, 55, 154, 156
    27 Parts 53, 194
6081 ...........................27 Part 53
6090 ...........................26 Part 43
6091 .......................26 Parts 1,
    40, 44, 46, 55, 156
    27 Parts 24,
    25, 53, 194, 197
6101—6104 ......................27 Part 53
6101 ...........................26 Part 40
6102 ............................27 Part 70
6103—6104 ......................26 Part 301
6103 ..................20 Parts 401, 422
    42 Part 401
6109 ...........26 Parts 35a, 40, 150
    27 Parts 19,
    22, 24, 25, 53, 194, 197, 270, 285
6111—6112 ......................26 Part 301
6151 ...........................27 Parts 22,
    25, 53, 194, 270, 290
6154 ...........................26 Part 1
6155 ......................27 Parts 53, 70
6157 ...........................26 Part 31
6158 ...........................26 Part 301
6159 ............................27 Part 70
6161 ...........................26 Part 156
    27 Part 53
6201 ............................27 Part 70
6203—6204 ......................27 Part 70

## Authorities

| 26 U.S.C. (1986 I.R.C.)—Continued | CFR |
|---|---|
| 6205 | 26 Part 31 |
| 6223 | 26 Part 301 |
| 6227 | 26 Part 301 |
| 6230—6231 | 26 Parts 1, 301 |
| 6232 | 26 Parts 41, 150 |
| 6233 | 26 Part 301 |
| 6241 | 26 Part 301 |
| 6245 | 26 Part 301 |
| 6301—6303 | 27 Part 53 |
| 6301—6302 | 27 Parts 24, 25, 250, 270, 275 |
| 6301 | 27 Part 70 |
| 6302 | 26 Parts 1, 31, 40; 27 Parts 19, 251, 285; 31 Parts 203, 214 |
| 6303 | 27 Part 70 |
| 6311 | 27 Parts 19, 24, 25, 53, 70, 194, 270 |
| 6313—6314 | 27 Part 70 |
| 6313 | 27 Parts 25, 270, 275, 295 |
| 6314 | 27 Part 194 |
| 6321 | 27 Part 70 |
| 6323 | 26 Part 1; 27 Part 70 |
| 6324A—6324B | 26 Part 301 |
| 6325 | 26 Part 401; 27 Part 70 |
| 6326 | 26 Part 301; 27 Part 70 |
| 6331—6343 | 27 Part 70 |
| 6334 | 26 Part 404 |
| 6364 | 26 Part 31 |
| 6401 | 27 Part 70 |
| 6402 | 27 Parts 25, 53, 194, 197, 270, 285, 290 |
| 6404 | 26 Part 301; 27 Parts 53, 70, 270, 275, 285, 290 |
| 6407 | 27 Part 70 |
| 6416 | 27 Parts 53, 70 |
| 6423 | 27 Parts 70, 270 |
| 6426 | 26 Part 154 |
| 6501 | 27 Part 70 |
| 6503 | 27 Part 70 |
| 6511 | 27 Parts 70, 194, 197 |
| 6513—6514 | 27 Part 70 |
| 6532 | 27 Part 70 |
| 6601—6602 | 27 Part 70 |
| 6601 | 27 Parts 170, 194, 296 |
| 6611 | 27 Part 70 |
| 6621—6622 | 27 Parts 70, 170, 296 |
| 6621 | 26 Part 301; 27 Part 194 |
| 6651 | 27 Parts 24, 25, 70, 194 |
| 6653 | 27 Part 70 |
| 6654—6655 | 26 Part 1 |
| 6656—6658 | 27 Part 70 |
| 6656 | 27 Part 25 |
| 6657 | 27 Part 194 |
| 6662 | 26 Part 1 |
| 6665 | 27 Part 70 |
| 6671—6672 | 27 Part 70 |
| 6676 | 26 Part 35a; 27 Parts 19, |

| 26 U.S.C. (1986 I.R.C.)—Continued | CFR |
|---|---|
|  | 24, 25, 197, 270, 285 |
| 6689 | 26 Part 301 |
| 6701 | 27 Part 70 |
| 6721 | 26 Part 35a |
| 6723 | 27 Part 70 |
| 6801 | 27 Part 70 |
| 6804 | 27 Part 250 |
| 6806 | 27 Parts 19, 22, 25, 270, 285, 290 |
| 6851 | 26 Part 1 |
| 6862—6863 | 27 Part 70 |
| 6867 | 26 Parts 1, 301 |
| 6901 | 27 Part 70 |
| 7011 | 27 Parts 19, 22, 24, 25, 70, 194, 270, 285, 290 |
| 7025 | 27 Part 197 |
| 7101—7102 | 27 Part 250 |
| 7101 | 26 Part 403; 27 Parts 72, 275 |
| 7102 | 27 Parts 70, 250 |
| 7121—7122 | 27 Part 70 |
| 7207 | 27 Part 70 |
| 7209 | 27 Part 70 |
| 7212 | 27 Parts 170, 270, 275, 285, 290, 295, 296 |
| 7213 | 27 Part 197 |
| 7214 | 27 Part 70 |
| 7216 | 26 Parts 1, 301 |
| 7302 | 27 Parts 24, 252 |
| 7304 | 27 Part 70 |
| 7322—7327 | 26 Part 403 |
| 7322—7326 | 27 Part 72 |
| 7325 | 27 Parts 270, 285 |
| 7326 | 27 Part 72 |
| 7327 | 27 Part 72 |
| 7342 | 27 Parts 24, 25, 170, 270, 275, 285, 290, 295, 296 |
| 7401 | 27 Part 70 |
| 7403 | 27 Part 70 |
| 7406 | 27 Part 70 |
| 7423—7426 | 27 Part 70 |
| 7429—7430 | 27 Part 70 |
| 7432 | 27 Part 70 |
| 7502—7503 | 27 Parts 24, 70, 270 |
| 7505—7506 | 27 Part 70 |
| 7510 | 27 Part 19 |
| 7513 | 27 Part 70 |
| 7519 | 26 Part 1 |
| 7520 | 26 Parts 1, 20, 25, 301 |
| 7601—7606 | 27 Part 70 |
| 7602 | 27 Parts 170, 296 |
| 7606 | 27 Parts 24, 25, 170, 270, 275, 285, 290, 295, 296 |
| 7608 | 27 Parts 70, 170, 296 |
| 7610 | 27 Part 70 |
| 7622—7623 | 27 Part 70 |
| 7624 | 26 Part 301 |
| 7651 et seq | 40 Part 76 |
| 7651—7652 | 27 Part 250 |
| 7652 | 27 Part 275 |
| 7653 | 27 Part 70 |
| 7654 | 26 Part 1 |
| 7701 | 26 Parts 1, 31, 301 |
| 7704 | 26 Part 1 |
| 7805 | 20 Part 615; 26 Parts 1–3, |