## DECLARATION OF RICK WALLSTEAD

State of Tennessee  }
County of Hamilton  }

I, Rick Wallstead, do declare under penalty of perjury the following to be true:

1. During the month of March, 2002 I resided in Florida;

2. On March 18, 2002 I attended a meeting with Dr. Ward Dean to be a witness to the events that occurred at the meeting;

3. Present at the meeting were myself, Dr. Dean, a court reporter and two IRS agents, Ted Poole and Wayne Jackson;

4. The course of the meeting was conducted rather formally with Dr. Dean attempting to obtain answers to questions he had relating to his being liable for income taxes;

5. Dr. Dean's demeanor throughout the meeting was firm and focused;

6. Every time the IRS agents would not answer his questions or answer them incorrectly he would show them sections from the code;

7. The more Dr. Dean sought answers the more frustrated the agents became;

8. Finally when the agents would not provide Dr. Dean with Jackson's delegation of authority to issue summonses they decided to terminate the meeting;

9. At all times during the meeting Dr. Dean conducted himself in a business like manner;

10. At no time, before, during or after the meeting, was Dr. Dean ever belligerent, hostile, abusive or being an obstructionist;

11. As the course of the meeting transpired the agents seemed to get more and more frustrated because Dr. Dean was asking questions that they would not answer;

12. At no time during the meeting did either Jackson or Poole tell or show Dr. Dean a statute that make him liable for the income tax;

13. At no time during the meeting did Agent Jackson provide the requested delegation authority for issuing summonses which he claimed to have access to;

14. At the conclusion of the meeting Dr. Dean attempted to show Agent Jackson a section from the IRS Code and Jackson threw it back at him, in the process knocking over Dr. Dean's tape recorder;

15. At no time was I ever informed by either Jackson or Poole that the police would be called to conduct us out;

16. After the meeting I discovered that Gerald Zeka, a friend of Dr. Dean's and a deputy sheriff for Escambia County was waiting outside the meeting room; and

17. At various time after the meeting, I have visited Dr. Dean's website and viewed the transcript of the meeting.

I, Rick Wallstead, declare under penalty of perjury and pursuant to 28 U.S.C. §1746 that the foregoing facts are true and correct.

Executed this 23rd day of December, 2005.

Rick Wallstead