**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                              Case No.3: 05 CR 25 LAC

WARD FRANKLIN DEAN,

       Defendant.

_____

# DECLARATION OF WARD DEAN, MD

State of Florida     }
                 }
County of Escambia   }

     I, Ward Franklin Dean, declare under penalties of perjury as follows:

     I am the defendant in the above-captioned case.

     I was found guilty by a jury on December 7, 2005 of six counts of income tax evasion and one count of impeding the IRS.

     I am providing this declaration for the purpose of obtaining a reconsideration of the December 21, 2005 order denying my release from incarceration pending sentencing.

     Sentencing is currently scheduled for February 28, 2006.

     I believe that a reconsideration of the denial of release order is appropriate because it may have been based on a combination of incomplete, inaccurate and/or misleading information provided to the Court.

     I am married and have two teen-aged sons.

I and my family have lived at 8799 Burning Tree Road, Pensacola, Florida 32514 since we moved there in 1990.  We own the foregoing property and are currently paying a mortgage it.

Until the time of my incarceration, I earned a living from the following sources,

1. The sole licensed treating physician at Watson Alternative Health, Inc. a medical clinic in Milton, Florida, wherein patients with extremely serious medical problems which have not responded to traditional medical treatments are treated with alternative medical methods;
2. Writing articles for Vitamin Research Products' monthly newsletter.
3. Retirement from the military.

Other than some small earnings from royalties, a little editing and/or consulting and the above employment, I have no other financial resources.

The attorney fees and costs associated with my defense in the above case have entirely depleted all my savings and other financial resources that I had at my deposal.

In addition to English I have learned three other languages,

1. I learned Spanish as a required foreign language while at West Point;
2. I had a three month course in Vietnamese in preparation for deployment to Viet Nam; and
3. I learned Korean for admission to medical school in Korea.

Since I have retired for from the military, the only travels I have made beyond the United States have been business trips on behalf of or in association with my medical practice, consulting or writing and one family vacation cruise.

I have no plans to travel outside the United States, nor do I have any contacts to visit outside the United States and I have relinquished my passport.

I am the only physician at Watson Alternative Health clinic.

Many of my patients have severe medical conditions that need very close observation.

Since I have been incarcerated, I have not been able to provide such treatment and I have been informed that many of my patients are in dire need of help, and because of the specialized nature of their concerns and treatments, they have no where else to turn.

The Watson Alternative Health clinic is currently looking for a qualified doctor to replace me, but they need my assistance.

On March 17, 2005, the Assistant United States Attorney caused to be filed a motion for my arrest.  Included in the motion were two concerns,

    1.  The safety of law enforcement officials; and
    2.  My touting the benefits of an allegedly illegal drug on my website.

The first concerns stems from my displaying my concealed weapons permit to IRS CID officials when they asked for identification at my residence, when they first came to interview me.  I do not always carry my driver's license, but I did always carry my concealed weapons permit, which I often used for identification purposes.  (For example, see two attached exhibits provided by the government in evidence, in which I used my CCW for identification for notarization at a bank and to secure a loan)

On the day that the IRS officials arrived at my home, I did not have my driver's license readily available, but I did have my concealed weapons permit, which I produced in response to their repeated demands for identification. In no way did I intend to threaten anyone by displaying the permit, but merely used it as routine identification.

Since I have been arraigned, I have disposed of my pistol and no longer have access to any firearms.  I have no intentions or inclination to hurt or harm any persons.

I did mention the drug GHB (Xyrem[tm]) on my website in a positive way.  It is not, however, an illegal drug, but an FDA Schedule III drug, which I often prescribe to many of my patients who suffer from chronic insomnia, migraine headaches, chronic fatigue, fibromyalgia and other difficult-to-treat conditions.  I have written a book about the substance and have been a consultant to the pharmaceutical company (Orphan Medical, Inc.), which manufactures the product.

My wife, Kumja Dean, is scheduled to have a hysterectomy Wednesday, January 24, 2006.

When I am released from custody, I will be devoting my entire time to attending to my wife during her protracted convalescence, getting my personal affairs in order, providing for the immediate needs of my patients, finding other sources of treatment for my patients, and trying to find another physician to cover me during my absence at the clinic.

When I am released from custody,

1. I have no place to flee, no money to manage a flight and no passport;
2. I will not be of any danger or present a safety concern to any person or the community;
3. I will be attending to the desperate needs of my wife and patients; and
4. I will be getting my personal and family affairs in order.

I declare under penalty of perjury, pursuant to 28 U.S.C §1746 that to the best of my knowledge and understanding the foregoing facts are true and correct.

Dated and executed this _24th_ day of January, 2006.

Ward Franklin Dean, MD

## LIMITED POWER OF ATTORNEY

I, **Ward Dean, M.D.**, of **8799 Burning Tree Road, Pensacola, Florida 32514** do hereby grant a limited and specific power of attorney to **Kevin C. Hart** as my attorney-in-fact (agent), giving said agent the full power and authority to undertake and perform the following acts on my behalf to the same extent as if I had done so personally:

To represent me in tax matters pertaining to my W-4 Form and involuntary alteration and withholding of my retirement pay by unknown personnel, and generally to represent me or obtain professional representation for me in these tax matters and proceedings of all kinds and for all periods before all officers or employees of the Internal Revenue Service, Defense Finance Accounting Service, any Department within the Department of Justice or Department of Defense, or Affiliated Computer Services, Inc. (ACS) or their affiliated corporations or subcontractors, or any state or local taxing authority and in all courts, to engage court reporters, and to represent or assist me in connection with the above-designated tax matters.

The authority of my Agent shall include such incidental acts as are reasonable and necessary to carry out and perform the authorities stated herein.

My Agent agrees to accept this appointment subject to its terms, and agrees to act in a fiduciary capacity consistent with my best interest as my Agent in his discretion deems appropriate, and I hereby ratify all such acts of my Agent.

This Power of Attorney may be revoked by me at any time.

Signed this 30 day of Sept , 2002.

Ward Dean, M.D.

STATE OF **Florida**
COUNTY OF **Escambia**

On this 30 day of Sept , 2002, before me personally appeared Ward Dean, M.D., to me known the person described in and who executed the above Limited Power of Attorney and who acknowledged the same to be his/her free act and deed. LIC. #W9323051 St. of FL. Concealed Weapon or Firearm License

Notary Public Tina R. Coover

Escambia County,

My Commission Expires: Oct. 26, 2004

TINA R. COOVER
Notary Public-State of FL
Comm. Exp. Oct. 26, 2004
Comm. No. CC 977769

# CURRICULUM VITAE

**Ward Dean, M.D., M.S.**
**8799 Burning Tree Road**
**Pensacola, FL  32514**
**(850) 484-0595**
**(850) 477-8610 (FAX)**
*warddeanmd@earthlink.net*

## EDUCATION:

Stockton College
    Stockton, California                    1960-1963  AA

U.S. Military Academy
    West Point, NY                     1963-1967  BS

Yonsei University
    Korean Language Institute
    Seoul, Korea                     Jan-Aug 1973

Han Yang University
    College of Medicine
    Seoul, Korea                     1974-1978  MD

Kyung-Pook National University
    College of Medicine
    Dept of Physiology
    Taegu, Korea                     1980-1982  MS

## GRADUATE MEDICAL EDUCATION:

Internship (Flexible)
    Letterman Army Medical Center
    San Francisco, CA                1978-1979

U.S. Navy Diving and Salvage School
    Diving Medical Officer Course
    Wash. D.C.                    1979

U.S. Navy Aerospace Medical Institute

1

Flight Surgeon Course
Pensacola, FL                                          1980

U.S. Army Aeromedical Center
    Army Aviation Medical Orientation Course
    Fort Rucker, AL                                   1980

USAF School of Aerospace Medicine
    Hyperbaric Oxygen Therapy Course
    Brooks Air Force Base, TX                         1981

Canadian Defence Forces
    Institute of Environmental Medicine
    Diving Medical Officer Course
    Toronto, Canada                                   1982


**ACTIVITIES SINCE COMPLETION OF INTERNSHIP:**

Flight Surgeon, Diving Medical Officer, U.S. Army
    Taegu, Korea;  Fort Bragg, NC (Delta Force)       Jun 80- Aug 85

Lieutenant Colonel, California Army National Guard
                 &
Medical Director, The Center for Bio-Gerontology
    Los Angeles, CA                                   Sep 85-May 90

Flight Surgeon (Commander), US Navy
    Pensacola, FL                                     Jun 90-Aug 96

Medical Director, The Center for Bio-Gerontology
    Pensacola, FL
                 &
Director, Research and Development, *Vitamin Research Products*
    Carson City, Nevada                               Sep 96 to Present

Medical Director, Watson Alternative Health
    Milton, FL                                        Aug 03 to Present

2

**MEDICAL LICENSURE:**

North Carolina, Florida, California

**PROFESSIONAL ASSOCIATIONS:**

Aerospace Medical Association--Associate-Fellow

American Aging Association--Board of Directors    1985-1988

American College for Advancement in Medicine

Association of Military Surgeons of the U.S.--Life Member

Florida Geriatrics Society--Board of Directors (1992-1993)

Gerontological Society of America--Membership Committee (1994)

**PRESENTATIONS AT SCIENTIFIC MEETINGS AND CONFERENCES:**

International Congress of Aviation and Space Medicine, Amsterdam, 1983

Gerontological Society of America, New York City, 1985

Romanian Congress of Gerontology and Geriatrics, Bucharest, 1988

American College for Advancement in Medicine, San Francisco, 1988

International Congress of Gerontology and Geriatrics, Acapulco, 1990

American Aging Association, San Francisco, 1991

American Association of Anti-Aging Medicine (A4M), Cancun, 1993

American College for Advancement in Medicine, Anaheim, 1997

International College of Advanced Longevity Medicine, Las Vegas, 1998

American College for Advancement in Medicine, Phoenix, 1999

American College for Advancement in Medicine, Dallas, 2000

First International Anti-Aging Conference, Monaco, 2000

3

Second International Anti-Aging Conference, Monaco, 2001

## EDITORIAL POSITIONS

Book Review Editor, **Experimental Gerontology** (1992-1994)

Editorial Board, **Journal of Applied Nutrition** (1991)

Editorial Board, **Journal of Optimal Nutrition** (1993-1995)

Editorial Board, **Romanian Journal of Gerontology and Geriatrics** (1991)

Medical Editor, **Smart Drug News** (1992-present)

Editorial Board, **Clinical Practice of Alternative Medicine** (2000-?

## Publications:

Letter:  Effect of Sweating, **JAMA**, Vol.  246, No. 6, Aug. 7, l98l,  623.

Review:  *Biology of Aging*, by Marion J. Lamb.  John Wiley and Sons, Inc., New York, l977, in:  *Rejuvenation*, Vol. IX, No. 4, Dec. l98l,  84.

Letter:  Effects of the Sauna, **JAMA**, Vol. 247, No. l, Jan. l, l982,  28.

Review:  *Life Extending Technologies--A Technology Assessment*, by Theodore J. Gordon, Herbert Gerjuoy, and Mark Anderson, (eds.), Pergammon Press, New York, l980, in:  *Experimental Gerontology*, Vol. l7, No. 4, 3l9-320.

Review:  *The Life Extension Revolution*, by Saul Kent, William Morrow and Co., Inc., l980, in:  *Journal of Gerontology*, Vol. 37, No. 5,  73 Sep. l982, p. 635.

Review:  *CRC Handbook of Physiology in Aging*, by Ed Masoro.  CRC Press, Inc., Boca Raton, l98l, in:  *AGE*, Vol. 5, No. 3, 1982, p. l00.

Review:  *Aging, Heat and Altitude*, by S. Horvath and M. Yousef (eds.), Elsevier/North Holland, Inc., New York, l98l, in:  *Journal of Gerontology*, Volume 37, No. 6, Nov. 1982, p. 752.

Review:  *Aging of the Central Nervous System--Interdisciplinary Topics in Gerontology*, Vol. l6),  by V. V. Frolkis and J. V. Bezrukov, Karger, Basel, l979, in:  *Gerontology and Geriatrics Education*, Vol. 3, No. 2, Winter l982, pp. l62-l63.

Review:  *CNS Aging and its Neuropharmacology:  Experimental and Clinical Aspects*--Vol l5, Interdisciplinary Topics in Gerontology, W. Meier Ruge (ed.), S. Karger, Basel, l979, in:  *Experimental Aging Research*, Vol. 7, No. 3, l98l. Reprinted in:  *Gerontology*, Vol. 28, No. 6, Nov.-Dec. l982.

Article:  Proposal for an Improved Sauna Based on Thermoregulatory Physiology,  *Speculations in Science and Technology*, Vol. 6, No. l, l983, pp. 33-36.

Review:  *Secrets of Life Extension*, by John A. Mann.  And/Or Press, Inc., San Francisco, l980, in:  *Gerontology and Geriatrics Education*, Vol. 3, No. 3, Spring, l983, pp. 243-244.

Review: *The Law of Deviation of Homeostais and Diseases of Aging*, by Vladimir M. Dilman.  John Wright, PSG, Inc., Boston, l98l, in: *Journal of the American Geriatrics Society*, Vol. 3l, No. 6, June l983.

Article:  A Soviet Scientist's Anti-Aging Book, *Anti-Aging News*, Vol. 3, No. 8, Aug. l983, pp. 93-95.

Article:  Impact Acceleration Forces Attainable with a Mini-Trampoline,  *Proceeding Communications, XXXI International Congress of Aviation and Space Medicine*, Amsterdam, l983, pp. 283-287.

Review:  *Maximum Life Span*, by Roy Walford.  W. W. Norton and Company, New York, l983, in:  *Journal of Gerontology*, Vol. 38, No. 5, Sep. l983, p. 634.

Review:  *Private Practice--Surviving the First Year*, by Jack D. McCue.  Collamore Press, Lexington, l982, in:  *The Journal of Family Practice*, Vol. 18, No. 5, May, 1984, p. 800.

Review: *Emergency Medicine--A Quick Reference for Primary Care*, by John Hocutte, Jr.  Arco Publishing, Inc., New York, l982, in: *The Journal of Family Practice*, Vol. 18, No. 5, May, 1984, p. 797.

Review: *A New Age Scale for Humans*, by Daniel Hershey, and Hsuan-Hsien Wang.  Lexington Books, Lexington, l980, in: *Journal of the American Geriatrics Society*, August, 1982, pp. 547-8. 73.

Review:  *Life Extension--A Practical Scientific Approach*, by Durk Pearson and Sandy Shaw.  Warner Books, New York, l982, in: *Journal of the American Medical Jogger's Association*, October, 1983, pp. 40-41.

Review:  *Testing the Theories of Aging*, by R. C. Adelman and  G. S. Roth, (eds.).  CRC Press, Boca Raton, l982, in: *Journal of the American Geriatrics Society*, Vol. 32, No. 2, February, 1984, pp. 168-169.

Review:  *Aging--Its Chemistry*, by A. A. Dietz (ed.).  American Association for Clinical Chemistry, Washington, D.C., l980, in: *Journal of the American Geriatrics Society*, July, 1982, pp. 480-1.

Review:  *Longevity:  A Quest*, by Johan Bjorksten.  Bjorksten Research Foundation, Madison, l98l, in:  *Gerontology and Geriatrics Education*, Vol. 4, No. 1, Fall, 1983, pp. 138-139.

Review:  *Aging:  A Challenge to Science and Society* (Vol. I:  Biology), by D. Danon, N. W. Shock, and M. Marois (eds.).  Oxford University Press, New York, l98l, in: *Archives of Gerontology and Geriatrics*, 3:  354, 1984.

Review:  *CRC Handbook of Immunology in Aging*, by M. Kay and T. Makinodan, (eds.).  CRC Press, Boca Raton, l98l, in:  *Journal of the American Aging Association*, Volume 7, No. 1, Jan. 1984, p. 19.

Review:  *Physiology of Aging--A Synopsis*, by Richard A. Kenney.  Yearbook Medical Publishers, Inc., Chicago, l982, in: *Gerontology and Geriatrics Education*, Volume 4, No. 3, Spring 1984, pp. 113-114.

Review:  *Vitality and Aging*, by James F. Fries and Lawrence M. Crapo.  W. H. Freeman and Co., San Francisco, l98l, in:  *Rejuvenation*, Volume 12, No. 1-2, Jun 1984, p. 3.  73

Review:  *Review of Biological Research in Aging*, by Mort Rothstein, New York.  Alan R. Liss, 1983, in:  ***JAMA***, Sept 7, 1984, Vol 252, No. 9, pp. 1187-1188.

Review:  *Skin and Aging Processes*, by Barbara A. Gilchrest, CRC Press, Boca Raton, 1983, in:  *Journal of the American Geriatrics Society*, 1984, Vol. 32, #9, pp. 693-694.

Review:  *Aging and Life Prolonging Processes*, by V. V. Frolkis.  Springer-Verlag, New York, 1982,  in:  *Archives of Gerontology and Geriatrics*, 1984, 3:  285-286.

Review: *Biological Markers of Aging*, by M. E. Reff, and E. L. Schneider (eds.). U.S. Department of Health and Human Services, Bethesda, 1982, in: *Rejuvenation*, September 1984, Vol XII: No. 3-4,  73.

Review: *Modern Aging Research*, Volume 3A, *Intervention in the Aging Process*, Part A:  *Quantitation, Epidemiology, and Clinical Research*, and *Part B:  Basic Research and Preclinical Screening*, by William Regelson and F. Marott Sinex (eds.).  Alan R. Liss, Inc., New York, 1983, in:  *Arch Gerontol Geriatr*, 1984, 3: 351-354.

Review: *The Biomedical Basis of Gerontology*, by D. A. Hall.  Wright/PSG, Boston, 1984, in:  *Arch Gerontol Geriatr*, 4 (1985) 283-284.

Article:  Meeting Report--American Aging Association, in:  *Neurobiology of Aging*, 1985, 6:  175-176, .

Review: *The Care of the Elderly in General Practice*, by M Keith Thompson, Churchill Livingstone, Edinburgh, 1984, in:  *J American Geriatrics Society*, November, 1985, 815.

Review: *Cellular Ageing, Monographs in Developmental Biology*, Vol 17, by H. W. Sauer, (ed), Basel, Karger (1985), in:  *Arch Gerontol Geriatr,* 4: 381-383, 1985.

Review: *Thermal Physiology*, by J. R. S. Hales (ed), New York, Raven, 1984, in:  *Aviation, Space and Environmental Medicine*, Oct 1985, 1018.

Review: *Normal Human Aging--The Baltimore Longitudinal Study of Aging*, by N. W. Shock, R. Greulich, R. Andres, D. Anenberg, P. T. Costa, E. G. Lakatta, and J. D. Tobin, Gerontology Research Center, NIA, USDHHS, 1985, in:  *J Am Geriatr Soc*, 34:  902-903, 1986.

Review: *Anti Aging News--The Insider's Report of Efforts to Prevent Aging and Rejuvenate the Aged*, Vols I-III, by Saul Kent (ed.), Life Extension Foundation, Hollywood, FL, in:  *J Am Geriatr Soc*, Vol 34, No. 10, 768, 1986.

Review: *Review of Biological Research in Aging*, Vol II, by Morton Rothstein (ed), Alan R. Liss, New York, 1985, in: *Arch Gerontol Geriatr*, 6:  187-188, 1987.

Book:  *Biological Aging Measurement--Clinical Applications*, The Center for Bio-Gerontology, Pensacola, FL, 1988.

Letter:  Biomarkers of Aging (response to editorial), *Exp Ger*, 23:  139-142, 1988.

Article:  Biological aging measurement--Pre-requisite for effective human aging intervention, in: *Proceedings of the National Congress of Gerontology and Geriatrics*, Alexandru Vrabiescu (ed), Romanian Institute of Gerontology and Geriatrics, Bucharest, 129-133, 1988.

Article: In defense of the concept of biological aging measurement--Current status, *Arch Gerontol Geriatr*, 7:  191-210, 1988.

Letter:  Niacin a no-no in diabetics, *Cortlandt Forum*, 2:  26, 1989.

Review: *Testosterone Treatment of Cardiovascular Diseases*, by J. Moller and H. Einfeldt, Springer Verlag, New York, 1984, in:  *Arch Gerontol Geriatr*, 10:  311-312, 1990.

Review: *Biological Age and Aging Risk Factors*, by Antonio Ruiz-Torres (Ed), Tecnipublicaciones, S.A., Madrid, 1987, in:  *Arch Gerontol Geriatr*, 10:  311-312, 1990.

Review: *Aging and the Skin*, by A.K. Balin and A.M. Kligman.  Raven Press, New York, 1989, in:  *Geriatric Medicine Today*, September, 91-92, 1990.

Review:  *Geriatric Dermatology--Clinical Diagnosis and Practical Therapy*, by V.D. Newcomer and E.M. Young, Igaku-Shoin, New York, 92, 1989, in:  *Geriatric Medicine Today*, September, 92, 1990.

Letter:  What do citations mean?  in:  *J American Geriatrics Soc*, 38:9, 1990.

Book:  **Smart Drugs and Nutrients**, co-authored with John Morgenthaler, Health Freedom Publications, Petaluma, 1990.

Review:  *Skin Disorders in the Elderly*, by B.E. Monk, R.A.C. Graham-Brown, and I. Sarky.  Blackwell Scientific Publishers, Chicago, 1988, in:  *Geriatric Medicine Today*, Feb, 52, 1991.

Review:  *Psychoneuroendocrinology of Aging:  Basic and Clinical Aspects*, Fida Research Series, Vol 16, by G. Valenti (ed.), Springer-Verlag, New York, 1988, in:  *Experimental Gerontology*, 16:  615-616, 1991.

Review: *Regulation of Neuroendocrine Aging, Vol 24, Interdisciplinary Topics in Gerontology*, by A.V. Everitt, and J.R. Walton (eds), H.P. Von Hahn (Series ed.), Karger, Basel, in:  *Experimental Gerontology*, 16:  616-617, 1991.

Review:  *Evolutionary Biology of Aging*, by Michael R. Rose, Oxford University Press, 1991, in:  *Arch Gerontol Geriatr*, 15:  189-194, 1992.

Letter:  "Why do we need FDA approval of aspirin for acute MI", *J Myocardial Ischemia*, 4:  9, 8, 1992.

Review:  *The Biology of Life Span--A Quantitative Approach*, by Leonid A. Gavrilov, and Natalia S. Gavrilova, Harwood Academic Publishers, New York, 1991, in:  *Experimental Geronotology*, 27:  251-256, 1992.

Review:  *The Pathology of the Aging Human Nervous System*, by Serge Duckett (ed.), Lea and Febiger, Philadelphia, 1991, in:  *Experimental Geronotology*, 27:  251-256, 1992.

Book:  **The Neuroendocrine Theory of Aging and Degenerative Disease**, co-authored with Vladimir Dilman, The Center for Bio-Gerontology, Pensacola, 1992.

Chapter:  **Does the FDA Need Smart Drugs**, in:  *Stop the FDA*, by John Morgenthaler and Steven Wm. Fowkes Health Freedom Publications, Menlo Park, 147-153, 1992.

Review:  *The Biology of Human Aging*, by John K. Hampton, Wm. C. Brown, Dubuque, 1991, in:  *Experimental Gerontology*, 27:  461-462, 1992.

Review:  *Life Span Prolongation*, by Vladimir V. Frolkis and Khachick K. Muradian, CRC Press, Boca Raton, 1991, in:  *Experimental Gerontology*, 28:  210-212, 1993.

Book:  **Smart Drugs II--The Next Generation** (co-authored with John Morgenthaler and Steve Fowkes), Health Freedom Publications, Menlo Park, 1993.

Review:  *Biomarkers of Aging:  Expression and Regulation*, by Federico Licastro and Claudio Marcello Caldarera (eds), Cooperativa Libraria Universitaria Editrice, Bologna, 1992, in:  *Experimental Gerontology*, 29:  103-106, 1994.

Review:  *The Biologic Role of Dehydroepiandrosterone (DHEA)*, by M. Kalimi and W. Regelson (eds), Walter de Gruyter and Co, Berlin, 1990, in:  *Experimental Gerontology*, 29:  106-108, 1994.

Review: *Modification of the Rate of Aging*, Vienna Aging Series, Vol 3, by Antonio Ruiz-Torres and Gerhard Hofecker (eds), Facultas Universitatsverlag, Wien, 1992, in:  *Experimental Gerontlogy*, 29:  110-114, 1994.

Letter:  Does thyroid deficiency cause headaches?  *Cortlandt Forum*, 1994, 7:  2, 68.

Review: *Free Radicals in Aging*, by Byung-Pal Yu, CRC Press, Boca Raton, 1993, in: *Archives of Gerontology and Geriatrics*, 19: 313-318, 1994.

Book: ***GHB—The Natural Mood Enhancer*** (co-authored with John Morgenthaler and Steve Fowkes), Smart Publications, Petaluma, California, 1997.

Article: Stop Criminalization of GHB. *VRP Nutritional News*, 11: 4, 1-4, April, 1997.

Article: Gamma butyrolactone—A legal precursor for GHB with multiple therapeutic uses. *VRP Nutritional News*, 13: 2, 6-7, February, 1999.

Article: FDA "Talk Paper" on dangers of RenewTrient appears to be without foundation, *Vitamin Research News*, Special Report, 1-2, April, 1999.

Article: GHB found in post-mortem blood of non users. *Vitamin Research News*, Special Report, 3, April, 1999.

Article: Clearing up the Confusion—Explaining differences between RenewTrient, Somato-Pro and other GHB precursors. *Vitamin Research News*, 13: 11, 7-14, November, 1999.

Article: GHB—Powerful growth hormone secretagog. *Vitamin Research News*, 14: 1, 1-15, January, 2000.

Article: Will the *real* "date rape drug" please stand up? *Vitamin Research News*, 14: 6, 9-10, June 2000.

Letter: Physostigmine treatment of gamma-hyodroxybutyrate overdose: Appropriate or inappropriate use of a reversal agent? *Mayo Clinic Proceedings*, August 2000, 75: 872.

## COURTROOM EXPERIENCE and Testimony at Legislative Hearings

Expert Witness, U.S. versus Robert Hilligoss, U.S. District Court, Northern District of Georgia, Atlanta Division, 14 April, 1995.

Expert Witness, U.S. versus Leonard Hopkins, U.S. District Court, Boston, Massachusetts, 15 January, 1997.

Expert Witness, U.S. versus Stan Antosh, U.S. District Court, Tucson, Arizona, 20 May, 1997.

Expert Witness, Georgia versus Philips, Carroll County Superior Court, Carrollton, Georgia, 10 November, 1998.

Expert Witness, South Dakota versus Baker, Superior Court, Eighth Judicial District, Deadwood, South Dakota, 4 December, 1998.

Expert Witness, U.S. versus Poor, U.S. District Court, District of Nebraska, Omaha, 8 January, 1999.

Expert Witness, U.S. versus GeBorde, U.S. District Court, Riverside, California, 6 August,

1999.

Expert Witness, Nebraska versus Olsen, Nebraska Superior Court, Omaha, 27 January, 2000.

Testified before *Law Enforcement and Criminal Justice Committee*, Utah State House of Representatives, open hearing on proposed GHB scheduling bill, 8 February, 2000.

Testified before *Judiciary Committee,* Alabama State Senate, open hearing on proposed GHB trafficking bill, 8 March, 2000.

Expert Witness, Georgia versus Iverson, Fulton County Superior Court, Atlanta, 10 May, 2000.

Expert Witness, U.S. versus Kimball, U.S. District Court, Tampa, Florida, 16 May, 2000.

## PRIOR (NON-MEDICAL) MILITARY EXPERIENCE AND SCHOOLS

Nov 1967-Aug 1969--Platoon leader, battalion adjutant, G-1 staff officer, 7th Infantry Division, Korea.

Sep 1969-May 1970--Instructor, Mountain Ranger Camp, Dahlonega, GA.

Jun 1970-Aug 1970--Student, Defense Language Institute (Vietnamese), Fort Bliss, TX.

Sep 1970-Dec 1971--Senior Advisor, 62nd Vietnamese Ranger Battalion, Polei Kleng, Vietnam.

Jan 1972-Mar 1973--Adjutant, Intelligence Officer, Operations Officer, 23rd Support Group, Korea.

Apr 1973-Feb 1978--Transfer to U.S. Army Reserve--5855th CA Det (RTU), Korea.

Apr 1973-Jul 1973--Student, Yonsei University Korean Language Institute, Seoul, Korea.

Aug 1973-Feb 1974--Director of International Marketing, Everett Steamship Corporation, Seoul, Korea.

Mar 1974-Feb 1978--Student, Hanyang University College of Medicine, Seoul, Korea.

Mar 1978-Jul 1978--Clinical clerk, Letterman Army Medical Center, Presidio, San Francisco, CA.

January 12, 2006

To Whom It may Concern:

Since 1990, I have been a patient and treated at the Watson Alternative Medical Center
for the following pre-diagnosed medical conditions:

Scarcoidosis, Asthma, Reflex Sympathetic Dystrophy (RSD) and Hypothyroidism.
These medical conditions have no known cures.  RSD has no effective treatment and I
was given a prognosis of a very poor useful life.

With Dr. Ward Dean's expertise in nutritional needs and medication, my RSD has
improved and the pain has lessened.   My Scarcoidosis, Asthma and Hypothyroidism had
stabilized.

Without Dr. Dean's expertise and medical treatment, I fear my medical conditions is
relapsing and will completely relapse to the point of intolerable pain, coughing, asthma
attacks and small tumors growing back in my body.

 I have been unable to receive any treatment by Dr. Dean since December 2005 or receive
any refills on my medication.

Sincerely,

B. Kathleen Vick
132 Dartmouth Way
Niceville, FL 32578
850 729-1343

C. Raymond Crawley
1032 Stephen Dr.
Niceville, FL 32578
Phone: 850-865-9898

Date: January 11th, 2006
To: Whom it may concern
RE: Ward Dean, MD

I have been under Dr. Dean's care since the summer of 2003. and at the clinic sine 1999. I am writing this to speak to the importance of Dr. Dean to be able to return to practice as it relates to my health, and to many others.

I was diagnosed in March of 1998 with two unknown heart attacks and serious vascular disease. I experienced cramps in my legs and angina in my neck walking to the mail box. Traditional medicine performed five angioplasties over the next nine months. Stent's were placed in my heart and from my groin to my knee, with a few in my calf. None of these treatments were effective for more than three months. Doctors then wanted to do by-pass surgery, which I declined. I was told that I would at least loose my foot and probably my left leg, if not my life, if I declined the surgery.

I read everything I could find on my condition. The prognosis was poor. even with by-pass surgery, as this would not help the flow in the extremities. In January of 1999 I began care at the Watson's Alternatives Clinic. This decision came after talking with several patients in their care, who had similar histories and phenomenal success.

Dr. Dean has been significant in my continued recovery and maintaining my health. I could walk anywhere for hours and keep up with thirty year olds without symptoms, or minimal tiring.

Since Dr. dean has not been available I have had to travel two hours each way to the other side of Panama City. They do not offer the treatment I usually got two out of three visits with Dr. Dean, and do not offer supportive treatment that Dr. Dean provided. This past Monday I was treated and my legs swelled up like an elephant because they do not provide the needed supportive treatments. Other clinics, which might provide such care are over three to four hours away. My condition now is so fragile that I am afraid the sitting for that long of a drive will aggravate my condition further. I require the treatments at a minimum of every ten days to two weeks, which I had been doing throughout his care.

I am a 57 year old business man with three corporations to run. I lost my wife two years ago after 28 years of marriage, when she was fifty. I live alone. My ability to work has diminished in Dr. Dean's absence, due to inferior care and lack of reasonable alternatives. I have no one to care for me if my condition continues to deteriorate.

I am only one of many patients I have met there, with many in more serious conditions requiring more frequent care. Traditional Physicians have failed in treating my condition after repeated attempts. They left me with a pseudo-aneurism and stent's, which have only aggravated my condition. I urge you to seriously consider the many patients who are now left with inferior and no care for conditions, which are life threatening and/or affecting the quality of life for them...and myself----especially, considering there a no alternatives in the Panhandle of Florida. I know people who travel three hours for his care.

Respectfully and Sincerely I pray for you to allow him to return for the care of his patients,

C. Raymond Crawley

January 7, 2006

To Whom It May Concern:

I have been a patient of Dr. Dean's since he started his practice in Milton, Florida, and a patient of the Watson Alternative Clinic for approximately five years.   I have hypothyroidism and have been taking a natural thyroid pill that has controlled this problem during this time. I have been out of my medication for a month and have started experiencing the symptoms of my disease.   Since this is a prescription medication I cannot get any while Dr. Dean is in jail.

I have no prescription insurance and cannot afford the cost of conventional synthetic drugs. My health is declining and I'm sure that many, if not all, of Dr. Dean's patients are also.

Dr. Dean's practice has been a vital service to many that cannot afford conventional treatments because of the high cost of medical insurance or do not respond to conventional treatment.

You would be doing a great service to me and his patients by allowing Dr. Dean to post bond and get back to treating his patients. Please rule not only in his favor, but ours also.

Sincerely,

Cathy Turner

Cathy Turner

1350 Hwy 99 South
Walnut Hill, Florida 32568
January 11, 2006

The Honorable Lacey A. Collier
Senior Federal Judge
Pensacola, Florida

Dear Judge Collier: My name is Debra Davis.  I have been a patient of Dr. Ward Dean for a year and a half.  I have greatly appreciated how he has been able to help me in switching to a natural thyroid medication.  Previous to meeting Dr. Dean, I had taken a different thyroid medication for a little over ten years.  About a year and a half ago, Dr. Dean prescribed a natural medication for me to start taking.  I really like the effects it has had on my health.  However, I only have about seven days' worth of medication left.  I am presently not able to get the medication anywhere else; therefore, unless I can get my prescription refilled, I will soon be experiencing some medical abnormalities.

Please consider letting Dr. Dean post bail so that he may attend to his patients as he needs to.  Thank you for your consideration in this matter.

Respectfully,

Debra L. Davis
Debra L. Davis

# GULF COAST PRISON MINISTRIES

A MINISTRY OF GULF COAST BAPTIST CHURCH
Pastor: Dr. M. Harold Tabb
Director: Dr. David Turner

OFFICE:  P.O. Box 884, Mary Esther, FL, 32569, Phone: 850-936-8673, Cell Phone: 850-974-2907

January 11, 2006

To Whom It May Concern:

I am currently a patient of Dr. Ward Dean.  I have Hepatitis C and was treated through his practice with Intravenous Blood Enhancement.  After just six weeks, my viral load dropped from 1.5 million to 138,000.  The lower the number, the less damage the virus can do to your liver.  My friend, David Epps, from Morristown, Tennessee, also has Hepatitis C and, after two years of conventional chemotherapy, he is no better, but worse. The closest alternative health care clinic, like Dr. Deans, is in Birmingham, Alabama. Needless to say, this incurs a great expense on me and my family in time and money that I cannot afford.

I pray all legal parties are correct in their judgments in Dr. Dean's particular case. Although lawsuits are not my way of settling things and never have been, there is a great possibility that all of Dr. Dean's patients do not feel this way. Many of his patients' health is in jeopardy, as is my own.

I am a full-time prison preacher who has conducted fifty prison revivals per year for the past eighteen years.  I have heard many prisoners' testimonies that have committed murder and gotten out on bail in far less time than what has lapsed in Dr. Dean's incarceration.

May my Lord and Saviour, Jesus Christ, have great mercy on anyone that might be seeking vengeance on a non-violent, first-timer as Dr. Dean, who has always been a great blessing to me and beneficial to my health and the health of many others.

A soldier for Christ,

Dr. David Turner
Director of Gulf Coast Prison Ministries

January 13, 2006


Dear Honorable Judge;


Hi. I am writing to you on behalf of Dr. Dean Ward whom you will be over sentencing
of.  I am a mom of ten year old twins and for years I was very sick and there was little or
nothing any medical doctors could do for me. I was practically bed ridden, and on top of
that suffered from a low immune system, severe migraine headaches and severe
depression. After visiting Dr. Dean Ward and under his guidance, treatments and care, **I
came back to life!** The treatments I receive at his clinic have helped me so much that I
am a new person and have never felt better. I am so afraid that if he goes to jail that I will
fall sick again and my children need me.  I know it is your decision according to the law
and you have to do what you feel is best by the law and I am begging you to please if
there is a way for you to sentence/punish Dr. Dean Ward with a way he could still operate
as a doctor in Milton, Florida and I could continue my treatments and enjoy my childrens
childhood. My children got their mom back thanks to Dr. Dean Ward.  I am afraid of
being sick again with no help and I am forever grateful to Dr Dean Ward for helping me
to live and enjoy my children.  PLEASE consider me, and all his other patients that I
have met over the year in his clinic that were sent home to die that now are well and
doing so wonderful. I truly from the heart beg and pray for your mercy and would forever
be grateful.

When it comes to you or your families health and well being Dr. Dean Ward is a very
compassionate, caring and concern doctor who takes the time to really in truly listen and
care about you and your illness.  He is a unique person and ***a truly remarkable doctor.***


In sincerity and great appreciation,


Dresden J Simmons
5735 Hwy 85 N
Crestview, Fl 32536
(850) 598-1947

1-13-06

Watson Clinic
Milton, Fl.

RE: Medical Services provided by Dr. Ward Dean.

From: John Byrne becoming an very impatient patient.

I have until recently been a 5 year caretaker for my wife Hazel 24/7 and as predicted by the support organizations, my health deteriorated.

Blood tests by Dr. Dean showed white blood cell count critical and the three other red blood cells counts very low.

I need for Dr. Ward Dean to resume treatment of my condition as soon as possible.

I find Dr. Ward Dean to be an outstanding Doctor and irreplaceable in diagnoses and treatment of medical problems for my wife Hazel and myself.

A small example, when my blood tests arrived in your office, Dr. Ward Dean personally called me, advised me of the results, recommended life style guidelines, faxed me the test results and set up an appointment with him through the nurse in your office.

At a season when disease is reaching a peak (influenza) the services of this Doctor Dean are critical to survival of so many of us, his patients.

I( believe Dr. Dean has a value system comparable to a West Point graduate, which he is, DUTY, HONOR, COUNTRY, and which I am not, but with a similar value system.

John Byrne

John V. Byrne 850 681 9284
6843 Cedar Ridge Cir.
Milton, Fl. 32561

**Joseph and Moonstone White**
**7524 North Shores Drive**
**Navarre, FL 32566**
**Fax: (850) 936-8384**
moonstonewhite@bellsouth.net

January 17, 2006

**Attn: Your Honorable Lacey Collier**

**Re: Release of Dr. Ward Dean**

Your Honorable Lacey Collier,

We are writing to plead with you as concerned citizens and patients of Dr. Ward Dean, who is currently awaiting sentencing regarding income tax evasion. He has not been released because he has been considered a "flight risk". He is planning to have his verdict appealed.

Dr. Dean has been treating Joseph for Hepatitis C since last August using alternative therapies that other doctors do not even know about. Joseph has had remarkably rapid improvement using these therapies, which are unavailable to him as long as Dr. Dean is incarcerated. Joseph's viral load came down to less than half its initial amount in only twelve weeks (from 3,400,000 to about 1,500,000) with treatments from Dr. Dean. Traditional medicine offers a protocol that requires a 6-12 month treatment period using chemicals that break down the immune system and cause the patient to feel very ill, with only about a 20-25% success rate. I'm sure you can understand why he relies so much on Dr. Dean.

I myself have also been seeing Dr. Dean for several years. He has helped me overcome chronic fatigue through alternative thyroid therapy and IV treatments. Both Joseph and myself have been going to his clinic for several years. I know he has dozens of other patients who have also been tremendously helped by Dr. Dean's work and who rely on him as their only hope in a world where traditional medicine seems to be primarily interested in making money and treating symptoms, not creating wellness or treating a whole person.

We ask that you pardon Dr. Dean and allow him to continue his wonderful work. He is compassionate, knowledgeable and is a distinguished military retiree. In addition he served our country in many medical capacities while in the military. Please don't allow his talents and gift to the entire region to be wasted by keeping him in prison.

Thank you for your consideration.

Sincerely,

*Moonstone White*
Moonstone White

*Joseph White*
Joseph White

To whom it may concern,

Due to the recent incarceration of Dr. Dean my thyroid medication prescription has not been increased as needed.
His practice is very needed, for there are not many or any doctors that meet the needs of the patient as his practice does.
It would be very much appreciated to let Dr. Dean continue in seeing with his patients.
Thank you.

Sincerely,

Karen Dodd

**To whom it may concern :**

**DR. WARD DEAN HAS BEEN MY PHYSICIAN FOR OVER ONE YEAR . I DRIVE ALL THE WAY FROM NAVARRE TO MILTON TO SEE HIM . HIS KNOWLEDGE IN HIS PROFESSION IS WHAT KEEPS ME AS ONE OF HIS PATIENTS. I WILL TRULY MISS HIM AS MY PHYSICIAN AND THE COMMUNITY WILL BE AT A LOSS WITHOUT HIM.**

**SINCERELY
KAREN PAULSON**

Carmen Reynolds

SUBJ:    Request for Leniency for Dr. Ward Dean

TO:    Whom it may Concern                                         Jan. 13, 2006

I am asking for leniency in your sentencing phase for Dr. Ward Dean.  I sent a similar certified letter to
Judge Collier last month.  These are the reasons:

I am now having to drive to south Florida to obtain treatments for my father with Parkinson's disease.

Dr. Dean is treating my 76-year-old father, a combat-wounded Purple Heart veteran, sprayed with Agent
Orange in Vietnam for two years.  The toxic chemical exposure gave him prostate cancer.  After beating
the cancer with 40 radiation treatments, my mother died, and Dad became ill in the same week I buried
her.

Although I don't agree with Dr. Dean's stance on tax obligations, I do know that what little quality of life
my father has today is because of him.  Dr. Dean is brilliant.  He is on the cutting edge of technology as far
as medicine goes.  In fact, a book I read this summer dealing with my own medical problems, "Adrenal
Fatigue," was dedicated to Dr. Dean.

He is the only doctor of his type within hours of here.  He was smart enough to know that my father is
susceptible to adult-onset diabetes, prescribing a medicine to delay it.  He was astute enough to suggest
my father start on mitochondrial boosting products to reduce the extreme fatigue associated with his
Parkinson's disease.  Also, he put him on a medication which retards his frequent nocturnal urination –
helping me get a little sleep at nights.

I begged his staff to be able to add my father to Dr. Dean's list of patients.  I was sobbing on the phone,
literally begging.  When they called, providing us an appointment, I was overjoyed.  At that point, I knew
that my father would be able to enjoy a few more years.

Now, however, my father's future is also in jeopardy.  Through the years of specialists, neurologists, etc.,
no one has taken the fresh approach of Dr. Dean.

Put him under house arrest.  Attach a GPS system to him – anything. But please allow him to practice
medicine.  His patients' lives depend on it.


Sincerely,

*Carmen A. Reynolds*

Lt. Col. (Ret), USAF
9621 Sunnybrook Dr.
Navarre FL 32566
Phone: 850-939-0150

January 13, 2006


To:    Honorable Judge Lacey Collier

Suject: Ward Dean MD


I feel compelled to write to you today about Dr. Ward Dean, my colleague and personal friend who I have known for over eight years. During my entire professional and personal dealings with Dr. Dean, I have found him to be an honest, deeply caring and compassionate person. I have worked side by side with him at hundreds of medical conferences. I watched him spend hours talking and counseling with individuals about how to improve their health and well being without any financial gain for himself.

I know him to be passionate about his beliefs and honorable about his responsibilities. He has always been committed to his patient's health and they are suffering without his counsel. He has commitments to his family, his patients and coworkers and would not do anything to jeopardize that trust.

Respectfully,

Shelia Hagerty
Medical Consultant
Complementary Prescriptions
Medical Division of Vitamin Research Products

To Whom It May Concern:

DR. WARD DEAN IS MY PHYSICIAN. THE CARE HE HAS PROVIDED HAS GREATLY IMPROVED MY LIFE AND FOR THAT I AM TRULY THANKFUL. THE COMMUNITY WILL BE AT A LOSS WITHOUT HIM. THIS IS A REAL TRAGEDY FOR THIS COMMUNITY.

SINCERELY
TERRY PAULSON

January 13, 2006


Dear Honorable Judge;


I am writing  this letter in behalf of your sentencing of Dr. Dean Ward.  I have been a patient of Dr. Dean Ward for two years and under his care. Thanks to Dr. Dean Ward, I have no more high blood pressure, low cholesterol, unclogged arteries, and I am much healthier and feel  better than I ever have.

I am writing to you to plead a sentencing that would still let Dr. Dean Ward continue his practice and continue to help many hundreds of patients that need and depend on him for their superb care and medical treatments that they receive from Dr. Dean Ward.

Dr. Dean Ward's service as a doctor is so valuable to our lives and so many others in our community that I pray you will consider all this in your sentencing of Dr. Ward.


May God Bless you,


Vernon L. Simmons
PO Box  909
Crestview, Fl 32536
(850) 598-1947







Jan 12. 06
21 Mc Greff St N E.
Fort walton Bch, Fla.
32548

To Whom it May Concern;

I A. A. Hill is a Patient of Dr. Ward Dean
He has Provided good health Care for Me during the last
two on a half years (2½)

Since his absent I am unable to resive the treatment
I need (chelation) To help Keep my health from deteriorating.

I am unable to find another doctor in this area, who
can satisfactory provide this treatment for me. It has
placed a great burden on me and many other Patients
who depends on this treatment and his services,
also a great deal of suffering.

I beg of you to have mercy, and please let him
Come back to us, because we need him very badly.

Thanking you in advance for any consideration
you can give him and us

I remain Respectfully Yours
A. A. Hill (Retired R. N)

Johnnie Pugh
26575 Beulah Rd.
Elberta, Ala. 36530
251-986-5586

Judge Lacy Collier,

Your Honor,
    With due respect, I would like to plead with your compassionate side for my husband.
    His name is Edward Pugh Edward is Alive today, thanks to Dr. Ward Dean. My husband had a heart Attack. His Doctor said a bypass surgery was his only chance. My husband is against surgery because of his religion Dr. Ward Dean saved my husband's life He has perfected A life saving treatment that is an Alternative to surgery. The treatments are not over. Without Dr. Dean there are an awful lot of people that will not make it without these treatments. There are no other Doctors Around that perform this treatment. Please Consider Dr. Dean's patients. They need him desperately.
                  Respectfully,
                  John Pugh

2846 SANDICREST DR.
CANTONMENT, FL. 32533
JANUARY 10, 2006

THE HONORABLE LACEY A. COLLIER
SENIOR FEDERAL JUDGE
UNITED STATES DISTRICT COURT

DEAR JUDGE COLLIER:

I AM DISABLED FROM THE 1991 PERSIAN GULF WAR IN IRAQ
AND A PATIENT OF DR. WARD DEAN. I LIVE WITH GULF WAR
ILLNESS AND SUFFER FROM CHRONIC FATIGUE, DEBILITATING
HEADACHES, URINARY FREQUENCY, SEVERE ARTHRALGIAS AND
MYALGIAS, DYSPNEA, COGNITIVE IMPAIRMENT, MEMORY LOSS,
CONSTIPATION AND SEVERAL OTHER SYMPTOMS CAUSED BY SARIN
NERVE AGENTS AND/OR DEPLETED URANIUM MUNITIONS USED
IN COMBAT OPERATIONS. BEFORE THE WAR I WAS IN EXCELLENT
HEALTH AND SUPERB PHYSICAL SHAPE HAVING SERVED WITH U.S. NAVY
S.E.A.L. TEAMS.

I HAVE SEEN MANY DOCTORS FOR RELIEF OF MY PAIN AND
SYMPTOMS CAUSED BY GULF WAR ILLNESS. I CONSTANTLY EXPER-
IENCED PROGRESSIVE AGGRAVATION OF MY SYMPTOMATOLOGY FROM
PHARMACEUTICAL DRUGS PRESCRIBED BY THESE INDIVIDUALS.
DR. DEAN IS THE ONLY MEDICAL DOCTOR THAT I HAVE FOUND WHO,
THROUGH THE USE OF ALTERNATIVE METHODS OF MEDICAL TREAT-
MENT AND THERAPY, HAS BEEN ABLE TO ALLEVIATE SOME OF MY
SYMPTOMS. HE IS ALSO THE ONLY DOCTOR, PROVIDING SUCH MEDICAL
CARE THAT I AM ABLE TO AFFORD ON MY LIMITED DISABILITY

INCOME. I AM DEPENDENT UPON DR. DEAN FOR THE TREATMENT OF HEAVY METAL POISONING CAUSED BY DEPLETED URANIUM. HE HAS PRESCRIBED CHELATION TREATMENT THROUGH THE USE OF CALCIUM DISODIUM ETHYLENEDIAMINETETRAACETIC ACID. HE HAS PRESCRIBED DEHYDROEPIANDROSTERONE FOR TREATMENT OF MY CHRONIC FATIGUE. DR. DEAN HAS PRESCRIBED DIMETHYLAMINO-ETHANOL TO DEAL WITH MY COGNITIVE IMPAIRMENT AND MEMORY LOSS. I COULD LIST ADDITIONAL TREATMENTS; HOWEVER, I AM RELUCTANT TO CONSUME MUCH MORE OF YOUR VALUABLE TIME.

DR. DEAN IS MY LIFELINE; CONSEQUENTLY, WITHOUT HIS MEDICAL SKILL AND CARE MY HEALTH IS SWIFTLY DETERIORATING. AS MY VIGOR WANES IT IS BECOMING INCREASINGLY DIFFICULT TO CARE FOR MY FAMILY. AS I CONSIDER MY SEVEN GRANDCHILDREN AND PONDER MY FATE, I ASK MYSELF: "WAS THE DECISION IN THE DENIAL OF BAIL FOR DR. WARD DEAN MADE WITH TOTAL DISREGARD FOR THOSE OF US UNDER HIS CARE"?

IN HIS LAST LETTER TO ME, DR. DEAN EXPRESSED GREAT CONCERN FOR HIS PATIENTS. WITH MORE TIES TO THE COMMUNITY THAN MANY IN PENSACOLA, A HOME, A WIFE AND TWO SONS, AND A VIBRANT MEDICAL PRACTICE, SURELY THE COURT DOES NOT BELIEVE THAT DR. DEAN IS A FLIGHT RISK. NOR COULD DR. DEAN BE A THREAT TO ANY PERSON OR PROPERTY ON THE GROUNDS LISTED ABOVE.

I REQUEST THAT THE COURT RECONSIDER THE PRESENT COURSE OF ACTION IN THE CASE OF DR. WARD DEAN; MOREOVER, I REQUEST THAT HE BE RELEASED ON HIS OWN RECOGNIZANCE.

RESPECTFULLY YOURS,

Stephen Sloan

STEPHEN SLOAN