IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                Case No. 3:05cr25/LAC

WARD FRANKLIN DEAN
_____

GOVERNMENT'S RESPONSE TO DEFENDANT'S JANUARY
25, 2006, MOTION FOR RECONSIDERATION OF THE DENIAL
OF HIS RELEASE ON BOND PENDING SENTENCING

Comes now the United States of America, by and through the undersigned Assistant United States Attorneys, and files this response to the defendant's January 25, 2006, motion for reconsideration of the denial of his release on bond pending sentencing.

The government's primary response to the motion is to rely on the court's December 21, 2005, order denying the defendant's motion for bond; Doc. 142, and the government's December 13, 2005, response to the defendant's motion for release on bond pending sentencing; Doc. 138. For the reasons set forth in Doc. 142 and Doc. 138, the court correctly denied the defendant's motion for bond and should deny the defendant's pending motion for reconsideration.

The government further notes that since the court's December 21, 2005, order the PSIR has been prepared and it recommends that the court find that the defendant's total offense level is 20 and that his Guideline range of imprisonment is 33-41 months.  (PSIR, ¶¶ 31, 65).  The government has also filed a memorandum of law and a request that the court impose an above

Guidelines sentence.  Both of those factors increase the risk that the defendant will flee if released on bond.

For the above reasons, the court should deny the defendant's January 25, 2006, motion for reconsideration of the denial of his release on bond pending sentencing.

Respectfully submitted,

GREGORY R. MILLER
United States Attorney

s/ Robert G. Davies

Robert G. Davies
Assistant U.S. Attorney
Florida Bar No. 704301

s/ David L. Goldberg

David L. Goldberg
Assistant U.S. Attorney
Member of the Maryland Bar
21 East Garden Street, Suite 400
Pensacola, FL 32501
(850) 444-4000

## CERTIFICATE OF SERVICE

I hereby certify that a copy has been delivered via the court's ecf system and/or by mail to: Lowell H. Becraft, Jr., 209 Lincoln Street, Huntsville, AL 35801 and Charles E. McFarland, 338 Jackson Road, Newcastle, KY 40050, this the 6th day of February, 2006.

s/ Robert G. Davies
Robert G. Davies
Assistant U.S. Attorney