IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                          Case No. 3:05cr25/LAC

WARD FRANKLIN DEAN
_____

GOVERNMENT'S RESPONSE TO DEFENDANT'S FEBRUARY 6, 2006,
MOTION TO ENLARGE PERIOD TO FILE OBJECTIONS TO
PRESENTENCE INVESTIGATION REPORT AND TO DELAY SENTENCING

Comes now the United States of America, by and through the undersigned Assistant United States Attorneys, and files this response to the defendant's February 6, 2006, motion to enlarge period to file objections to presentence investigation report and to delay sentencing.

The government is ready to proceed with sentencing, and the government leaves the disposition of the motion to the court's discretion.

The government notes that AUSAs Davies and Goldberg are both scheduled to be in trial before different judges March 6 through March 8, 2006; S/A Burgess, who the government anticipates calling as a witness at sentencing, plans to be on leave March 13-17, 2006; and AUSA Goldberg plans to be on leave March 15-25, 2006.  If the court grants the defendant's motion the government would appreciate the sentencing not being scheduled for any of those

dates; however, of course, AUSA Davies can individually represent the United States at sentencing if the court desires to conduct the sentencing during the March 20-25, 2006, time period.

        Respectfully submitted,

        GREGORY R. MILLER
        United States Attorney

        s/ Robert G. Davies

        Robert G. Davies
        Assistant U.S. Attorney
        Florida Bar No. 704301

        s/ David L. Goldberg

        David L. Goldberg
        Assistant U.S. Attorney
        Member of the Maryland Bar
        21 East Garden Street, Suite 400
        Pensacola, FL 32501
        (850) 444-4000

## CERTIFICATE OF SERVICE

I hereby certify that a copy has been delivered via the court's ecf system and/or by mail to: Lowell H. Becraft, Jr., 209 Lincoln Street, Huntsville, AL 35801 and Charles E. McFarland, 338 Jackson Road, Newcastle, KY 40050, this the 7th day of February, 2006.

        s/ Robert G. Davies
        Robert G. Davies
        Assistant U.S. Attorney