| PLEASE REPLY TO:<br>17 S. De VILLIERS ST, SUITE 100<br>PENSACOLA, FL 32502-5511<br>(850)435-8430<br>Fax (850)432-0577 | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF FLORIDA<br>PROBATION OFFICE | W. STEPHEN TOWNLEY<br>CHIEF U.S. PROBATION OFFICER<br>119 N. PALAFOX STREET<br>PENSACOLA, FL 32502<br>(850)470-8200 |
|---|---|---|

February 6, 2006

Lowell Harrison Becraft
Attorney at Law
209 Lincoln Street
Huntsville, Alabama 35801

Charles Edward McFarland
Attorney at Law
338 Jackson Road
New Castle, Kentucky 40050

       RE: Ward Franklin Dean /LAC
          DKT #3:05CR25-001
          <u>SUPPLEMENT TO PRESENTENCE REPORT</u>

Dear Messrs. Becraft and McFarland:

  Please find attached a supplement to the presentence report prepared in the above noted case. Should you have any questions regarding this matter, please feel free to contact me at (850) 435-8430, Ext. #215.

            Sincerely yours,

            /s/ *Pamela D. Lassiter*

            Pamela D. Lassiter
            U.S. Probation Officer

pdl

Attachment: Presentence Report

cc: Robert Davies and David L. Goldberg
   Assistant U.S. Attorneys

   Mr. William McCool
   U.S. District Court
   1 North Palafox Street, Suite 226
   Pensacola, Florida 32501-4863

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.

06 FEB -6 PM 4:08

FILED