# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS                                          CASE NO. 3:05cr25LAC

WARD FRANKLIN DEAN

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __February 7, 2006__

Motion/Pleadings: __MOTION TO ENLARGE PERIOD TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT AND DELAY SENTENCING__

Filed by __DEFENDANT__ on __2/6/06__ Doc.# __158__

RESPONSES:

__BY GOVERNMENT__ on __2/7/06__ Doc.# __160__

                                        on _____ Doc.# _____

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 13th day of February, 2006, that:*

*(a) The relief requested is* ***GRANTED.***

*(b) Sentencing continued to Wednesday, March 9, 2006 @ 10:30am.*

                                             *s/L.A. Collier*

                                             ***LACEY A. COLLIER***
                               *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.