## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                                                            CASE NO. 3:05cr25LAC

WARD FRANKLIN DEAN

### AMENDED REFERRAL AND ORDER

Referred to Judge Lacey Collier on  February 7, 2006

Motion/Pleadings:  MOTION TO ENLARGE PERIOD TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT AND DELAY SENTENCING

Filed by DEFENDANT     on 2/6/06     Doc.# 158

RESPONSES:

BY GOVERNMENT     on 2/7/06     Doc.# 160

                                  on     Doc.#

☐ Stipulated     ☐ Joint Pldg.
☐ Unopposed     ☐ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                     Deputy Clerk: Mary Maloy

## ***ORDER***

*Upon consideration of the foregoing, it is ORDERED this 13th day of February, 2006, that:*

*(a) The relief requested is **GRANTED**.*

*(b) Sentencing continued to Thursday, March 9, 2006 @ 10:30am.*

                                                        *s/L.A. Collier*

                                                        ***LACEY A. COLLIER***
                                    *Senior United States District Judge*

Entered On Docket:     By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

Document No.