# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                          CASE NO.  3:05cr25LAC

WARD FRANKLIN DEAN

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  February 6, 2006
Motion/Pleadings:  DEFENDANTS' MOTION FOR RECONSIDERATION OF THE DENIAL OF HIS RELEASE ON BOND PENDING SENTENCING
Filed by DEFENDANT                on 1/25/06           Doc.# 150
RESPONSES:
BY GOVERNMENT                   on 2/6/06            Doc.# 159
                                 on                   Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed      _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                              Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 21st day of February, 2006, that:*

*(a) The relief requested is **DENIED.***

*(b)* _____

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.