IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                          Case No. 3:05cr25/LAC

WARD FRANKLIN DEAN
_____

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
TO ENLARGE PERIOD TO FILE OBJECTIONS TO PRESENTENCE
INVESTIGATION REPORT AND TO DELAY SENTENCING

Comes now the United States of America, by and through the undersigned Assistant United States Attorneys, and files this response to the defendant's February 27, 2006, motion to enlarge period to file objections to presentence investigation report and to delay sentencing.

Although the defendant labels his motion a motion "to enlarge period to file objections to presentence investigation report and to delay sentencing," the defendant seeks a court order to allow Dr. Glenn Caddie to conduct a psychological examination of the defendant at the Santa Rosa County Jail.  The government does not dispute that a defendant can hire an expert to provide him opinions or that a defendant can seek to introduce such expert's testimony at a hearing or trial.  When the defendant's attorney spoke with the undersigned AUSA Davies, AUSA Davies understood that the defendant wanted the court to appoint Dr. Caddie to examine the defendant pursuant to 18 U.S.C. § 4241(b).  The government would object to the court appointing a doctor chosen by the defendant to examine the defendant pursuant to § 4241(b);

however, the government does not contest that a defendant can hire whomever he wants on his own to conduct an expert examination in a case.

With regard to the court ordering the Santa Rosa County Jail to allow Dr. Caddie to examine the defendant, the United States Attorney's Office does not represent the jail, but notes that generally courts should not unduly interfere with prison administration.  See generally Turner v. Safley, 482 U.S. 78 (1987); Bell v. Wolfish, 441 U.S. 520, 547 (1979).  As such, the government takes no position regarding the defendant's request that the court order the Santa Rosa County Jail to allow "Dr. Caddie to visit with Dean on two separate days to perform a psychological evaluation," and leaves the decision of what direction, if any, that should be given to the Jail to the discretion of the court.

The defendant's motion is titled a motion "to enlarge period to file objections to presentence investigation report and to delay sentencing."  The defendant states no grounds for the court to enlarge the period to file objections to the presentence investigation report or for the court to delay sentencing.  The government is ready for sentencing.  The government leaves the

issues of whether to enlarge the period of time to file objections to the presentence investigation report and whether to continue the sentencing hearing to the court's discretion.

    Respectfully submitted,

    GREGORY R. MILLER
    United States Attorney

    s/ Robert G. Davies

    Robert G. Davies
    Assistant U.S. Attorney
    Florida Bar No. 704301

    s/ David L. Goldberg

    David L. Goldberg
    Assistant U.S. Attorney
    Member of the Maryland Bar
    21 East Garden Street, Suite 400
    Pensacola, FL 32501
    (850) 444-4000

## CERTIFICATE OF SERVICE

    I hereby certify that a copy has been delivered via the court's ecf system and/or by mail to: Lowell H. Becraft, Jr., 209 Lincoln Street, Huntsville, AL 35801, and Charles E. McFarland, 338 Jackson Road, Newcastle, KY 40050, this the 28th day of February, 2005.

    s/ Robert G. Davies
    Robert G. Davies
    Assistant U.S. Attorney