**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

Case Number .3: 05 CR 25 LAC

UNITED STATES OF AMERICA,

      Plaintiff,

v.

WARD FRANKLIN DEAN,                NOTICE OF APPEAL

      Defendant.


Notice is hereby given that Ward Franklin Dean, Defendant in the above named

case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from

the Order denying Defendant's Motion for Reconsideration of the Denial of His Release

on Bond Pending Sentencing Dated entered in this action on the 21st day of February,

2006

Dated March 1, 2006


s/ *Charles E. McFarland*

Charles E. McFarland
338 Jackson Rd.
New Castle, Kentucky 40050
502-845-2754
mcfarlandc@bellsouth.net