IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                    Case No. 3:05cr25/LAC

WARD FRANKLIN DEAN
_____

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MARCH 3, 2006, MOTION TO DETERMINE COMPETENCY

Comes now the United States of America, by and through the undersigned Assistant United States Attorneys, and files this response to the defendant's March 3, 2006, motion to determine competency.

As the government understands the above motion, the defense seeks a court-ordered examination pursuant to 18 U.S.C. § 4241(b) followed by a hearing pursuant to § 4241(a), and a

continuance of the sentencing hearing set for March 9, 2006.  The United States relies on the discretion of the court as to the disposition of the motion.

                                                    Respectfully submitted,

                                                    GREGORY R. MILLER
                                                  United States Attorney

                                                  <u>s/ Robert G. Davies</u>

                                                  Robert G. Davies
                                                  Assistant U.S. Attorney
                                                  Florida Bar No. 704301

                                                  <u>s/ David L. Goldberg</u>

                                                  David L. Goldberg
                                                  Assistant U.S. Attorney
                                                  Member of the Maryland Bar
                                                  21 East Garden Street, Suite 400
                                                  Pensacola, FL 32501
                                                  (850) 444-4000

## CERTIFICATE OF SERVICE

     I hereby certify that a copy has been delivered via the court's ecf system and/or by mail to: Lowell H. Becraft, Jr., 209 Lincoln Street, Huntsville, AL 35801, and Charles E. McFarland, 338 Jackson Road, Newcastle, KY 40050, this the <u>6th</u> day of March, 2006.

                                                  <u>s/ Robert G. Davies</u>
                                                  Robert G. Davies
                                                  Assistant U.S. Attorney