# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No. 3:05cr25/LAC

WARD FRANKLIN DEAN,

    Defendants.
_____/

## ORDER

Before the Court is Defendant's Motion To Determine Competency (doc. 170), in which counsel for Defendant requests that a hearing be ordered to determine Defendant's competency prior to sentencing. Defendant also requests that he be allowed to undergo a psychiatric or psychological examination prior to the hearing. Finally, Defendant requests that the scheduled sentencing date be postponed to allow for this examination. The Government has responded, deferring to the discretion of the Court (doc. 171).

Upon consideration, it is hereby **ORDERED:**

1. Defendant's Motion To Determine Competency (doc. 170) is **GRANTED** in the following respects:

A. Defendant shall be allowed the opportunity to undergo a psychiatric or psychological examination by a mental health professional of his choosing at the Santa Rosa Criminal Justice Facility where Defendant is currently being held. Officials at the facility shall allow this examination to be carried out, in a manner that does not interfere with the internal administration of the facility.

B. A Competency Hearing is hereby scheduled for **Thursday, March 16, 2006 at 10:30 A.M.**, in Courtroom 4 South.

C. The Sentencing Hearing previously scheduled for Thursday, March 9, 2006, is hereby rescheduled to **Friday, March 17, 2006 at 9:30 A.M.**, in Courtroom 4 South.

2. Defendant's Motion to Enlarge Period to File Objections to Presentence Investigation Report and to Delay Sentencing (doc. 166) is **DENIED** as moot in light of the instant Order.

**ORDERED** on this 6th day of March, 2006.

s/ *L.A. Collier*
Lacey A. Collier
Senior United States District Judge