# *United States District Court*
## CRIMINAL MINUTES - GENERAL

Time Commenced:___10:35am_____                Case #___3:05cr25LAC_____

Time Concluded: __11:05am_____                Date __Thursday, March 15, 2006_____

DOCKET ENTRY: Deft's motion for competency (Doc #170) hearing - see below minutes

PRESENT:    HONORABLE_____LACEY A. COLLIER_____, JUDGE    _____Mary Maloy-Wells_____

                                                                     Deputy Clerk
            _Pam Lassiter___        ____Gwen Kesinger_____      _____Robert Davies_____
                 USPO                  Court Reporter            Asst. U.S. Attorney

U.S.A. vs. __Ward Franklin Dean_____      _X__present/in custody

            _Charles E. McFarland_____      _X__present/retained
                  Attorney for Defendant

PROCEEDINGS:

10:35am     Court in session
            Deft atty McFarland initially argues previously filed motion to continue the date
            of sentencing and competency hearing (Doc #173)
10:55am     Govt responds/objects; requests that the Bureau of Prisons appoint a doctor and
            perform the evaluation
10:58am     Deft responds
11:03am     Court will continue the sentencing and will order that the Bureau of Prisons
            perform an evaluation of the deft.
11:05am     Court adjourned