**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                           CASE NO.  3:05cr25LAC

WARD FRANKLIN DEAN

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   March 15, 2006
Motion/Pleadings: MOTION TO CONTINUE THE DATE OF THE COMPETENCY AND SENTENCING HEARINGS
Filed by DEFENDANT          on 3/13/06          Doc.# 173
RESPONSES:
                                  on              Doc.#
                                  on              Doc.#
_____ Stipulated    _____ Joint Pldg.
_____ Unopposed     _____ Consented

                                    WILLIAM M. McCOOL, CLERK OF COURT

                                    s/Mary Maloy
LC (1 OR 2)                         Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 16th day of March, 2006, that:*

*(a) The relief requested is **GRANTED.***

*(b)* _____

                                    s/L.A. Collier
                                    **LACEY A. COLLIER**
                                    *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.