FLN (Rev. 4/2004) Deficiency Order                                                                                                      Page 1 of 1
3:05cr25LAC - UNITED STATES OF AMERICA vs. WARD FRANKLIN DEAN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**vs**                                    **Case No.3:05cr25LAC**

**WARD FRANKLIN DEAN**

## ORDER

Your document, **DEFENDANT'S COMBINED MOTION FOR LEAVE OF COURT TO PROCEED *IN PROPRIA PERSONA* WITH ASSISTANCE OF COUNSEL TO FILE DEFENDANT'S COMBINED MOTION AND MEMORANDUM OF LAW TO COMPEL PRODUCTION OF MISSING PORTIONS OF TRIAL TRANSCRIPT AND RECORDS UPON WHICH IT IS BASED, DEFENDANT'S COMBINED MOTION FOR LEAVE OF COURT TO PROCEED *IN PROPRIA PERSONA* WITH ASSISTANCE OF COUNSEL TO FILE DEFENDANT'S MOTION TO PRODUCE WITNESS STATEMENTS OF IRS REVENUE AGENT WAYNE JACKSON, DEFENDANT'S COMBINED MOTION FOR LEAVE OF COURT TO PROCEED *IN PROPRIA PERSONA* WITH ASSISTANCE OF COUNSEL TO FILE DEFENDANT'S MOTION TO PRODUCE UNREDACTED COPY OF GOVERNMENT'S 6(F) TRANSCRIPT (ATTACHMENT TO DOCUMENT #93), and DEFENDANT'S COMBINED MOTION FOR LEAVE OF COURT TO PROCEED *IN PROPRIA PERSONA* WITH ASSISTANCE OF COUNSEL TO FILE DEFENDANT'S DECLARATION OF BELIEFS OF WARD FRANKLIN DEAN**, was referred to the undersigned with the following deficiencies:

       Pursuant to Local Rule 11.1(D), any party represented by counsel of record shall not thereafter take any step or be heard in the case in proper person, absent prior leave of court.  Defendant Dean's request for hybrid representation is, in the Court's discretion, denied, especially considering that his mental health status is currently under review.

For these reasons, IT IS ORDERED that the submitted hard copy of the documents shall be returned to you by the Clerk without filing.

DONE and ORDERED this 5th day of April, 2006.


                                                     *s/L.A. Collier*
                                                     LACEY A. COLLIER
                                                     SENIOR UNITED STATES DISTRICT JUDGE