# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 25, 2006

William McCool
Clerk, U.S. District Court
1 N PALAFOX ST STE 226
PENSACOLA FL 32502-5658

**Appeal Number: 06-11569-C**
Case Style: USA v. Ward Franklin Dean
District Court Number: 05-00025 CR-3-LAC

The enclosed order has been entered. No further action will be taken in this matter.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Pam Holloway (404) 335-6182

Encl.

OFFICE OF CLERK
U.S. DISTRICT COURT
NORTHERN DIST. FLA.
PENSACOLA, FLA.

06 APR 26  AM 10: 51

FILED

DIS-4 (3-2005)

Plaintiff-Appellee.

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
                                    FILED
                            U.S. COURT OF APPEALS
                              ELEVENTH CIRCUIT

                                 APR 25 2006

                               THOMAS K. KAHN
                                    CLERK
```

No. 06-11569-C

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WARD FRANKLIN DEAN,

Defendant-Appellant.

---

On Appeal from the United States District Court for the
Northern District of Florida

---

BEFORE: BLACK and BARKETT, Circuit Judges.

BY THE COURT:

Appellant's motion to dismiss this appeal as moot, with costs taxed against Appellant, is GRANTED.

Appellee's motion to dismiss for lack of jurisdiction is DENIED AS MOOT.

A True Copy
Attested:
Clerk U.S. Court of Appeals, Eleventh Circuit

By: _____
    Deputy Clerk    Atlanta, Ga.