UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.                                                                  Case No. 3:05CR25/LAC

WARD FRANKLIN DEAN,

    Defendant.

### DEFENDANT'S MOTION TO PRODUCE WITNESS STATEMENTS OF IRS REVENUE AGENT WAYNE JACKSON WITH SUPPORTING MEMORANDUM

**COMES NOW,** Defendant, Ward Franklin Dean, by and through his attorney, and moves this Court to require the United States of America to produce, prior to Defendant's sentencing, any and all statements as defined in Fed.R.Crim.P. 26.2(f)(1-3) made by IRS Revenue Agent Wayne Jackson relating to the subject matter of his testimony at trial.

**IN SUPPORT OF HIS MOTION,** Defendant would show unto this Court as follows:

    1.    Fed.R.Crim.P. 26.2(a) provides that:

> After a witness other than the defendant has testified on direct examination, the court, on motion of a party who did not call the witness, shall order the attorney for the government or the defendant and the defendant's attorney, as the case may be, to produce, for the examination and use of the moving party, any statement of the witness that is in their possession and that relates to the subject matter concerning which the witness has testified.

2. IRS Revenue Agent Wayne Jackson testified on direct examination as a witness for the United States of America.

3. The United States of America addressed the trial testimony of IRS Revenue Agent Wayne Jackson, if only by implication, in Government's Sentencing Memorandum and Request that the Court Impose an Above-Guidelines Term of Imprisonment and Fine that was filed on February 2, 2002 (Document 156-1, pp. 5-6) and in Government's Supplemental Sentencing Memorandum regarding Obstruction of Justice that was filed on February 24, 2006 (Document 165, p. 2).

4. Fed.R.Crim.P. 26.2(g) specifies that the rule regarding production of witness statements is applicable at sentencing to the extent specified in Fed.R.Crim.P. 32 (i).

**WHEREFORE,** Defendant prays that this Court shall require the United States of America to produce, prior to Defendant's sentencing, any and all statements as defined in Fed.R.Crim.P. 26.2(f)(1-3) made by IRS Revenue Agent Wayne Jackson relating to the subject matter of his testimony at trial.

Respectfully submitted,

s/ *John Paul Weber*
JOHN PAUL WEBER
Alabama Bar No. ASB-2879-W74J

>2316 University Boulevard
>Tuscaloosa, Alabama  35401
>(205) 366-0366 (Telephone)
>(205) 391-0927 (Facsimile)
>jweber@judson.edu
>Co-Counsel for Defendant

## CERTIFICATE OF COMPLIANCE WITH N.D.FLA.LOC.R. 7.1 (B)

I hereby certify that, pursuant to N.D.Fla.Loc.R. 7.1(B), I conferred with counsel for the opposing party in a good faith effort to resolve by agreement the issues raised in the foregoing Defendant's Motion to Produce Witness Statements of IRS Revenue Agent Wayne Jackson. After conferring, Assistant United States Attorney Robert G. Davies advised that he opposed the motion.

>*s/ John Paul Weber*
>JOHN PAUL WEBER

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to N.D.Fla.Loc.R. 5.1(D), a copy of the foregoing Defendant's Motion to Produce Witness Statements of IRS Revenue Agent Wayne Jackson was served by Electronic Filing this 5th day of July 2006 upon all other parties who have appeared.

>*s/ John Paul Weber*
>JOHN PAUL WEBER