# *United States District Court*
## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Time Commenced: ___9:08am___                    Case # ___3:05cr25LAC___

Time Concluded: ___10:56am___                   Date ___Thursday, July 6, 2006___

DOCKET ENTRY: SENTENCING as to Counts 1 - 7: Custody of BOP for 60 months as to Cts 1 - 3 and 24 months as to Cts 4 - 7 with terms to run consecutively one with the other; Supervised release of 3 years as to Cts 1 - 3 & 3 years as to Cts 4 -6 with terms to run consecutively one with the other and 1 year as to Ct 7, to run concurrently with Cts 1 - 6; SMA of $100.00 each count (total of $700.00); fine of $7,500.00; Costs of prosecution $4,000.11 and restitution of $290,997.44 to IRS. SEE FORMAL JUDGMENT

Deft's psych exam placed under seal - see separate docket entry. Exhibit list attached. Govt Exhibits #1 - #4 (miscellaneous documents)in brown envelope placed in secured storage room.

PRESENT:    HONORABLE_____LACEY A. COLLIER_____ , JUDGE ____Mary Maloy____
                                                                     Deputy Clerk
            ___Pam Lassiter_____  __Paul Rayborn___    ___Robert Davies/David Goldberg___
                USPO                  Court Reporter            Asst. U.S. Attorney

U.S.A. vs. __Ward Franklin Dean_____    __Charles McFarland/John Weber_____
            _X_present_X_custody ___bond ___O/R    ___Apptd ___X_Retained ___X_present
                                                   Attorney for defendant
PROCEEDINGS:
(1)  Defendant __Ward Franklin Dean_____    _X___is given opportunity to speak and
                                                  _X___speaks; _____declines to speak

     His attorney: Charles McFarland/John Weber    _X___speaks; _____declines to speak


COURT PRONOUNCES JUDGMENT ON

(1)  Defendant_Ward Franklin Dean_____
                    See Formal Judgment


Court informs defendant of right to appeal_X___

_____ Bond is exonerated      _____ Bail on appeal fixed in amount of$_____


09:08am     Court in session

            Deft argues as to the mental evaluation

09:31am     Govt responds

            Court orders that the mental examination be filed under seal

09:34am     Court finds the defendant competent

09:36am     Deft moves to withdraw their motion to withdraw witness statements (Doc #189)

            Court grants deft's motion to withdraw Doc #189

09:38am     Deft argues objections to Sentencing Memo and PSR

09:45am     Govt responds

09:49am     Court overrules deft's objection to Offense Level

09:50am     Deft argues as to Obstruction of Justice

09:54am     Deft argues as to Ability to Pay Fine

09:56am     Govt responds

09:58am     Court will reserve ruling until after Govt has presented testimony

09:59am     Govt witness Tanya Burgess sworn - Direct

10:08am     Govt witness Richard Collins sworn - Direct

10:14am     Deft Cross of witness Richard Collins

10:15am     Govt (Goldberg) argues that sentencing be above the guideline range

10:19am     Deft responds

10:25am     Deft has no further objections to the PSR

10:26am     Deft speaks as to sentencing

10:33am     Deft Dean speaks on own behalf

10:39am     Court questions Deft Dean

10:42am     Govt responds

10:44am     Deft responds

10:45am     Court imposes sentence - see above docket entry on first page of minutes.

            Deft advised as to right to appeal

10:56am     Court adjourned.

INITIALS OF DEPUTY CLERK_mm__

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN    DISTRICT OF    FLORIDA

UNITED STATES OF AMERICA

V.

WARD FRANKLIN DEAN

## EXHIBIT AND WITNESS LIST

Case  3:05cr25LAC

| PRESIDING JUDGE HONORABLE LACEY A. COLLIER | | | | | PLAINTIFF'S ATTORNEY Robert Davies/David Goldberg | DEFENDANT'S ATTORNEY Charles McFarland/John Weber |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) Sentencing held 7/6/06 | | | | | COURT REPORTER Paul Rayborn | COURTROOM DEPUTY Mary Maloy |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 1 | | 7/6/06 | X | X | Tax Summary dated 1997 - 2002 with taxes due of $534,814.00 | |
| 2 | | 7/6/06 | X | X | Tax Summary dated 2003 - 2004 with taxes due of $237,818.00 | |
| 3 | | 7/6/06 | X | X | Website of Ward Dean, M.D. (dated 2/6/06) | |
| 4 | | 7/6/06 | X | X | Pamphlet "Why Do We Have Juries" | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages