# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                      CASE NO. 3:05cr25LAC

WARD FRANKLIN DEAN

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on _____July 6, 2006_____
Motion/Pleadings: MOTION TO PRODUCE WITNESS STATEMENTS OF IRS REVENUE AGENT WAYNE JACKSON WITH SUPPORTING MEMO
Filed by DEFENDANT          on 7/5/2006      Doc.# 189
RESPONSES:
BY GOVERNMENT             on 7/5/2006      Doc.# 190
                          on _____     Doc.# _____

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)                  Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 7th day of July, 2006, that:*

*(a) The relief requested is* **MOOT**.

*(b) Motion withdrawn.*

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.