## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                                    CASE NO:3:05cr25/LAC

WARD FRANKLIN DEAN,
        Defendant.
_____/

### SENTENCING NOTICE

A sentence of 84 months was imposed on Defendant Dean on 6 July 2006 after a sentencing hearing in which several objections to the PSR were considered and ruled upon. The Court notes for the record that after full consideration of the factors in 18 U.S.C. 3553(a) including the advisory sentencing guidelines, for the reasons stated at the sentencing, the sentence imposed is found to be reasonable and necessary to meet the goals of sentencing. The sentence would be the same regardless of the objections and the rulings thereon which only affect the advisory guideline calculations.

Done this 7th day of July 2006.


                                        s/L. A. Collier_____
                                        LACEY A. COLLIER
                                        Senior United States District Judge