# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                           CASE NO.  3:05CR250LAC

WARD FRANKLIN DEAN

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   November  3, 2006
Motion/Pleadings:  MOTION TO RELEASE/INSPECT DOCUMENTS
Filed by DEFENDANT                    on  10/31/2006       Doc.# 220
RESPONSES:
BY GOVT                               on 11/02/2006        Doc.# 221
                                      on                   Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed      ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)        Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 6th day of November, 2006, that:*

*(a) The relief requested is **DENIED** as moot.*

*(b) Without order of the court, defendant is entitled to review the unredacted record of his case in the clerk's office during the normal business hours.  He may obtain copies of the record by the payment of the routine charges established by the district.  Documents outside the record will not be provided.*

*Defendant is again strongly reminded of the requirements of the Privacy Act and the sensitivities and legal mandates associated with the handling of an unredacted record. [The Court does question why defendant needs to demand a copy of his own motion (doc 128) and the jury challenge list (doc 132) which he acknowledges was provided to him as the trial began.]*

*s/L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.