## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                CASE NO. 3:05cr25LAC

WARD FRANKLIN DEAN

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   February 14, 2007
Motion/Pleadings:   MOTION TO UNSEAL DOCUMENT #128 FOR LIMITED PURPOSE
Filed by GOVERNMENT            on   1/31/2007     Doc.# 232
RESPONSES:
                                    on            Doc.#
                                    on            Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed      _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)          Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 15th day of February, 2007, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* _____

                                                          s/*L.A. Collier*
                                                       ***LACEY A. COLLIER***
                                       *Senior United States District Judge*

```
Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
```

Document No.