IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                         Case No.        3:05cr25/LAC
                                                                                  3:09cv24/LAC/EMT

WARD FRANKLIN DEAN
_____/

**ORDER**

 Defendant has filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (Doc. 237).  The court notes that Defendant failed to file his petition on the court-approved form for use in section 2255 cases.  Rule 5.1(J) of the Local Rules for the Northern District of Florida states that the court will not accept for consideration a motion pursuant to section 2255 unless the appropriate  form is properly completed and filed.  Thus, Defendant  must file an amended motion on the proper form.  Defendant is advised that the amended motion must contain all of his allegations, and it should not in any way refer to the original pleading.  This is because an amended motion completely replaces all previous motions; and when an amended motion is filed, all earlier motions are disregarded.  N.D. Fla. Loc. R. 15.1.  Defendant may, but is not required to, submit an accompanying memorandum of law which should not exceed twenty-five (25) pages in length.  *See* N.D. Fla. Loc. R. 5.1(J).  Finally, in addition to the original amended motion, Defendant shall submit an identical service copy.

 Accordingly, it is **ORDERED**:

 1. The clerk shall send Defendant a copy of the form for use in Section 2255 cases.  This case number should be written on the form.

 2. Defendant  shall have **THIRTY (30) DAYS** from the date of docketing of this order to file an amended motion, which shall be typed or clearly written, submitted on the court form, and titled "Amended Motion."  He shall also submit one identical service copy of the amended motion.

3.      Defendant's failure to comply with this order may result in a recommendation that the motion be denied.

**DONE AND ORDERED** this <u>22nd</u> day of January 2009.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

Case No:   3:05cr25/LAC
             3:09cv24/LAC/EMT