IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case No.  3:05cr25/LAC
                3:09cv24/LAC/EMT

WARD FRANKLIN DEAN
_____/

**O R D E R**

Defendant has filed an amended motion to vacate sentence pursuant to 28 U.S.C. § 2255 (Doc. 239).

The court notes that Defendant failed to fully complete the § 2255 motion form, therefore, he must file another amended motion before this action may proceed. Question 16 requires Defendant to identify each ground for relief and provide a summary of facts in support of each ground. Defendant responded by setting forth his ground for relief and stating in the factual section for that ground, "SEE ATTACHED BRIEF IN SUPPORT," thereby referring the court to an attachment. This is not acceptable. The use of a prescribed form, required by Rule 5.1(J) of the Local Rules for the Northern District of Florida, was adopted for reasons of administrative convenience. This court, with its large volume of habeas actions, saves valuable time if it is not required to decipher lengthy and often unintelligible motions or petitions. This saving would be lost if Defendant were allowed to file an incomplete form and an attachment, instead of completing the form itself. In light of the administrative benefits derived from the use of the form, Defendant should be required to fully complete the form, even if he needs to attach pages setting forth additional grounds and supporting facts. Therefore, Defendant must amend his motion to correct the insufficiencies.

To amend his motion, Defendant should completely fill out a new § 2255 motion form, marking it "Second Amended § 2255 Motion." Defendant is advised that the amended motion must

contain all of his grounds for relief, and it should not in any way refer to the original motion. The amended motion completely replaces his previous § 2255 motions; when an amended motion is filed, the earlier motions are disregarded. Local Rule 15.1, Northern District of Florida. In addition, Defendant shall provide two (2) complete copies of the motion, including all attachments, for service upon the Government.

Accordingly, it is **ORDERED**:

1. The clerk shall send Defendant a copy of the form for use in Section 2255 cases. This case number should be written on the form.

2. Defendant shall file a second amended § 2255 motion as instructed in this order. Defendant should completely fill out the new § 2255 form, marking it "Second Amended § 2255 Motion." The amended motion should not refer to the original motion. Defendant shall provide two (2) service copies of the amended motion, including all attachments, in addition to the original.

3. Defendant's failure to submit the amended motion within **THIRTY (30) DAYS** from the date of docketing of this order may result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this 2nd day of February 2009.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**