FLN (Rev. 4/2004) Deficiency Order                                                                                                Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs                                                        Case No. 3:05cr25/MCR/EMT

WARD FRANKLIN DEAN

## ORDER

**Defendant's Letter, addressed to The Honorable Elizabeth M. Timothy, United States Magistrate Judge**, received by the court on or about June 15, 2009, was referred to the undersigned with the following deficiency:

> Defendant is advised that he should not address or present to the court in the form of a letter or the like any application requesting relief or presenting arguments. *See* N.D. Fla. Loc. R. 7.1(F)(1). Further, Defendant should not attempt to correspond directly with a judge of this court. Judges will not, as a matter of policy, respond to personal correspondence when it pertains to a case. This policy is in keeping with their sworn duty to maintain complete impartiality in the exercise of duties. Judicial decisions and opinions are, quite properly, only delivered in response to those legal instruments filed with the clerk's office in accordance with governing rules of procedure. The court will return unfiled any correspondence addressed directly to a district or magistrate judge. *See id.*

For this reason, it is **ORDERED** that:

> The submitted hard copy of the document shall be returned to Defendant by the Clerk without electronic filing.

**DONE AND ORDERED** this 16th day of June 2009.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**