IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.   Case No.   3:05cr25/LAC
                 3:09cv24/LAC/EMT

WARD FRANKLIN DEAN
_____/

**O R D E R**

     Pending are Defendant's second amended motion to vacate judgment of conviction and sentence pursuant to 28 U.S.C. § 2255 (Doc. 241); the government's response to the motion (Doc. 243); and Defendant's reply to the response (Doc. 246). Defendant has now filed a "Motion for Relief from Judgment" (Doc. 256), which the court treats as an attempt to file a third amended motion pursuant to § 2255. Because Defendant failed to file his motion on the proper form, in violation of the Local Rules of this district,[1] the court shall deny the motion without prejudice. Defendant may file a motion for leave to file a third amended motion to vacate, along with the proposed motion. The government will then be given the opportunity to respond to Defendant's motion for leave to file a third amended motion. Unless and until Defendant files a motion for leave to file a third amended motion to vacate (which the court grants or to which the Government consents) and a proposed motion as outlined in this order, his second amended motion (Doc. 241) shall remain the operative pleading in this case.

---

  1 As the court has previously instructed Defendant (Doc. 240), motions to vacate judgment must be completed on the proper § 2255 motion form. The use of a prescribed form, required by Rule 5.1(J) of the Local Rules for the Northern District of Florida, was adopted for reasons of administrative convenience. This court, with its large volume of habeas actions, saves valuable time if it is not required to decipher lengthy and often unintelligible motions or petitions. Defendant also failed to seek leave to file his amended motion. Pursuant to Fed. R. Civ. P. 15(a), because Defendant has previously amended his motion, he is not entitled to amend as a matter of course but rather must obtain leave of court or the Government's consent.

    To amend his motion, Defendant should completely fill out a new § 2255 motion form, marking it "Third Amended § 2255 Motion." Defendant is advised that the proposed amended motion must contain all of his grounds for relief, and it should not in any way refer to prior motions. If leave to file a third amended motion is granted, the amended motion will completely replace Defendant's previous § 2255 motions; when an amended motion is filed, the earlier motions are disregarded. Local Rule 15.1, Northern District of Florida. <u>A motion for leave to file must accompany the "Third Amended § 2255 Motion</u>."

    Accordingly, it is **ORDERED**:

    1.    Defendant's "Motion for Relief from Judgment" (Doc. 256) is **DENIED, without prejudice**, for failing to comply with Rule 5.1(J) of the Local Rules for the Northern District of Florida**.**

    2.    The clerk shall send Defendant a copy of the form for use in § 2255 cases. This case number should be written on the form.

    3.    Defendant may file a third amended § 2255 motion as instructed in this order. If he elects to do so, Defendant should completely fill out the new § 2255 form, marking it "Third Amended § 2255 Motion." The amended motion should not refer to the original motion. A motion for leave to file must accompany the "Third Amended § 2255 Motion."

    **DONE AND ORDERED** this 9th day of March 2010.

    /s/ *Elizabeth M. Timothy*
    **ELIZABETH M. TIMOTHY**
    **UNITED STATES MAGISTRATE JUDGE**