IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.	Case Nos.	3:05cr25/LAC
		3:09cv24/LAC/EMT

WARD FRANKLIN DEAN
_____/

## REPORT AND RECOMMENDATION

Defendant has filed a second amended motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. 241). Now before the court is Defendant's motion for immediate release on bond pending review of § 2255 motion (Doc. 261), to which the Government has responded in opposition (Doc. 263). For the reasons stated in the Government's response, the court recommends that the motion for immediate release on bond be denied.

It is respectfully **RECOMMENDED** that:

Defendant's motion for immediate release on bond pending review of § 2255 motion (Doc. 261) be **DENIED**.

At Pensacola, Florida this 14th day of June 2010.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**