IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                      Case Nos.    3:05cr25/LAC
                                                                          3:09cv24/LAC/EMT

WARD FRANKLIN DEAN

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 14, 2010 (Doc. 264).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of objections filed, if any.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion for immediate release on bond pending review of § 2255 motion (Doc. 261) is **DENIED**.

**DONE AND ORDERED** this 14th day of July, 2010.

                                                           s/*L.A. Collier*
                                                           **LACEY A. COLLIER**
                                                           **SENIOR UNITED STATES DISTRICT JUDGE**