IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case Nos.  3:05cr25/LAC
  3:09cv24/LAC/EMT

WARD FRANKLIN DEAN

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 7, 2010 (Doc. 269). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The second amended motion to vacate, set aside, or correct sentence (Doc. 241) is **DENIED**.

**DONE AND ORDERED** this 7th day of October, 2010.

s/L. A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**