NDFL PROB 12A
08/2000

# United States District Court
## for the
## Northern District of Florida
## Report on Offender Under Supervision

Name of Offender: Ward Franklin Dean                    Case Number: 3:05CR25-001

Name of Sentencing Judicial Officer:          Honorable Lacey A. Collier, Senior U.S. District Judge

Date of Original Sentence:    July 6, 2006

Original Offense:    <u>Counts 1 through 6</u>: Attempt to Evade or Defeat Tax (Tax Evasion) in violation of 26 U.S.C. § 7201

<u>Count 7</u>: Attempt to Interfere with the Administration of Internal Revenue Laws (Obstruction of Justice) in violation of 26 U.S.C. § 7212(a)

Original Sentence:    Total term of 84 months imprisonment followed by six (6) years supervised release

Type of Supervision:   Supervised Release          Date Supervision Commenced:   June 19, 2012

---

## REQUEST FOR TERMINATION OF SUPERVISION ON SCHEDULE WITH RESTITUTION BALANCE

As a special condition of supervised release, the offender was ordered to pay restitution in the amount of $290,997.44 ($200 per month); a fine in the amount of $7,500 ($200 per month upon the satisfaction of the restitution); and a total amount of $700 for special monetary assessment (SMA). The offender has paid the SMA in full and has paid a total amount of $58,986.15 toward restitution by making the required monthly restitution payments for the duration of his supervision. A total of $232,011.29 restitution remains outstanding and the term of supervision is scheduled to expire on June 18, 2018.

U.S. Probation Officer Recommendation:

It is recommended that the offender's supervision be allowed to terminate as scheduled with the above noted restitution balance. The U.S. Attorney's Office Financial Litigation Unit will be advised and will continue to collect restitution from the offender after his supervision has terminated.

RE: Ward Franklin Dean
Report on Offender Under Supervision
Page #2

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

By  *Bryan E. Jansen*

Bryan E. Jansen
Senior U.S. Probation Officer
Date: March 8, 2018

---

[X] *Allow supervision to terminate as scheduled*
[ ] Extend the term of supervision
[ ] Other

_____
Signature of Judicial Officer

12 March 18
Date